IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAURA J. BURNS<br>and<br>JACK W. BURNS<br>2843 Dark Hollow Road<br>Medford, OR 97501<br><br>　　　　　Plaintiff,<br><br>　　　　　vs.<br><br>ELI LILLY AND COMPANY<br>Lilly Corporate Center<br>Indianapolis, IN 46285<br><br>and<br><br>BRISTOL-MYERS SQUIBB COMPANY<br>a successor of E.R. SQUIBB & SONS, INC.<br>P. O. Box 4500<br>Princeton, NJ 08543<br>w/s/o CT CORPORATION<br>1025 Vermont Avenue, N.W.<br>Washington, D.C. 20005<br><br>and<br><br>PHARMACIA and UPJOHN COMPANY<br>(a/k/a THE UPJOHN COMPANY)<br>100 Route 206 North<br>Peapack, NJ 07977<br>w/s/o CT CORPORATION<br>1025 Vermont Avenue, N.W.<br>Washington, D.C. 20005<br><br>and<br><br>ABBOTT LABORATORIES, INC.<br>100 Abbott Park Road<br>Abbott Park, IL 60064<br>w/s/o CT CORPORATION<br>1025 Vermont Avenue, N.W.<br>Washington, D.C. 20005 | CIVIL ACTION _____<br><br>SUPERIOR COURT NO. 0000794-07<br><br>DEFENDANT ELI LILLY AND<br>COMPANY'S DISCLOSURE<br>OF CORPORATE AFFILIATIONS<br>AND FINANCIAL INTERESTS |

137514v1

and                                                               )
                                                                  )
                                                                  )
**DART INDUSTRIES, INC.**, a successor to                         )
**REXALL DRUG COMPANY, INC.**                                     )
w/s/o Sheila AnnMarie Moeller, Esq.                               )
Gilbride, Tusa, Last & Spellane, LLC                              )
31 Brookside Drive                                                )
Greenwich, CT 06836                                               )
                                                                  )
and                                                               )
                                                                  )
**GLAXOSMITHKLINE, INC.**,                                        )
a successor to S.E. Massengill and                                )
Burroughs-Wellcome Co.,                                           )
1500 K Street, NW                                                 )
Washington, D.C. 20036                                            )
                                                                  )
and                                                               )
                                                                  )
**PREMO PHARMACEUTICAL**                                          )
**LABORATORIES, INC.**                                            )
w/s/o Corporation Trust Co.                                       )
820 Bear Tavern Road                                              )
West Trenton, NJ 08628                                            )
                                                                  )
and                                                               )
                                                                  )
**ORTHO MCNEIL LABS, INC.**                                       )
A Delaware Corporation                                            )
1000 Route 202 South                                              )
Raritan, NJ 08869                                                 )
                                                                  )
and                                                               )
                                                                  )
**PERSON & COVEY, INC.**                                          )
616 Allen Avenue                                                  )
Glendale, CA 91221                                                )
                                                                  )
and                                                               )
                                                                  )
**MERCK & COMPANY, INC.**                                         )
601 Pennsylvania Avenue, N.W.                                     )
North Building, Suite 1200                                        )
Washington, DC 20004                                              )
                                                                  )

2

137514v1

|   |   |
|---|---|
| and | ) |
|  | ) |
| ELAN PHARMACEUTICALS, | ) |
| A successor to CARNRICK | ) |
| LABORATORIES, INC., | ) |
| w/s/o CT CORPORATION | ) |
| 1025 Vermont Avenue, NW | ) |
| Washington, DC 20005 | ) |
|  | ) |
|  | ) |
| Defendants. | ) |

## DEFENDANT ELI LILLY AND COMPANY'S DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Defendant Eli Lilly and Company, certify that to the best of my knowledge and belief, Eli Lilly and Company has no parent companies, subsidiaries, or affiliates that have any outstanding securities in the hands of the public. These representations are made in order that judges of this Court may determine the need for recusal.

Dated: February 22, 2007

Respectfully Submitted,

SHOOK, HARDY & BACON, L.L.P.

*/s/ John Chadwick Coots/*

Michelle R. Mangrum, DC Bar No. 473634
John Chadwick Coots, DC Bar No. 461979
Emily J. Laird, D.C. Bar No. 485890
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004
(202) 783-8400 Telephone; (202) 783-4211 Fax

and

David W. Brooks
SHOOK, HARDY & BACON, L.L.P.
2555 Grand Blvd. Kansas City, Missouri 64108
(816) 474-6550 Telephone; (816) 421-5547 Fax

**ATTORNEYS FOR DEFENDANT
ELI LILLY AND COMPANY**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of February, 2007, a true and accurate copy of the foregoing has been furnished by first-class U.S. Mail, postage prepaid, to counsel of record listed below.

Aaron M. Levine
Aaron M. Levine & Associates
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036

**Attorneys for Plaintiff**

Sidney G. Leech
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD 21202

**Attorneys for Bristol Myers Squibb Company**

Elizabeth Ewert
Drinker Biddle & Reath, LLP
1500 K Street NW, Suite 1100
Washington, DC 20005

**Attorneys for Merck & Company, Pharmacia and Upjohn Company and Ortho-McNeil Pharmaceuticals, Inc.**

John F. Anderson
Troutman Sanders, LLP
1660 International Drive, Suite 600
McLean, VA 22102

**Attorneys for Dart Industries, Inc.**

Janet K. Coleman
Daniel Whitney
Whitney & Bogris, LLP
401 Washington Avenue, 12th Floor
Towson, MD 21204

**Attorneys for GlaxoSmithKline, Inc.**

Aaron M. Bailey
Goodwin & Proctor, LLP
901 New York Avenue, NW, Suite 900
Washington, D.C. 20001

**Attorneys for Premo Pharmaceuticals Laboratories, Inc.**

Person & Covey, Inc.
616 Allen Avenue
Glendale, CA 91221

**Defendant**

Jennifer G. Levy
Kirkland & Ellis, LLP
655 Fifteenth Street NW, Suite 1200
Washington, DC 20005-5793

**Attorneys for Abbott Laboratories, Inc.**

Gerry H. Tostanoski
Jaime W. Luse
Tydings & Rosenberg, LLP
100 East Pratt Street, Suite 2600
Baltimore, MD 21202

**Attorneys for Elan Pharmaceuticals**

_/s/ John Chadwick Coots_
ATTORNEY FOR DEFENDANT
ELI LILLY AND COMPANY

5

137514v1