**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **LAURA J. BURNS, et al.** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) **Civil Action No.: 1:07-CV-00382 JR** |
|     v. | ) |
| | ) |
| **ELI LILLY AND COMPANY, et al.** | ) |
| | ) |
|     **Defendants.** | ) |
| | ) |

**NOTICE OF ENTRY OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Please enter the appearance of Jaime W. Luse and Tydings & Rosenberg LLP as counsel in this case for Defendant Elan Pharmaceuticals, Inc. f/k/a Carnrick Laboratories, Inc.

    I certify that the above-named attorney is admitted to practice in this Court.

    Respectfully submitted,

    _____/s/_____
    Jaime W. Luse, Bar No. 501944
    Tydings & Rosenberg LLP
    100 East Pratt Street, 26th Floor
    Baltimore, Maryland 21202
    (410) 752-9700

    ***Attorneys for Elan Pharmaceuticals, Inc.***
    ***f/k/a Carnrick Laboratories, Inc.***

#609418v.1