UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAURA J. BURNS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 1:07cv0382 |
| v. ) | |
| ) | Judge Robertson |
| ELI LILLY AND COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |

## LOCAL RULE 26.1 DISCLOSURE STATEMENT

I, the undersigned counsel for defendant Dart Industries, Inc., (formerly known as Rexall Drug Company) certify that to the best of my knowledge and belief, Dart Industries Inc. is a wholly owned subsidiary of Tupperware Corporation. This representation is made in order that the Judges of this Court may determine the need for recusal.

                                                DART INDUSTRIES, INC.

                                                By Counsel

Troutman Sanders LLP
1660 International Drive, Suite 600
McLean, Virginia 22102
(703) 734-4356

By:   /s/ John F. Anderson
       John F. Anderson
       DC Bar No. 393764

OF COUNSEL

Sheila AnnMarie Moeller
Gilbride, Tusa, Last & Spellane LLC
31 Brookside Drive
Greenwich, CT 06836
(203) 622-9360