IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LAURA J. BURNS | * | |
| and | | |
| JACK BURNS | * | |
| | | |
| Plaintiffs, | * | Case No. 1:07CV00382 JR |
| | | |
| v. | * | |
| | | |
| ELI LILLY AND COMPANY | * | |
| | | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF ENTRY OF APPEARANCE**

Please enter the appearance of Janet K. Coleman on behalf of SmithKline Beecham Corporation, d/b/a GlaxoSmithKline, sued as successor to S.E. Massengill and Burroughs Wellcome in the above captioned matter.

Respectfully submitted,

     /s/ Janet K. Coleman
Janet K. Coleman (Bar No. 497902)
WHITNEY & BOGRIS, LLP
401 Washington Avenue
12th Floor
Towson, MD  21204
(410) 583-8000

**Attorneys for GLAXOSMITHKLINE**