## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

```
* * * * * * * * * * * * * * * * * * * * * * * * * * )
LAURA J. BURNS                                      )
and                                                 )
JACK W. BURNS                                       )
2843 Dark Hollow Road                               )
Medford, OR 97501                                   )
                                                    )
                        Plaintiffs,                 )    CIVIL ACTION NO. 1:07CV000382
            vs.                                     )
                                                    )
ELI LILLY AND COMPANY, et al.                       )
                                                    )
                                                    )
                        Defendants.                 )
* * * * * * * * * * * ** * * * * * * * * * * * *
```

### NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Pursuant to LCvR 83.6, please enter the appearance of Michelle R. Mangrum as

counsel for Defendant Eli Lilly and Company in the above-captioned matter.


Dated:  March 1, 2007                    Respectfully Submitted,

                                         SHOOK, HARDY & BACON, L.L.P.

                                          /s/ Michelle R. Mangrum
                                         Michelle R. Mangrum, DC Bar No. 473634
                                         600 14th Street, N.W., Suite 800
                                         Washington, D.C. 20005-2004
                                         (202) 783-8400 Telephone
                                         (202) 783-4211 Facsimile

                                         **ATTORNEYS FOR DEFENDANT
                                         ELI LILLY AND COMPANY**

138105v1

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 1st day of March, 2007, which sent notification of such filing to all counsel of record listed below. :

Aaron M. Levine
Aaron M. Levine & Associates
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036
**Attorneys for Plaintiff**

Sidney G. Leech
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD 21202
**Attorneys for Bristol Myers Squibb Company**

Elizabeth Ewert
Drinker Biddle & Reath, LLP
1500 K Street NW, Suite 1100
Washington, DC 20005
**Attorneys for Merck & Company, Pharmacia and Upjohn Company and Ortho-McNeil Pharmaceuticals, Inc.**

John F. Anderson
Troutman Sanders, LLP
1660 International Drive, Suite 600
McLean, VA 22102
**Attorneys for Dart Industries, Inc.**

Janet K. Coleman
Daniel Whitney
Whitney & Bogris, LLP
401 Washington Avenue, 12th Floor
Towson, MD 21204
**Attorneys for GlaxoSmithKline, Inc.**

Aaron M. Bailey
Goodwin & Proctor, LLP
901 New York Avenue, NW, Suite 900
Washington, D.C. 20001
**Attorneys for Premo Pharmaceuticals Laboratories, Inc.**

Person & Covey, Inc.
616 Allen Avenue
Glendale, CA 91221
**Defendant**

Jennifer G. Levy
Kirkland & Ellis, LLP
655 Fifteenth Street NW, Suite 1200
Washington, DC 20005-5793
**Attorneys for Abbott Laboratories, Inc.**

Gerry H. Tostanoski
Jaime W. Luse
Tydings & Rosenberg, LLP
100 East Pratt Street, Suite 2600
Baltimore, MD 21202
**Attorneys for Elan Pharmaceuticals**

_/s/ Michelle Mangrum_
**ATTORNEY FOR DEFENDANT
ELI LILLY AND COMPANY**

138105v1