## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* )

**LAURA J. BURNS** )
**and** )
**JACK W. BURNS** )
                       )
              **Plaintiffs,** )
        **vs.** )     **CIVIL ACTION NO. 1:07CV000382**
                       )
**ELI LILLY AND COMPANY, et al.** )
                       )
                       )
             **Defendants.** )
                       )

\* \* \* \* \* \* \* \* \* \* \* \*\* \* \* \* \* \* \* \* \* \* \* \*

## ELI LILLY AND COMPANY'S MOTION TO DISMISS PLAINTIFFS' CLAIMS

       Pursuant to Fed. R. Civ. P. 12(b)(6), defendant Eli Lilly and Company ("Lilly")

moves for dismissal of plaintiffs' claims on the ground that the Complaint fails to state a claim

upon which relief can be granted. Specifically, plaintiffs' cause of action should be dismissed

because plaintiffs are proceeding under California's market share theory of liability but have

failed to allege that they have named as defendants those manufacturers constituting a substantial

share of the relevant DES market and have failed to allege that they have made reasonable efforts

to determine the actual manufacturer of the drug they claim caused their alleged injuries.

Further, plaintiffs have failed to actually join as defendants those manufactures constituting a

substantial share of the appropriate DES market. Finally, plaintiff's breach of warranty claim is

not cognizable under California law. The facts, law and reasoning in support of this Motion to

Dismiss are fully set forth in the accompanying Memorandum in Support.

       WHEREFORE, Lilly respectfully requests this Court's Order dismissing

plaintiffs' complaint with prejudice and granting Lilly such other and further relief as the court

deems necessary, just and proper.

2350869v1

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By:  /s/ Emily J. Laird

     Michelle R. Mangrum  (DC Bar No. 473634)
     John Chadwick Coots  (DC Bar No. 461979)
     Emily J. Laird     (DC Bar No. 485890)
     600 14TH Street, NW, Suite 800
     Washington, DC  20005-2004
     (202) 783 -8400
     Fax (202) 783-4211

- and –

 David W. Brooks
     SHOOK, HARDY & BACON L.L.P.
     2555 Grand Boulevard
     Kansas City, MO   64108-2613
     (816) 474-6550
     Fax (816) 421-5547

     ATTORNEYS FOR DEFENDANT
     ELI LILLY AND COMPANY

*Burns  v. Eli Lilly and Company*
Case No. 1:07CV000382

2

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 1st day of March, 2007, which sent notification of such filing to all counsel of record listed below. :

Aaron M. Levine
Aaron M. Levine & Associates
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036
**Attorneys for Plaintiff**

Sidney G. Leech
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD 21202
**Attorneys for Bristol Myers Squibb Company**

Elizabeth Ewert
Drinker Biddle & Reath, LLP
1500 K Street NW, Suite 1100
Washington, DC 20005
**Attorneys for Merck & Company, Pharmacia and Upjohn Company and Ortho-McNeil Pharmaceuticals, Inc.**

John F. Anderson
Troutman Sanders, LLP
1660 International Drive, Suite 600
McLean, VA 22102
**Attorneys for Dart Industries, Inc.**

Janet K. Coleman
Daniel Whitney
Whitney & Bogris, LLP
401 Washington Avenue, 12th Floor
Towson, MD 21204
**Attorneys for GlaxoSmithKline, Inc.**

Aaron M. Bailey
Goodwin & Proctor, LLP
901 New York Avenue, NW, Suite 900
Washington, D.C. 20001
**Attorneys for Premo Pharmaceuticals Laboratories, Inc.**

Person & Covey, Inc.
616 Allen Avenue
Glendale, CA 91221
**Defendant**

Jennifer G. Levy
Kirkland & Ellis, LLP
655 Fifteenth Street NW, Suite 1200
Washington, DC 20005-5793
**Attorneys for Abbott Laboratories, Inc.**

Gerry H. Tostanoski
Jaime W. Luse
Tydings & Rosenberg, LLP
100 East Pratt Street, Suite 2600
Baltimore, MD 21202
**Attorneys for Elan Pharmaceuticals**

 

 /s/ Emily J. Laird
**ATTORNEY FOR DEFENDANT**
**ELI LILLY AND COMPANY**

2350869v1

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* )

**LAURA J. BURNS** )
**and** )
**JACK W. BURNS** )
                 )
             **Plaintiffs,** )
            **vs.** )     **CIVIL ACTION NO. 1:07CV000382**
             )
**ELI LILLY AND COMPANY, et al.** )
             )
             )
             **Defendants.** )

\* \* \* \* \* \* \* \* \* \* \* \*\* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM IN SUPPORT OF DEFENDANT ELI
## LILLY AND COMPANY'S MOTION TO DISMISS PLAINTIFFS' CLAIMS

### INTRODUCTION

      Pursuant to Fed. R. Civ. P. 12(b)(6), defendant Eli Lilly and Company ("Lilly")

submits the following Memorandum in Support of its Motion to Dismiss the claims of plaintiffs

Laura and Jack Burns ("plaintiffs") for failure to state a claim upon which relief can be granted.

Specifically, plaintiffs' cause of action should be dismissed because they have failed to plead

that they have joined as defendants those manufacturers of DES constituting a substantial share

of the relevant market, nor have they plead that they have conducted the required due diligence

in an effort to determine the manufacturer of the DES plaintiff's mother claims to have ingested.

Moreover, defendants have failed to actually join as defendants those manufacturers constituting

a substantial share of the appropriate DES market. Plaintiffs have named only 11 defendants (of

which one, GlaxoSmithKline, is named as a successor corporation to two corporate entities), who

would not constitute a substantial share of the relevant DES market in 1954. Finally, plaintiffs'

breach of warranty claim is not cognizable under California law. For the reasons set forth below,

plaintiffs' claims fail as a matter of law and should be dismissed in their entirety.

2347794v1

## ARGUMENT

**I.    PLAINTIFFS HAVE FAILED TO STATE A CLAIM UNDER A MARKET SHARE THEORY OF LIABILITY**

**A.    Under California Law, Plaintiffs Proceeding Under a Market Share Theory of Liability Must Plead That They Have Joined as Defendants Those Manufacturers Constituting a Substantial Share of the Relevant Market and That They Have Made Reasonable Efforts to Identify the Actual Manufacturer of the Drug at Issue.**

Although plaintiffs are Oregon residents (*See* caption of Complaint), based upon the nature of the allegations, it appears that plaintiffs are attempting to assert claims against the 11 named defendants under California's market share theory of liability first enunciated in *Sindell v. Abbott Laboratories*, 26 Cal.3d 588 (Cal. 1980).[1]  In *Sindell*, the plaintiff alleged in her complaint that 11 defendant manufacturers of DES (plaintiff also named "Does 1 through 100," but only five defendants were apparently before the court), with knowledge that the drug might cause cancer in daughters of the mothers who took the drug, failed to adequately test it for safety or to warn of its dangers. *Id.* at 593.  Plaintiff could not identify the manufacturer of the drug actually ingested by her mother, and on that basis, the trial court sustained defendants' demurrers to the complaint without leave to amend. *Id.* at 595-96.

The California Supreme Court reversed, holding that the plaintiff could proceed without specifically identifying the manufacturer of the DES that caused her alleged injuries. The court ruled, however, that plaintiff must join in the action the manufacturers of "a substantial share of the DES which her mother might have taken . . ." *Id.* at 612.  Further, the *Sindell* court

---

[1]    The Oregon Supreme Court has specifically rejected application of market share liability as one variation of the alternative liability rule. *Senn v. Merrell-Dow Pharmaceuticals, Inc.* 305 Or. 256, 271 (1988).

2

held that a plaintiff proceeding under a market share theory of liability must demonstrate that she made a reasonable effort to establish the identification of the manufacturer of the drug her mother ingested, but could not do so through no fault of her own. *Sindell*, 26 Cal.3d at 611. *See also Doe v. Cutter Biological, Inc.*, 971 F.2d 375, 379 (9th Cir. 1992) (stating, only "when it is impossible for a plaintiff alleging injury to prove which of the numerous manufacturers produced the offending product," may a plaintiff proceed under market share theory of liability); *Brown v. Superior Court*, 44 Cal.3d 1049 (Cal. 1988).

Here, plaintiffs' Complaint alleges that Laura Burns suffered injuries as a result of exposure *in utero* to DES in California in 1954. Complaint, p. 3, ¶¶ 3, 4. Plaintiffs name 11 defendants in their Complaint, alleging that plaintiff's injuries were the result of their negligent and tortious conduct. *See generally* Complaint. None of the named defendants are specifically identified in the body of plaintiffs' Complaint. *Id*. Instead, plaintiffs' claims are based on the conduct of the defendants as a group. *Id*. Plaintiffs have not plead that they have named a substantial share of the DES market (nor have they in fact named a substantial share of the DES market), or that they have undertaken the required reasonable efforts to identify the manufacturer of the drug plaintiff's mother claims to have ingested (*See, e.g., Murphy, v. E.R. Squibb & Sons, Inc.*, 40 Cal.3d 672, 675 (Cal. 1985) (where plaintiff alleged that she was unable to identify the specific manufacturer)), in order to proceed under the market share theory of liability. For these reasons alone, plaintiffs' Complaint should be dismissed.

**B.     Plaintiffs Have Failed To Join as Defendants Those Manufacturers Constituting a Substantial Share of the DES Market in 1954.**

Not only have plaintiffs failed to *allege* that they have named a substantial share of the relevant DES market in this action, it is clear that plaintiffs have failed to *actually name* as defendants those manufacturers constituting a substantial share of the relevant market. *Sindell*

3

2347794v1

and its progeny provides guidance on this issue. In *Sindell* the California Supreme Court acknowledged that the "Fordham Comment" suggested 75 to 80 percent as a substantial share (*Sindell*, 26 Cal.3d at 608-09), but declined to specifically define what constitutes a "substantial share" sufficient for a plaintiff to proceed under a market share theory of liability. *Id.* at 612.

In *Murphy*, *supra*, the California Supreme Court again addressed the state's market share theory in a DES case. There, plaintiff named E.R. Squibb & Sons ("Squibb") and Exclusive Prescription Pharmacy Corporation ("Exclusive") as defendants. In her first cause of action, plaintiff alleged that Squibb manufactured the DES she claimed her mother ingested. *Id.* at 675. In the second count, added after the court's decision in *Sindell*, plaintiff alleged she was unable to identify the specific manufacturer of the DES used by her mother, but that Squibb supplied a "substantial percentage" of DES for use by pregnant women to prevent miscarriage. *Id.*

The case went to trial on plaintiff's claim that Squibb had manufactured the DES at issue and the jury found in Squibb's favor on this claim. *Id.* at 675-76. As to the second count, based on Squibb's national market share, the trial court found that a national market share of 10 percent was not a "substantial percentage" as a matter of law and entered summary judgment in Squibb's favor. *Id.* at 675. In affirming the trial court's entry of summary judgment on plaintiff's market share theory of liability, the California Supreme Court referenced its decision in *Sindell*, stating:

> The major issue decided in *Sindell* was whether and the circumstances under which a plaintiff in a DES case could avoid application of the usual rule that she had the burden of proving the defendant manufacturer produced the DES which caused her injuries. *The opinion makes it clear that in order to shift the burden of proof on the issue of causation in fact, a plaintiff must join in the action the manufacturers of 'a substantial share of the DES which her mother might have taken.'* (26 Cal.3d at p.612, 163 Cal.Rptr. 132, 607 P.2d 924.) Although we stated that the defendant manufacturers could cross-complain against other DES

4

> manufacturers not joined in the action, which might have supplied the injury-causing product, *we were careful to qualify the statement with the observation that such pleadings would be filed only after 'plaintiff has met her burden of joining the required defendants.' (Id.)*"

*Id.* at 683 (emphasis added). In *Murphy*, the court concluded, plaintiff "failed to meet the threshold requirement regarding what constitutes a viable minimum market share for the application of the market share doctrine." *Id.* at 684. Once again, however, the California Supreme Court declined to establish a minimum market share sufficient for a plaintiff to proceed under California's market share theory. There is, however, California case law that provides substantial guidance in DES cases.

In 1986, Judge John E. Benson of the San Francisco Superior Court (before his elevation to the California Court of Appeals) handled all aspects of DES litigation. In fact, his trial orders became the basis for the California Supreme Court decision in *Brown v. Superior Court*, 44 Cal.3d 1049 (Cal. 1988) (consolidated complex products liability cases involving claims of offspring whose mothers ingested DES during pregnancy). In *In re Complex DES Litigation*, Superior Court No. 830-109, County of San Francisco, General Order No. 19 (April 2, 1986) (*See* **Attachment 1** to Affidavit of Emily J. Laird in Support of Eli Lilly and Company's Motion to Dismiss, attached hereto as **Exhibit A**), Judge Benson concluded that "sixty-seven percent (67%) constitutes a substantial percentage for purposes of triggering market-share liability in appropriate DES cases." *Id.* at p. 3.

Judge Benson also held that, in determining the relevant market, 5, 10, 25, 50 and 100 milligram DES dosage sizes were to be included in the analysis. *Id.* at p. 4. Further, he concluded that the relevant market was not geographically limited to the state of California, but was to be defined as a "national market." *In re Complex DES Litigation*, Superior Court No.

5

830-109, County of San Francisco, General Order No. 8, p. 2 (February 7, 1985) (Exhibit A at **Attachment 2**).

In determining the percentage of the relevant DES market that was actually held by each of the named defendants, Presiding Judge Daniel Hanlon utilized the market share matrices created by Dr. Henry Grabowski. *See In re Complex DES Litigation*, Superior Court No. 830-109, County of San Francisco, Notice of Amendment to General Order No. 29 (January 20, 1989) and attached market share matrices 1, 2 and 3 (Exhibit A, **Attachment 3** and exhibits 1-3 attached thereto) ("the Market Share Matrices"). The Market Share Matrices are broken down by dosage size, with Exhibit 1 reflecting market shares for 5 milligram, 25 milligram and 100 milligram dosages between 1947 and 1971; Exhibit 2 reflecting market shares for blended 5 and 25 milligram dosages between 1947 and 1971 and; Exhibit 3 reflecting 5, 25 and 100 milligram dosages between 1947 and 1971. *Id.*

To the extent that plaintiffs intend to proceed under the Market Share Matrices, they have failed to name a substantial share of the relevant DES market in their Complaint. Plaintiffs have named a total of 11 defendants, including GlaxoSmithKline, which is listed in the Complaint as successor to both S.E. Massengill Co. and Burroughs-Wellcome, Inc. *See* caption of Complaint. As the Market Share Matrices show, there were more than 80 manufacturers of DES in 5, 25 and 100 milligram dosage forms in 1954. *See* Exhibit A, Attachment 3, exhibits 1-3. An analysis of the named defendants' combined market share in 1954, as set forth in the Market Share Matrices, establishes that the named defendants' combined market share did not reach 43 percent of the 5 milligram dosage market, 35 percent of the 25 milligram dosage market, 39 percent of the of the 5 and 25 milligram market, or 40 percent of the 5, 25 and 100 milligram DES market. In fact, the named defendants' market share never reached 43% of *any*

6

of the markets reflected in the Market Share Matrices with the sole exception being the 100 milligram matrix. *Id*. at Attachments 1, 2 & 3.

An analysis of the Market Share Matrices establishes that, unless plaintiffs are proceeding under the theory that plaintiff Laura Burns's mother only ingested a 100 mg dosage (produced only by Squibb and Abbott), the named defendants in this case did not constitute a "substantial share" of the DES market as required for plaintiff to pursue their claims under *Sindell's* market share theory. To the extent plaintiffs intend to pursue their claims under the 100 milligram market share analysis, then those defendants who did not produce DES in 100 milligram dosages, including Lilly, should be dismissed from this case.

## II.  PLAINTIFFS' BREACH OF WARRANTY CLAIM IS NOT COGNIZABLE UNDER CALIFORNIA LAW

In their Complaint, plaintiffs assert a cause of action for breach of warranty, alleging that the named defendants breached both implied and express warranties to their physicians and their patients "that [DES] was efficacious as a miscarriage preventative, and was safe for pregnant women and their unborn children if used as directed for such purposes." Complaint, at p. 5. Under California law, however, plaintiffs proceeding under a market share theory of liability may not assert an action for breach of warranty. *Brown v. Superior Court*, 44 Cal.3d 1049, 1072 (Cal. 1988). In *Brown*, the California Supreme Court also noted that its determination that a cause of action for breach of warranty does not lie against a drug manufacturer is applicable whether the plaintiff proceeds under the market share theory or not. *Id*. at 1072, n.14. As such plaintiffs' breach of warranty claim fails as a matter of law.

## CONCLUSION

Plaintiffs have failed to allege in their Complaint that they have named a substantial share of the relevant DES market or that they have made reasonable efforts to identify

2347794v1

the actual manufacturer of the DES they claim Laura Burns's mother ingested. Further, plaintiffs have failed to actually name as defendants those manufacturers constituting a substantial share of the relevant DES market. For these reasons and in Lilly's Motion to Dismiss, Eli Lilly and Company respectfully moves this Court for its Order dismissing all Counts of plaintiffs' Complaint at plaintiffs' cost, and for such other and further relief as this Court deems just and appropriate under the circumstances.

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By:  _/s/ Emily J. Laird_____

Michelle R. Mangrum  (DC Bar No. 473634)
John Chadwick Coots   (DC Bar No. 461979)
Emily J. Laird        (DC Bar No. 485890)
600 14TH Street, NW, Suite 800
Washington, DC  20005-2004
(202) 783 -8400
Fax (202) 783-4211
- and –
David W. Brooks
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO   64108-2613
(816) 474-6550
Fax (816) 421-5547

ATTORNEYS FOR DEFENDANT
ELI LILLY AND COMPANY

Burns v. Eli Lilly and Company, Case No. 1:07CV000382

8

## <u>CERTIFICATE OF SERVICE</u>

        I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 1st day of March, 2007, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron M. Levine & Associates
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036
**Attorneys for Plaintiff**

Sidney G. Leech
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD 21202
**Attorneys for Bristol Myers Squibb Company**

Elizabeth Ewert
Drinker Biddle & Reath, LLP
1500 K Street NW, Suite 1100
Washington, DC 20005
**Attorneys for Merck & Company, Pharmacia and Upjohn Company and Ortho-McNeil Pharmaceuticals, Inc.**

John F. Anderson
Troutman Sanders, LLP
1660 International Drive, Suite 600
McLean, VA 22102
**Attorneys for Dart Industries, Inc.**

Janet K. Coleman
Daniel Whitney
Whitney & Bogris, LLP
401 Washington Avenue, 12th Floor
Towson, MD 21204
**Attorneys for GlaxoSmithKline, Inc.**

Aaron M. Bailey
Goodwin & Proctor, LLP
901 New York Avenue, NW, Suite 900
Washington, D.C. 20001
**Attorneys for Premo Pharmaceuticals Laboratories, Inc.**

Person & Covey, Inc.
616 Allen Avenue
Glendale, CA 91221
**Defendant**

Jennifer G. Levy
Kirkland & Ellis, LLP
655 Fifteenth Street NW, Suite 1200
Washington, DC 20005-5793
**Attorneys for Abbott Laboratories, Inc.**

Gerry H. Tostanoski
Jaime W. Luse
Tydings & Rosenberg, LLP
100 East Pratt Street, Suite 2600
Baltimore, MD 21202
**Attorneys for Elan Pharmaceuticals**

      /s/ Emily J. Laird
**ATTORNEY FOR DEFENDANT**
**ELI LILLY AND COMPANY**

9

2347794v1

# EXHIBIT
# A

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* )

**LAURA J. BURNS**  )
and  )
**JACK W. BURNS**  )
**2843 Dark Hollow Road**  )
**Medford, OR 97501**  )
)
      **Plaintiffs,**  )  **CIVIL ACTION NO. 1:07CV000382**
)
   **vs.**  )
)
**ELI LILLY AND COMPANY, et al.**  )
)
)
      **Defendants.**  )

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF EMILY J. LAIRD IN SUPPORT OF
## DEFENDANT ELI LILLY AND COMPANY'S MOTION TO DISMISS

   I, Emily J. Laird, being first sworn on oath, say that the following is true and correct:

   1.  I am an attorney in the firm of Shook, Hardy & Bacon, LLP, counsel for defendant Eli Lilly and Company ("Lilly") in the above-captioned action.

   2.  **Attachment 1** is a true copy of General Order No. 19 in *In re Complex DES Litigation*, Superior Court No. 830-109, County of San Francisco (April 2, 1986).

   3.  **Attachment 2** is a true copy of General Order No. 8 in *In re Complex DES Litigation,* Superior Court No. 830-109, County of San Francisco (Feb. 7, 1989)

   4.  **Attachment 3** is a true copy of Notice of Amendment to General Order No. 29 and market share matrices, which are attached as exhibits 1, 2 and 3 to same in *In re Complex DES Litigation*, Superior Court No. 830-109, County of San Francisco (Jan. 20, 1989).

2346795v1

Executed on March 1, 2007

*Emily J. Laird*

_____
Emily J. Laird

DISTRICT OF                )
                           )ss.
COLUMBIA                   )

     On this 1st day of March, 2007, before me, a notary public in and for said state, personally appeared Emily J. Laird, to me personally known, who being duly sworn, acknowledged that she had executed the foregoing instrument for purposes therein mentioned and set forth.

_____
NOTARY PUBLIC

Michel Y. Thompson
Notary Public, District of Columbia
My Commission Expires 10-14-2009

My Commission Expires:

10/14/09
_____

- 2 -

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 1st day of March, 2007, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron M. Levine & Associates
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036
**Attorneys for Plaintiff**

Sidney G. Leech
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD 21202
**Attorneys for Bristol Myers Squibb Company**

Elizabeth Ewert
Drinker Biddle & Reath, LLP
1500 K Street NW, Suite 1100
Washington, DC 20005
**Attorneys for Merck & Company, Pharmacia and Upjohn Company and Ortho-McNeil Pharmaceuticals, Inc.**

John F. Anderson
Troutman Sanders, LLP
1660 International Drive, Suite 600
McLean, VA 22102
**Attorneys for Dart Industries, Inc.**

Janet K. Coleman
Daniel Whitney
Whitney & Bogris, LLP
401 Washington Avenue, 12th Floor
Towson, MD 21204
**Attorneys for GlaxoSmithKline, Inc.**

Aaron M. Bailey
Goodwin & Proctor, LLP
901 New York Avenue, NW, Suite 900
Washington, D.C. 20001
**Attorneys for Premo Pharmaceuticals Laboratories, Inc.**

Person & Covey, Inc.
616 Allen Avenue
Glendale, CA 91221
**Defendant**

Jennifer G. Levy
Kirkland & Ellis, LLP
655 Fifteenth Street NW, Suite 1200
Washington, DC 20005-5793
**Attorneys for Abbott Laboratories, Inc.**

Gerry H. Tostanoski
Jaime W. Luse
Tydings & Rosenberg, LLP
100 East Pratt Street, Suite 2600
Baltimore, MD 21202
**Attorneys for Elan Pharmaceuticals**

_/s/ Emily J. Laird_____
**ATTORNEY FOR DEFENDANT
ELI LILLY AND COMPANY**

- 3 -

2346795v1

# ATTACHMENT 1

ENDORSED
**FILED**
San Francisco County Superior Court

APR 2 1986

DONALD W. DICKINSON, Clerk
BY: ELIZABETH AAMOT
Deputy Clerk

CALIFORNIA SUPERIOR COURT

CITY AND COUNTY OF SAN FRANCISCO

DEPARTMENT NUMBER FIVE

| | |
|---|---|
| In Re: | NO. 830-109 |
| DES LITIGATION | PARTIAL TENTATIVE DECISION |
| | MARKET-SHARE MASTER TRIAL; PHASE TWO |
| | (TO BE FILED AS GENERAL ORDER NO. 19 |

PART I

SUBSTANTIAL SHARE
(Substantial Percentage)

Since the submission of the several issues presented in Phase II of the market-share trial, the California Supreme Court has reaffirmed what the Sindell decision made clear: ". . . that in order to shift the burden of proof on the issue of causation in fact, a plaintiff must join in the action the manufacturers of 'a substantial share of the DES which her mother might have taken.'" Murphy v. E.R. Squibb & Sons, Inc., 40 Cal.3d 672, 683.

1

The reason for requiring the joinder of a substantial share of the DES manufacturers is to significantly diminish the injustice inherent in shifting the causation proof burden to the defendants. _Sindell_ v. _Abbott Laboratories_, 26 Cal.3d 588, 612.

Beyond the rule and its reason there is precious little to guide the trial court in meeting its responsibility of deciding what constitutes a substantial share. The _Sindell_ court while acknowledging the "Fordham comment" suggestion of 75 to 80 percent, held ". . . only that a substantial percentage is required." (At P. 612.) The _Murphy_ court upheld a trial court's determination that a ten percent (10%) share was not a substantial share as a matter of law.  (At P. 684.)

The California Supreme Court in the 1956 decision, _Atchison, Topeka & Santa Fe Railway Co._ v. _Kings County Water District_, 47 Cal.2d, 140, 144 had occasion to determine whether certain land had been "substantially . . . benefited" as required by a statute.  Noting first some traditional Webster definitions of the word "substantially" such as "material, . . . having good substance, . . . strong, . . .," the court concluded that "substantial is a relative term, its measure to be gauged by all the circumstances surrounding the matter in reference to which the expression is used."

Having fully considered the evidence, briefs and arguments presented by the opposing sides to the issue and having measured the term "substantial percentage" by examining the circumstances before the _Sindell_ court as those circumstances are reflected by the content of the published

1  decision, the court here concludes that sixty-seven percent
2  (67%) constitutes a substantial percentage for purposes of
3  triggering market-share liability in appropriate DES cases.
4  That is to say, if a plaintiff in DES litigation is unable to
5  identify the manufacturer of the DES ingested by plaintiff's
6  mother, and has joined in the action at least sixty-seven
7  percent (67%) of the manufacturers of the DES which
8  plaintiff's mother might have taken, the burden of proof will
9  shift to the defendants to demonstrate that they could not
10  have made the DES that allegedly injured the plaintiff.

11      By requiring a joinder of essentially two out of every
12  three manufacturers of the DES which plaintiff's mother might
13  have taken, the court has, in its opinion, significantly
14  diminished the injustice inherent in market-share liability.
15  At the same time the court has given a reasonable dimension to
16  the joinder requirement in light of the certain inability of
17  plaintiffs to join manufacturers who are no longer in business
18  or are otherwise not amenable to California jurisdiction.

19      Plaintiffs have argued that a determination of
20  substantial percentages is not a matter for decision by the
21  court but rather is a question of fact for the jury.  This
22  contention is rejected.  Evidence Code Section 160 defines
23  "law" as including "constitutional, statutory and decisional
24  law."  Evidence Code section 310 states "That all questions of
25  law . . . are to be decided by the court."  The court has been
26  called upon to apply legal and equitable principles to give
27  substance to the decisional concept of "substantial share."
28

3

## PART II

## The 10, 50, and 100 Mg. Dosage Size

The second issue to be addressed is whether DES dosage sizes of 10, 50 and 100 milligrams should be included in the DES market. Evidence previously heard by this court established that DES as a miscarriage preventative was manufactured in dosage amounts of 5, 10, 25, 50 and 100 milligrams. The 5 and 25 milligram DES dosage forms made up the great bulk of the DES miscarriage prevention market. (See: General Order No. 12 Pt. IV, Pg. 16:20-24.) At the time the court issued General Order 12 it _invited_ the parties to meet and confer for the purpose of arriving at a stipulation to eliminate the 10, 50 and 100 mg. dosage production from market-share calculations _if,_ in fact, the 10, 50 and 100 mg. amounts were without relevance to the cases before the court. The court, in extending this invitation was motivated by thoughts of judicial economy and minimizing the potential for error in the calculations. (See: General Order No. 12, Pt. IV, Pg. 17:14-20.)

The parties did not reach a stipulation to exclude but rather put the matter to issue on Phase II of the market-share trial. Having fully considered the briefs, evidence and argument, the court determines that the 10, 50 and 100 milligram dosage sizes shall be included for purposes of calculating market-shares.

While the 10, 50 and 100 mg. dosage sizes are characterized as "unpopular sizes," they nevertheless contribute to the pool of identically formulated DES used in

4

treatment of accidents of pregnancy from which market-shares
are to be calculated.

Testimony taken during Phase II revealed that as many as
forty manufacturers sold DES in 100-mg. size. In certain
instances the 100 mg. tablet was "scored," thus allowing a
patient to break the tablet into halves or quarters to meet
the prescription requirements. The consumer could realize a
cost saving by purchasing DES in the larger dosage. Further,
there are cases within Complex DES Litigation where the dosage
regimen remains an unknown and could have been satisfied by
the ingestor using any combination of the 5 through 100 mg.
dosage forms.


### PART III
### Determining the Market: Quantity vs. Revenue

Having weighed the evidence received during the Phase II
trial, the court is satisfied that market-shares should <u>not</u> be
calculated on the basis of revenue received. Market-share
liability contemplates calculations premised on the
"likelihood of ingestion" of a manufacturer's DES product.
Calculations based on revenue would introduce severe
distortions and bias to the objective of reaching
"likelihood" due to the significant variations in pricing
levels established by various manufacturers of the same basic
product.

The elimination of revenue as a method of calculation
leaves the court with two quantitative options, i.e. tablets
or milligrams. (By "tablet" the court includes "pills" and

5

1   "perles.")  Argument has been offered that expert witnesses be
2   permitted to select either tablets or milligrams and present
3   their calculations and opinions on one or the other.  That
4   proposal is rejected.  Phase II evidence in the form of expert
5   testimony by econometricians has established that milligrams
6   and tablets can be readily converted, one to the other, for
7   purposes of calculating market-share.  There is therefore no
8   need to complicate an already difficult problem by permitting
9   calculations in two distinct forms when one will suffice and
10  can be achieved.

11      The court determines and orders that market-share
12  calculations presented to the court shall be based on tablets
13  only.  Revenue and milligram information will of course be a
14  part of the data base utilized as necessary to compute
15  market-share percentages based on tablets.

16      The court is mindful that three of the DES bases before
17  it involve DES administered by injection.  Whether the
18  injectable cases are <u>Sindell</u> market-share cases is an open
19  question at this time.  Assuming one or more of the injectable
20  cases are eventually determined to be market-share cases, the
21  court observes that it has taken no testimony on whether
22  injectable DES can be converted into tablet quantity for
23  purposes of calculating market-shares.  Thus,  the court must
24  exempt injectables from the application of Part III of General
25  Order No. 19 until further evidence is received.
26      DATED:  April 2, 1986.

27                              JOHN E. BENSON
28                              ────────────────────
                                JOHN E. BENSON
                                Judge of the Superior Court

6

FOR THE CITY AND COUNTY OF SAN FRANCISCO

In re Complex DES Litigation            )
                                        )
_____ )            NO.    830-109

                                    CERTIFICATE OF SERVICE BY MAIL
                                    (CCP 1013a(3) )

        I, _____ E. AAMOT _____, Deputy County Clerk and
Deputy Clerk of the Superior Court of the City and County of San
Francisco, certify that I am not a party to the within action;
That I served a copy of the attached _____
_____ GENERAL ORDER NO 19 - PARTIAL TENTATIVE DECISION, MARKET-SHARE
        MASTER TRIAL; PHASE TWO, and
_____ GENERAL ORDER NO. 20 _____

by placing said copy in an envelope addressed to the following:

LeRoy Hersh, Esquire
Hersh & Hersh
601 Van Ness Avenue, Suite 2080
San Francisco, CA 94102-6388

James M. Wood, Esquire
Crosby, Heafey, Roach & May
1999 Harrison Street
Oakland, CA 94612

which envelope was then sealed and postage fully prepaid thereon, and
thereafter was on _____ April 2, 1986 _____, deposited in the United
States mail at San Francisco, California.
        DATED: _____ April 2, 1986 _____

                                        _Elizabeth Aamot_
F1255A                                      E. AAMOT

# ATTACHMENT 2

ENDORSED
FILED
San Francisco County Superior Court

FEB 7 1985

DONALD W. DICKINSON, Clerk
BY: ELIZABETH AAMOT
Deputy Clerk

CALIFORNIA SUPERIOR COURT

CITY AND COUNTY OF SAN FRANCISCO

DEPARTMENT NUMBER FIVE

| | |
|---|---|
| In re: ) | NO. 830-109 |
| COMPLEX DES LITIGATION ) | |
| ) | GENERAL ORDER NO. 8 |

IT IS ORDERED:

A.  That all DES cases pending in the San Francisco Superior Court and identified by the Complex Litigation Judge as "SINDELL CASES" are consolidated for trial on the limited issues of market and market share.

B.  For purposes of this Order a "SINDELL CASE" is one in which a plaintiff claims that the manufacturer of the synthethic estrogen dieythylstilbestrol (DES), allegedly used by plaintiff's mother, cannot be identified.

C.  The determination that a case is a "SINDELL CASE" shall be made by the Complex Litigation Judge based upon the information obtained from plaintiffs' responses to General Order No. 7.  The Court's determination that the case is a "SINDELL CASE" is for purposes of the consolidated

1

market/market share trial and for no other purpose. Such
determination is without prejudice to the right of the
plaintiff or defendants to deny and dispute, in any
particular case, the application of <u>Sindell</u> v. <u>Abbott</u>
<u>Laboratories.</u>

D. That all parties plaintiff and the defendant have
waived their right to trial by jury only as to the
consolidated market/market share trial.

E. That the market/market share issues shall be tried
to the Court, Judge John E. Benson presiding.

F. That the market as defined shall be a "national
market." The basis for this Order is the stipulation of the
parties as well as the Court's own determination that no other
definition can logically or practically be applied.

G. The trial of the market/market share issues shall
proceed in two phases. The first phase shall initially be
directed to the Court's determination of whether the trial
should proceed only as to those cases involving
diethylstilbestrol or whether cases involving other synthetic
estrogens should be included. Following that determination,
the first phase of the trial shall continue and shall address
market definition issues of time, use, and dosage.

Phase two of the trial shall commence after the Court
has made all necessary rulings required under phase one
proceedings. Phase two shall be directed to the Court's
determination of the measurement of market share based on
dosage, or production, or monetary considerations, or some
other formula.

2

The terms used in this subdivision "G" of General Order No. 8 are intended to be generally descriptive of the issues to be addressed and are not to be construed by the parties as imposing any limitations on relevant theories to be advanced or relevant evidence to be proferred during the course of the trial.

H.  With regard to the trial of the respective issues, the parties are ordered to submit trial briefs (including a "Judge's Copy"), which shall be filed with the Clerk of Department Five no later than ten (10) days prior to the date set for trial.  The parties within each side are ordered to meet and confer among themselves for the purpose of submitting a single trial brief on all matters to which the parties can agree.  As to those matters where the parties within a side take divergent views, they have leave to file separate trial briefs on those divergent views.

I.  The number of expert witnesses to be called to testify at the first phase of the trial shall be limited in accordance with the Court's directions as discussed at the February 6, 1985 hearing.

The identities of expert witnesses shall be mutually disclosed on or before February 22, 1985.  The disclosure shall include a brief summary of the subject matter of an expert witness' expected testimony.

By stipulation the parties waive discovery with respect to the expert witnesses who will testify at phase one of the trial.

With respect to any treatises, summaries, studies, etc.,

3

that an expert witness will rely upon to support his
testimony, those materials will be identified in writing and
disclosed by the sides no later than fifteen (15) days prior
to the trial date.  Copies of such treatises, summaries,
studies, etc., not reasonably available to the opposing side,
shall be provided to that side upon request.

J.  The first phase of the market/market share
bifurcated consolidated trial shall commence on April 2,
1985.

DATED:  February 7, 1985.

JOHN E. BENSON
Judge of the Superior Court

4

FOR THE CITY AND COUNTY OF SAN FRANCISCO

In re Complex DES Litigation )
)
)

NO. 830-109

CERTIFICATE OF SERVICE BY MAIL
(CCP 1013a(3) )

I, _____ E. AAMOT _____, Deputy County Clerk and
Deputy Clerk of the Superior Court of the City and County of San
Francisco, certify that I am not a party to the within action;
That I served a copy of the attached _____

GENERAL ORDER NO. 8

by placing said copy in an envelope addressed to the following:

LeRoy Hersh, Esquire
Hersh & Hersh
601 Van Ness Avenue, Suite 2080
San Francisco, CA 94102-6388

James M. Wood, Esquire
Crosby, Heafey, Roach & May
1939 Harrison Street
Oakland, CA 94612

which envelope was then sealed and postage fully prepaid thereon, and
thereafter was on __FEB 7 1985__, deposited in the United
States mail at San Francisco, California.

DATED: __FEB 7 1985__

_Elizabeth Aamot_

P1255A

*Thelena*

## McCUTCHEN, BLACK, VERLEGER & SHEA
COUNSELORS AT LAW
600 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 624-2400
TELEX: 698261

March 1 1985

The Honorable John E. Benson
Judge of the Superior Court
San Francisco County Superior Court
480 City Hall, Room 411
San Francisco, California 94102

  Re: Complex DES Litigation

Dear Judge Benson:

   This is to confirm yesterday's telephone conversation in which Mr. Wagnon and I advised that all counsel are in agreement that the Court may issue the following additional order:

  "Upon the stipulation of parties, the first paragraph of section G of General Order No. 8 is amended to read as follows: 'G. The trial of the market/market share issues shall procede in two phases. The first phase shall address market definition issues of time, use, and dosage. The court's determination regarding whether the market should include synthetic estrogens other than diethylstilbestrol shall be left for later determination.'"

    Very truly yours,

Winchester Cooley III
McCUTCHEN, BLACK, VERLEGER & SHEA

Wes Wagnon
HERSH & HERSH

WC:td
cc:  See attachment for distribution to counsel

DES Complex Litigation - San Francisco Superior Court

### Defense Liaison Counsel

Crosby, Heafy, Roach & May
1939 Harrison St.
Oakland, CA  94612

### Plaintiffs' Counsel

Mary Ann Bannan-Haines, Esq.
The Wharfside Building
680 Beach St., Suite 488
San Francisco, CA  94111

Stanley J. Bell, Esq.
Two Transamerica Center
505 Sansome St.
San Francisco, CA  94111

Bourhis, Lawless, and Harvey
4 Embarcadero Center, Suite 3720
San Francisco, CA  94111

Cartwright, Sucherman, Slobodin, & Fowler, Inc.
160 Sansome St., Suite 900
San Francisco, CA  94104

John Herron, Esq.
600 Montgomery St., 33rd Floor
San Francisco, CA  94111

Alan I. Moss, Esq.
433 Turk St.
San Francisco, CA  94012

Bruce Murdock, Esq.
1275 Fourth St.
Santa Rosa, CA  95404

St. Martin, Resner, Kinnamon & Weill
4 Mitchell Blvd.
San Rafael, CA  94901

Walkup, Downing, Shelby, Bastain, Melodia, Kelly & O'Reilly
650 California St.
San Francisco, CA  94108

### Defense Counsel - Defendant Schering

Winchester Cooley III
McCutchen, Palck, Verleger & Shea
600 Wiltshire Blvd.
Los Angeles, CA  90017

# ATTACHMENT 3

1    Steven M. Kohn
2    CROSBY, HEAFEY, ROACH & MAY
     Professional Corporation
3    1999 Harrison Street
     Oakland, CA  94612
4    (415) 763-2000

5    Attorneys for Defendant
     Eli Lilly and Company,
6    a corporation

7

8    SUPERIOR COURT OF CALIFORNIA - CITY AND COUNTY OF SAN FRANCISCO

9

10   In Re:                          No. 830109

11   COMPLEX DES LITIGATION.

12   _____/

13

14        NOTICE OF AMENDMENT TO GENERAL ORDER NO. 29

15

16        PLEASE TAKE NOTICE that the Amendment to General

17   Order No. 29 was filed on January 20, 1989.

18        DATED:  January 25, 1989

19

20                        CROSBY, HEAFEY, ROACH & MAY
                          Professional Corporation
21

22                        By _____
                             Steven M. Kohn
23                           Attorneys for Defendant
                             Eli Lilly and Company,
24                           a corporation

25

26

RECEIVED

JAN 23 1989

ENDORSED
**FILED**
San Francisco County Superior Court

JAN 20 1989

DONALD W. DICKINSON, Clerk
BY  Y. MAZARIEGOS
                    Deputy Clerk

CALIFORNIA SUPERIOR COURT

CITY AND COUNTY OF SAN FRANCISCO

DEPARTMENT NUMBER EIGHTEEN

| | | |
|---|---|---|
| In re: | ) | NO. 830109 |
| | ) | |
| COMPLEX DES LITIGATION. | ) | AMENDMENT TO |
| | ) | GENERAL ORDER NO. 29 |
| | ) | |

In its General Order No. 29, the Court has ordered that Exhibit B to Dr. Henry Grabowski's February 1988, Declaration (Submitted in evidence as Squibb Trial Exhibit No. 203) ". . . Shall be determinative of market shares for the purpose of establishing liability in all cases in this Complex Litigation." (Page 4 of the Order, lines 7-9.)

After having issued its General Order No. 29, the Court has become cognizant of a few remaining issues to which the Court now addresses itself.  The following Orders of this Court amend General Order No. 29, as follows:

1.  At the time of the April 22, 1988, Matrix Hearing, Professor Grabowski testified that Exhibit B to Squibb Trial Exhibit No. 203 should be modified to the very limited extent of

1   including market shares, in relevant years, for Cenci, and

2   modifying market shares for Norwich in a few years. The Court

3   finds such modification is warranted. Attached as Exhibit 1 to

4   this Amendment to General Order No. 29 is the approved Market

5   Share Matrix of Dr. Henry Grabowski. It is identical to said

6   Exhibit B, except that it includes the changes identified herein.

7   The attached Exhibit 1 ". . . Shall be determinative of market

8   shares for the purpose of establishing liability in all cases in

9   this Complex Litigation;"

10       2. At the time of his April 22 testimony, Dr. Grabowski

11   provided to the Court Market Share Matrices to be utilized in the

12   context of an exposure to an "unknown" dosage size of

13   diethylstilbestrol pursuant to Amended General Order 19 and

14   General Order 23, paragraph 5(b). Squibb Trial Exhibit 202 is

15   the "Supplemental Declaration of Henry Grabowski, Ph.D."

16   Appended thereto, as Exhibits H and L, are Matrices containing

17   market share values to be utilized where the exposure was to some

18   unknown combination of "5 mg. and 25 mg.", "or 5 mg. and above"

19   diethylstilbestrol. The Court hereby adopts Dr. Grabowski's

20   "Blended 5 mg. and 25 mg." and "5 mg. and Above" matrices

21   attached hereto, respectively, as Exhibits 2 and 3. Where it is

22   determined in a particular case that exposure was to some

23   unknown combination of 5 and 25 mg. DES, the share values set

24   forth in Exhibit 2, attached hereto, are to be utilized, and

25   shall be determinative of market shares. Where it is determined

26   that exposure to some unknown dosage size of 5, 10, 25, 50, and

27   100 mg. DES occurred, the share values set forth in Exhibit 3,

28   attached hereto, are to be utilized, and shall be determinative

1   of market shares;

2       3.  The Court also notes that, at the time of the April 22

3   hearing, it was requested that Ulmer be excluded, entirely, from

4   the 25 mg. market, based upon previous submissions to this Court.

5   The Court hereby finds that Ulmer should be excluded from the 25

6   mg. market.  The attached Market Share Matrices are in

7   conformance with the Court's Order in this regard;

8       4.  The Court also finds that, based upon this Court's

9   ruling in the case of Sandra Phillips v. Abbott Laboratories

10  (Action No. 801 418) that E.S. Miller ceased manufacturing and

11  marketing DES in any size or dosage in the year 1959, and that

12  Miller should be excluded from the Market Share Matrix between

13  the years 1959 and 1971.  The attached Market Share Matrices are

14  in conformance with the Court's Order in this regard.

15      5.  The Court further finds, consistent with its holding

16  in the Order Denying Motion for Summary Judgment of Defendant

17  Kalipharma, Inc. in Davenport v. Abbott Laboratories, Superior

18  Court No. 853-194, that companies who have no share of the

19  Sindell market under the Matrix adopted by this Court, for any

20  relevant period to a plaintiff's claim, are not liable to said

21  plaintiff for injuries caused by DES and cannot be deemed part of

22  the total market.  Brown v. Superior Court 44 Cal.3d 1049 at

23  1074.

24      Liaison counsel for Defendants shall cause a copy of this

25  Amendment to General Order No. 29 to be served upon all parties.

26      DATED:  January 20, 1989

27                                  DANIEL M. HANLON
                                    PRESIDING JUDGE
28                                  _____
                                    DANIEL M. HANLON
                                    Judge of the Superior Court

1

"LIKELIHOOD" SHARE VALUES (AS PER GENERAL ORDER 26) - 5 MG

| NAME | 1947 | 1948 | 1949 | 1950 | 1951 | 1952 | 1953 | 1954 | 1955 | 1956 | 1957 | 1958 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABBOTT | 3.6539 | 3.2275 | 2.6831 | 2.1819 | 2.1781 | 1.8963 | 1.7040 | 1.2815 | 1.1656 | 1.1784 | 1.1673 | 1.1897 |
| ALLEN PHARM | | | | | | | | | | | | |
| AMERICAN DRUG | | | | | | 0.1442 | 0.2885 | 0.4327 | 0.4327 | 0.4327 | 0.4327 | 0.4327 |
| AMERICAN PHARM | 0.1600 | 1.3451 | 2.5301 | 3.7152 | 3.7152 | 3.7152 | 3.7152 | 3.7152 | 3.7152 | 3.7152 | 3.7152 | 3.7152 |
| AMES CO. | | | | | | | 0.0667 | 0.1333 | 0.2000 | 0.2000 | 0.2000 | 0.2000 |
| AMFRE-GRANT | | 0.0074 | 0.0345 | 0.0624 | 0.0793 | 0.0861 | 0.0857 | 0.0818 | 0.0704 | 0.0592 | 0.0707 | 0.0917 |
| ATLAS | | | | | | | | 0.0075 | 0.0149 | 0.0224 | 0.0224 | 0.0224 |
| BARRE DRUG | | | | | | | | | | | | 0.0213 |
| BOYLE | | 0.0145 | 0.0359 | 0.0485 | 0.0488 | 0.0426 | 0.0351 | 0.0289 | 0.0237 | 0.0199 | 0.0131 | 0.0069 |
| BREWER | | | | | | | | | | 0.1139 | 0.5929 | 1.3199 |
| BRYANT PHARM | | | | | | | | | | 0.2000 | 0.2279 | 0.3418 |
| BUFFINGTON | | 0.0667 | 0.1333 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.1333 |
| BURROUGHS | 5.8082 | 4.6852 | 3.2209 | 2.2173 | 1.5697 | 1.1783 | 0.9233 | 0.7380 | 0.5894 | 0.4792 | 0.3396 | 0.1912 |
| CARNRICK | | | 0.3990 | 0.6499 | 0.8444 | 0.8121 | 0.7296 | 0.5331 | 0.3803 | 0.2698 | 0.2258 | 0.1860 |
| CARROLL CHEM | | 0.0667 | 0.1333 | 0.0707 | 0.1614 | 0.2121 | 0.2121 | 0.2121 | 0.2121 | 0.2121 | 0.2121 | 0.2121 |
| CHASE CHEM | | | | | 1.3236 | 2.3691 | 2.2635 | 1.2696 | 0.2000 | 0.2000 | 0.2000 | 0.2121 |
| CHICAGO PHARM | 0.1445 | 0.1445 | 0.1445 | 0.1445 | 0.1445 | 0.1445 | 0.1445 | 0.1445 | 0.2000 | 0.2000 | 0.2000 | 0.2000 |
| CIBA | 0.0271 | 0.0139 | 0.0073 | | | | | | | | | 0.1645 |
| CLARK, PFEFFER, BROWN | | | | | | | | | | | | |
| COLE CHEMICAL CO. | | | | | | 0.0411 | 0.0592 | 0.0592 | 0.0592 | 0.0592 | 0.0592 | 0.0592 |
| COLUMBIA | 0.0533 | 0.1535 | 0.2536 | 0.3004 | 0.5452 | 0.5164 | 0.5058 | 0.3004 | 0.3004 | 0.3004 | 0.3004 | 0.3004 |
| COWLEY | | | | | 0.0226 | 0.0341 | 0.0648 | 0.0944 | 0.0950 | 0.1024 | 0.1104 | 0.1275 |
| DANIELS | 0.1067 | 0.1733 | 0.1867 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 |
| DIRECT LABS | | | | | | | | 0.0468 | 0.0977 | 0.1465 | 0.1465 | 0.1465 |
| DRUG MASTER INC | 0.1600 | 0.1733 | 0.1867 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 |
| DRUG PRODS. | | | | | 0.1220 | 0.2440 | 0.3660 | 0.3660 | 0.3660 | 0.3660 | 0.3660 | 0.3660 |
| DUMONT PHARM | | | | | 0.0667 | 0.1333 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 |
| EMDEE | | | | | 0.1125 | 0.2251 | 0.3376 | 0.3376 | 0.3376 | 0.3376 | 0.3376 | 0.3376 |
| EMPIRE DRUG | 0.0533 | 0.1200 | 0.1867 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 |
| ERNES PHARM | | | | | | | | | | 0.2000 | 0.1333 | 0.0667 |
| EVRON | | 0.0383 | 0.0383 | 0.0767 | 0.8150 | 0.1150 | 0.1150 | 0.1150 | 0.1150 | 0.1150 | 0.1150 | 0.1150 |
| EXCEL | | 0.0516 | 0.0516 | 0.1032 | 0.1548 | 0.1548 | 0.1548 | 0.1548 | 0.1548 | 0.1548 | 0.1548 | 0.1548 |
| FARADAY | | | | | 0.1237 | 0.1237 | 0.1237 | 0.1237 | 0.1237 | 0.1237 | 0.1237 | 0.1237 |
| GOLD LEAF PHARM | | 0.0412 | | 0.0825 | 0.1237 | 0.1237 | 0.1237 | 0.1237 | 0.1237 | 0.1237 | 0.1237 | 0.1237 |
| MAACK LABS | | | 0.2268 | 0.4536 | 0.4536 | 0.6804 | 0.6804 | 0.6804 | 0.6804 | 0.6804 | 0.6804 | 0.6804 |
| NANCE & WHITE | | | 1.0416 | 2.0832 | 2.0832 | 3.1248 | 3.1248 | 3.1248 | 3.1248 | 3.1248 | 2.8562 | 2.5877 |
| NARCO PHARM | | | 0.0667 | 0.0667 | 0.1333 | 0.2000 | 0.2000 | 0.2000 | 0.1333 | 0.0667 | | |

1

"LIKELIHOOD" SHARE VALUES (AS PER GENERAL ORDER 26) - 5 MG

| NAME | 1959 | 1960 | 1961 | 1962 | 1963 | 1964 | 1965 | 1966 | 1967 | 1968 | 1969 | 1970 | 1971 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABBOTT | 1.1864 | 1.1169 | 0.8228 | 0.3926 | 0.1136 | | | | | | | | |
| ALLEN PHARM | 0.0667 | 0.1333 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.1333 | 0.0667 | | | |
| AMERICAN DRUG | 0.4327 | 0.4327 | 0.4327 | 0.4327 | 0.4327 | 0.4327 | 0.4327 | 0.4327 | 0.4327 | 0.4327 | 0.4327 | 0.4327 | 0.2885 |
| AMERICAN PHARM | 3.7152 | 3.7152 | 3.7152 | 3.7152 | 3.7152 | 3.7152 | 3.7152 | 3.7152 | 3.7152 | 3.7152 | 3.7152 | 3.7152 | 3.7152 |
| AMES CO. | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.1333 | 0.0667 | | |
| AMFRE-GRANT | 0.0836 | 0.0579 | 0.0631 | 0.1205 | 0.1220 | 0.0953 | 0.0721 | 0.0717 | 0.0519 | 0.0273 | 0.0287 | 0.0407 | 0.0343 |
| ATLAS | 0.0224 | 0.0224 | 0.0169 | 0.0075 | | | | | | | | | |
| BARRE DRUG | 0.0475 | 0.0877 | 0.0972 | 0.1049 | 0.1054 | 0.1119 | 0.1105 | 0.1125 | 0.1100 | 0.1157 | 0.1231 | 0.1357 | 0.1469 |
| BOYLE | 0.0056 | 0.0078 | 0.0086 | 0.0027 | | | | | | | | | |
| BREWER | 1.4748 | 0.8853 | 0.7005 | 0.7550 | 0.7586 | | | | | | | | |
| BRYANT PHARM | 0.3418 | 0.3418 | 0.3418 | 0.3418 | 0.3418 | 0.3418 | 0.3418 | 0.3418 | 0.2279 | 0.1139 | | | |
| BUFFINGTON | 0.0647 | | | | | | | | | | | | |
| BURROUGHS | 0.0598 | | | | | | | | | | | | |
| CARRICK | 0.1307 | 0.0760 | 0.0277 | 0.0005 | | | | | | | | | |
| CARROLL CHEM | 0.2121 | 0.2121 | 0.2121 | 0.2121 | 0.2121 | 0.2121 | 0.2121 | 0.2121 | 0.2121 | 0.2121 | 0.2121 | 0.2121 | 0.2121 |
| CHASE CHEM | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.1333 | 0.0667 | | | | | |
| CHICAGO PHARM | 0.1445 | 0.1445 | 0.1445 | 0.1445 | 0.0963 | 0.0482 | | | | | | | |
| CIBA | | | | | | | | | | | | | |
| CLARK, PFEFFER, BROWN | 0.2397 | 0.1199 | | | | | | | | | | | |
| COLE CHEMICAL CO. | 0.0592 | 0.0592 | 0.0592 | 0.0403 | 0.0209 | | | | | | | | |
| COLUMBIA | 0.1426 | 0.1753 | 0.1944 | 0.2098 | 0.2108 | 0.2239 | 0.2211 | 0.2250 | 0.2201 | 0.2314 | 0.2463 | 0.2713 | 0.2959 |
| COLEY | 0.3004 | 0.3004 | 0.3004 | 0.3004 | 0.3004 | 0.3004 | 0.3004 | 0.3004 | 0.3004 | 0.3004 | 0.3004 | 0.2003 | 0.1001 |
| DANIELS | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 |
| DIRECT LABS | 0.1465 | 0.1465 | 0.1465 | 0.1465 | 0.1465 | 0.1465 | 0.1465 | 0.1465 | 0.1465 | 0.1465 | 0.1465 | 0.1465 | 0.0977 |
| DRUG MASTER INC | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.1333 | 0.0667 | |
| DRUG PRODS. | | | | | | | | | | | | | |
| DUMONT PHARM | 0.3660 | 0.3660 | 0.3660 | 0.3660 | 0.3660 | 0.3660 | 0.3660 | 0.3660 | 0.3660 | 0.2440 | 0.1220 | | |
| ENGEE | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.1333 | 0.0667 | | | | | |
| EMPIRE DRUG | 0.3376 | 0.3376 | 0.2251 | 0.1125 | | | | | | | | | |
| ERNES PHARM | | | | | | | | | | | | | |
| EVRON | 0.1150 | 0.1150 | 0.1150 | 0.1150 | 0.1150 | 0.1150 | 0.1150 | 0.1150 | 0.1150 | 0.1150 | 0.1150 | 0.0767 | 0.0383 |
| EXCEL | 0.1548 | 0.1548 | 0.1548 | 0.1548 | 0.1548 | 0.1032 | 0.0516 | | | | | | |
| FARADAY | | | 0.0350 | | 0.0078 | 0.1142 | 0.1260 | 0.1320 | 0.1288 | 0.0925 | 0.0537 | 0.0573 | 0.0498 |
| GOLD LEAF PHARM | 0.1237 | 0.1237 | 0.1237 | 0.1237 | 0.1237 | 0.1237 | 0.1237 | 0.1237 | 0.1237 | 0.0825 | 0.0412 | | |
| HAACK LABS | 0.6604 | 0.6604 | 0.6604 | 0.6604 | 0.6604 | 0.4536 | 0.2268 | | | | | | |
| HANCE & WHITE | 2.3191 | 2.3191 | 2.3191 | 2.3191 | 1.5461 | 0.7730 | | | | | | | |
| MARCO PHARM | | | | | | | | | | | | | |

"LIKELIHOOD" SHARE VALUES (AS PER GENERAL ORDER 26) - 5 MG

| NAME | 1947 | 1948 | 1949 | 1950 | 1951 | 1952 | 1953 | 1954 | 1955 | 1956 | 1957 | 1958 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MARVEY LABS | | | | 0.0667 | 0.1333 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 |
| H. R. CENCI | | 0.0035 | 0.0065 | 0.0060 | 0.0058 | 0.0082 | 0.0136 | 0.0189 | 0.0180 | 0.0174 | 0.0177 | 0.0204 |
| MARST COMPANY, THE | | | | | 0.0667 | 0.0667 | 0.1333 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 |
| INVENEX | | | | | | | | | | 0.2618 | 0.5235 | 0.7853 |
| JABERT PHARM. CO. | | | | | | 0.1333 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 |
| JAN LABS | | | | | | | | | 0.1074 | 0.2143 | 0.3222 | 0.3222 |
| KEY | | | | 0.0088 | 0.0134 | 0.0178 | 0.0174 | 0.0181 | 0.0194 | 0.0206 | 0.0205 | 0.0202 |
| KIRKMAN | 0.0296 | 0.0499 | 0.0727 | 0.0750 | 0.0823 | 0.0745 | 0.0596 | 0.0486 | 0.0490 | 0.0484 | 0.0641 | 0.0621 |
| KREMERS | | | | | | | 0.0264 | 0.0398 | 0.0872 | 0.0266 | 0.0231 | 0.0232 |
| LAMBETT | | 0.0405 | 0.0786 | 0.1175 | 0.1240 | 0.1110 | 0.0932 | 0.0703 | 0.0599 | 0.0460 | 0.0299 | 0.0467 |
| LIFE LABS | | | | | | | | | 0.0481 | 0.0062 | 0.1443 | 0.1443 |
| LILLY | 65.7712 | 60.6921 | 50.2738 | 40.4225 | 33.4146 | 29.3000 | 28.0917 | 25.9288 | 25.7930 | 25.3933 | 24.9193 | 28.2906 |
| LINCOLN | | | | 0.0424 | 0.0850 | 0.1295 | 0.1637 | 0.1797 | 0.1777 | 0.1706 | 0.1840 | 0.2338 |
| LUSTGARTEN | | | | | | 0.1357 | 0.2713 | 0.4070 | 0.4070 | 0.4070 | 0.4070 | 0.4070 |
| MAMET | 0.1747 | 0.1625 | 0.1470 | 0.1466 | 0.1556 | 0.1557 | 0.1462 | 0.1307 | 0.1141 | 0.1032 | 0.0923 | 0.1059 |
| MASSENGILL | 0.1799 | 0.3568 | 0.4431 | 0.4359 | 0.5067 | 0.6234 | 0.8271 | 0.8910 | 0.9521 | 0.9580 | 0.9663 | 0.9582 |
| MAYRAND | | | | | | | 0.0657 | 0.1333 | 0.2000 | 0.2000 | 0.2000 | 0.2000 |
| MCKESSON LABS | | | | | | | | | | | | |
| MCNEIL | 0.3842 | 0.4865 | 0.4106 | 0.3648 | 0.3591 | 0.3523 | 0.3166 | 0.2409 | 0.1933 | 0.1746 | 0.1335 | 0.0881 |
| MERCK | 0.8288 | 1.6850 | 2.2655 | 2.4187 | 2.1231 | 1.7890 | 1.7063 | 1.5769 | 1.5255 | 1.4126 | 1.3286 | 1.2557 |
| MERRELL | | | | 0.4105 | 0.6517 | 0.5750 | 0.2801 | | | | | |
| MEYER CHEM | | | | 0.0062 | 0.0164 | 0.0460 | 0.0786 | 0.0906 | 0.0744 | 0.0563 | 0.0478 | 0.0383 |
| MORTON | | | | | | | 0.0875 | 0.1749 | 0.2624 | 0.2624 | 0.2624 | 0.2624 |
| NATIONAL DRUG | | | 0.0247 | 0.0495 | 0.0742 | 0.0742 | 0.0742 | 0.0742 | 0.0742 | 0.0742 | 0.0742 | 0.0742 |
| NATIONAL DRUG LABS | | | | | | | | | | | | |
| NORWICH PHARM. CO. | | | | | | | 0.0667 | 0.1333 | 0.2000 | 0.2000 | 0.2000 | 0.2000 |
| NYSCO | | | | 0.1333 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 |
| PARK DRUG | | | | | | | | | | | | |
| PENHURST PHARM | | | | | | | 0.0900 | 0.1800 | 0.2000 | 0.2000 | 0.2000 | 0.2000 |
| PERSON & COVEY | | 0.0647 | 0.0775 | 0.1509 | 0.2330 | 0.2249 | 0.2004 | 0.2207 | 0.2086 | 0.1974 | 0.2010 | 0.2030 |
| PHY'S DRUG & SUPPLY | | | | 0.2408 | 0.4816 | 0.7224 | 0.7224 | 0.7224 | 0.7224 | 0.7224 | 0.7224 | 0.7224 |
| PREMO | 0.7939 | 1.1059 | 1.2507 | 1.2181 | 1.2537 | 1.2104 | 1.1215 | 1.1879 | 1.1227 | 0.9641 | 0.8537 | 0.8629 |
| PRESTON LABS | | | | 0.0266 | 0.0533 | 0.0799 | 0.0799 | 0.0799 | 0.0799 | 0.0533 | 0.0266 | 0.0052 |
| RAYMER | | | | 0.0026 | 0.0052 | 0.0078 | 0.0078 | 0.0078 | 0.0078 | | | |
| REPUBLIC | | | | | | | | | | 0.0029 | 0.0059 | 0.0098 |
| REXALL | 0.5553 | 1.1651 | 1.3364 | 1.2239 | 1.0531 | 0.9263 | 0.8912 | 0.8324 | 0.8232 | 0.8225 | 0.6515 | 0.8937 |
| RICHLYN | | 0.0049 | 0.0116 | 0.0170 | 0.0184 | 0.0218 | 0.0323 | 0.0404 | 0.0501 | 0.0607 | 0.0665 | 0.0672 |

"LIKELIHOOD" SHARE VALUES (AS PER GENERAL ORDER 26) - 5 MG

| NAME | 1959 | 1960 | 1961 | 1962 | 1963 | 1964 | 1965 | 1966 | 1967 | 1968 | 1969 | 1970 | 1971 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HARVEY LABS | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 |
| N. R. CENCI | 0.0214 | 0.0210 | 0.0233 | 0.0210 | 0.0126 | 0.0045 | | | | | | | |
| HURST COMPANY, THE | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.7853 | 0.7853 | 0.7853 | 0.7853 | 0.7853 | 0.7853 |
| IWEREK | 0.7853 | 0.7853 | 0.7853 | 0.7853 | 0.7853 | 0.7853 | 0.7853 | 0.3222 | 0.3222 | 0.3222 | 0.3222 | 0.2148 | 0.1074 |
| JABERT PHARM, CO. | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.1333 | 0.0467 | | | | |
| JAM LABS | 0.3222 | 0.3222 | 0.3222 | 0.3222 | 0.3222 | 0.3222 | 0.3222 | 0.3222 | 0.3222 | 0.3222 | 0.3222 | | |
| KEY | 0.0193 | 0.0197 | 0.0169 | 0.0125 | 0.0061 | 0.0022 | | | | | | | |
| KIRKMAN | 0.0576 | 0.0703 | 0.0768 | 0.0740 | 0.0626 | 0.0641 | 0.0643 | 0.0575 | 0.0387 | 0.0249 | 0.0175 | 0.0193 | 0.0209 |
| KREMERS | 0.0222 | 0.8271 | 0.0250 | 0.0142 | 0.0054 | | | | | | | | |
| LANNETT | 0.0561 | 0.0993 | 0.1501 | 0.2195 | 0.2554 | 0.2561 | 0.2126 | 0.2217 | 0.1511 | 0.1057 | | | |
| LIFE LABS | 0.1443 | 0.1443 | 0.1443 | 0.1443 | 0.1443 | 0.0962 | 0.0481 | | | | | | |
| LILLY | 30.5833 | 34.6759 | 41.6591 | 44.8745 | 45.0579 | 47.8120 | 48.9129 | 53.3802 | 53.9960 | 57.2142 | 59.6181 | 65.4205 | 71.3249 |
| LINCOLN | 0.2377 | 0.2338 | 0.2592 | 0.2797 | 0.2108 | 0.0746 | | | | | | 0.2713 | 0.1357 |
| LUBTGARTEN | 0.4070 | 0.4070 | 0.4070 | 0.4070 | 0.4070 | 0.4070 | 0.4070 | 0.4070 | 0.4070 | 0.4070 | 0.4070 | | |
| NAMEY | 0.1166 | 0.0663 | 0.0455 | | | | | | | | | | |
| MASSENGILL | 0.9440 | 1.1583 | 1.3299 | 1.2831 | 1.0855 | 1.0994 | 1.0820 | 0.9899 | 0.6449 | 0.3415 | 0.1215 | | |
| MAYRAND | 0.2000 | 0.1333 | 0.0667 | | | | | | | | | | |
| MCKESSON LABS | | 2.1416 | 4.2831 | 6.4247 | 6.4247 | 6.4247 | 6.4247 | 6.4247 | 4.2831 | 2.1416 | | | |
| MCNEIL | 0.0244 | | | | | | | | | | | | |
| MERCK | 1.1931 | 1.1559 | 0.7486 | 0.2933 | | | | | | | | | |
| MERRELL | | | | | | | | | | | | | |
| MEYER CHEM | 0.0190 | | | | | | | | | | | | |
| MORTON | 0.2624 | 0.2624 | 0.2624 | 0.2624 | 0.2624 | 0.1749 | 0.0875 | | | | | | |
| NATIONAL DRUG | | | | | 0.0495 | 0.0247 | | | | | | | |
| NATIONAL DRUG LABS | 0.0742 | 0.0742 | 0.0742 | 0.0742 | 0.0652 | 0.0652 | 0.0652 | 0.0652 | 0.0652 | 0.0652 | 0.0652 | 0.0652 | 0.0434 |
| NORWICH PHARM. CO. | | 0.0217 | 0.0434 | 0.0652 | | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.1333 | 0.0652 | |
| NYSCO | 0.2000 | 0.2000 | 0.2000 | 0.2700 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.1333 | 0.0667 | |
| PARK DRUG | 0.2700 | 0.2700 | 0.2700 | 0.2700 | 0.2700 | 0.2700 | 0.1800 | 0.0900 | | | | | |
| PENNHURST PHARM | 0.2000 | 0.2000 | 0.2000 | 0.2000 | | | | | | | | | |
| PERSON & COVEY | 0.2052 | 0.1968 | 0.1722 | 0.1705 | 0.1376 | 0.0908 | 0.0358 | | | | | | |
| PHY'S DRUG & SUPPLY | 0.7224 | 0.7224 | 0.7224 | 0.7224 | 0.7224 | 0.4816 | 0.2408 | | | | | | |
| PRENO | 0.7558 | 0.8416 | 0.9331 | 1.1117 | 1.3207 | 1.5074 | 1.6061 | 1.4322 | 1.1996 | 0.9179 | 0.7308 | 0.6739 | 0.5878 |
| PRESTON LABS | | | | | | | | | | | | | |
| RAYNER | 0.0026 | | | | | | | | | | | | |
| REPUBLIC | 0.0094 | 0.0091 | 0.0054 | 0.0022 | | | | | | | | | |
| REXALL | 1.0370 | 1.2362 | 1.2996 | 1.3405 | 1.4246 | 1.6635 | 1.6656 | 1.6401 | 1.4732 | 1.3010 | 0.9116 | 0.4089 | 0.0971 |
| RICHLYN | 0.0533 | 0.0544 | 0.0598 | 0.0636 | 0.0549 | 0.0442 | 0.0372 | 0.0382 | 0.0346 | 0.0264 | 0.0137 | 0.0040 | |

"LIKELIHOOD" SHARE VALUES (AS PER GENERAL ORDER 26) - 5 MG

| NAME | 1947 | 1948 | 1949 | 1950 | 1951 | 1952 | 1953 | 1954 | 1955 | 1956 | 1957 | 1958 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ROBER | 0.3656 | 0.3763 | 0.3467 | 0.3140 | 0.3407 | 0.4274 | 0.5578 | 0.6153 | 0.6097 | 0.6056 | 0.5255 | 0.4419 |
| ROBELL | | | | 0.0023 | 0.0266 | 0.0941 | 0.1515 | 0.1918 | 0.1844 | 0.2108 | 0.2332 | 0.2823 |
| SMITH | 0.3978 | 0.3237 | 0.1884 | 0.1134 | 0.0946 | 0.0895 | 0.0624 | 0.0221 | | | | |
| SMITH,CARROLL,DUNHAM | 0.1600 | 0.3833 | 0.6065 | 0.8298 | 0.8298 | 0.8298 | 0.8298 | 0.8298 | 0.8298 | 0.8298 | 0.8298 | 0.5532 |
| SQUIBB | 11.5832 | 10.1373 | 8.1454 | 7.1591 | 6.7132 | 6.6905 | 6.8436 | 6.8902 | 6.9109 | 7.1858 | 7.1361 | 7.5031 |
| STANLEY | | | 0.0955 | 0.1659 | 0.1846 | 0.1877 | 0.1729 | 0.0845 | 0.1418 | 0.1799 | 0.2702 | 0.4956 |
| STANGER | | | | | | | | | 0.1566 | 0.1604 | 0.1613 | 0.1523 |
| STRASENBURG | 0.0179 | 0.0358 | 0.0371 | 0.0359 | 0.0276 | 0.0172 | 0.0065 | | | | | |
| SUPREME PHARM | | | 0.0667 | 0.1333 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 |
| TERTAGAR | | 0.1841 | 0.3683 | 0.5524 | 0.5524 | 0.5524 | 0.5524 | 0.5524 | 0.5524 | 0.5524 | 0.5524 | 0.5524 |
| TOMAE PAULSEN | | | | | | | | | | 0.1755 | 0.3575 | 0.5061 |
| TUFAG | | | | | | | | | | 0.0512 | 0.1439 | 0.2389 |
| ULMER | | | 0.0090 | 0.0187 | 0.0270 | 0.0290 | 0.0235 | 0.0158 | 0.0127 | 0.0168 | 0.0239 | 0.0244 |
| UPJOHN | 8.2261 | 6.6405 | 4.6302 | 3.4618 | 2.7082 | 2.4782 | 2.3097 | 2.1443 | 2.0063 | 1.9703 | 1.8953 | 1.9182 |
| VELTEX | | | | | 0.1333 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 |
| VITARINE | 0.0311 | 0.0552 | 0.0670 | 0.0654 | 0.0739 | 0.0957 | 0.1220 | 0.1346 | 0.1334 | 0.1322 | 0.1240 | 0.1202 |
| V.C.A. | | | | | 0.2504 | 0.5007 | 0.7511 | 0.7511 | 0.7511 | 0.7511 | 0.7511 | 0.7511 |
| WEBSTER | | | | | | 0.0250 | 0.0901 | 0.0751 | 0.0501 | 0.0250 | | |
| WESTWARD | | 0.3842 | 0.8690 | 1.2695 | 1.3065 | 1.2614 | 1.1687 | 1.2380 | 1.1700 | 1.1071 | 1.1275 | 1.0642 |
| WINTHROP | 0.1600 | 0.1647 | 0.1693 | 0.1740 | 0.1740 | 0.1740 | 0.1740 | 0.1740 | 0.1740 | 0.1740 | 0.1740 | 0.1160 |
| WYETH | | | | | | | | | | | | |
| TOTAL ALLOCATED SHARE | 99.8643 | 94.6293 | 82.3190 | 73.9346 | 69.5819 | 68.0297 | 67.4508 | 63.8681 | 62.4270 | 62.4735 | 64.5342 | 66.9065 |
| TOTAL UNALLOCATED SHARE | 0.1537 | 5.3707 | 17.6810 | 26.0654 | 30.4181 | 31.9703 | 32.5492 | 36.1319 | 37.5730 | 37.5265 | 35.4658 | 33.0935 |

"LIKELIHOOD" SHARE VALUES (AS PER GENERAL ORDER 26) - 5 MG

| NAME | 1959 | 1960 | 1961 | 1962 | 1963 | 1964 | 1965 | 1966 | 1967 | 1968 | 1969 | 1970 | 1971 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RORER | 0.3093 | 0.5804 | 0.6815 | 0.4929 | 0.1665 | 0.2953 | 0.2668 | 0.2115 | 0.1204 | 0.0518 | 0.0007 | | |
| ROWELL | 0.3217 | 0.3965 | 0.4234 | 0.3781 | 0.3258 | | | | | | | | |
| SMITH | 0.2766 | | | | | | | | | | | | |
| SMITH, CARROLL, DUNHAM | 7.6907 | 8.8321 | 9.3534 | 9.7667 | 9.6025 | 9.8648 | 8.9717 | 7.6379 | 5.8695 | 4.4273 | 3.1259 | 2.0145 | 0.8917 |
| SQUIBB | 0.8575 | 1.3414 | 1.6692 | 2.2471 | 2.6829 | 3.1046 | 2.9420 | 3.2108 | 4.6871 | 5.8904 | 5.5576 | 3.8726 | 1.9837 |
| STANLEY | 0.1507 | 0.1357 | 0.1433 | 0.1470 | 0.1619 | 0.1328 | 0.1456 | 0.1483 | 0.1634 | 0.1655 | 0.1781 | 0.2032 | 0.1797 |
| STAYNER | | | | | | | | | | | | | |
| STRASENBURG | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 |
| SUPREME PHARM | 0.5524 | 0.5524 | 0.5524 | 0.5524 | 0.5524 | 0.5524 | 0.5524 | 0.3683 | 0.1841 | 0.5231 | 0.4515 | 1.0653 | 0.7347 |
| TESTAGAR | 0.5008 | 0.4510 | 0.4764 | 0.4885 | 0.2986 | 0.5597 | 0.5159 | 0.4712 | 0.2042 | | | | |
| TOMME PAULSEN | 0.2672 | 0.2636 | 0.2511 | 0.2447 | 0.2494 | 0.2873 | 0.2727 | 0.2212 | 0.1731 | 0.1762 | 0.1929 | 0.1641 | 0.0896 |
| TUTAG | 0.0178 | 0.0161 | 0.0162 | 0.0122 | 0.0053 | | | | | | | | |
| UNKER | 1.8545 | 1.9993 | 2.0353 | 2.0529 | 1.9070 | 1.7941 | 1.5694 | 1.4314 | 1.5118 | 1.7360 | 1.9316 | 1.7024 | 1.0425 |
| UPJOHN | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.2000 | 0.1333 | 0.0667 | 0.0482 | 0.0337 | 0.0248 | 0.0134 |
| VELTEX | 0.1115 | 0.1360 | 0.1485 | 0.1432 | 0.1210 | 0.1241 | 0.1344 | 0.1112 | 0.0749 | | | | |
| VITARINE | 0.7511 | 0.7511 | 0.7511 | 0.7511 | 0.7511 | 0.7511 | 0.5007 | 0.2504 | | | | | |
| V.C.A. | | | | | | | | | | | | | |
| WEBSTER | 1.0531 | 0.9433 | 1.0017 | 1.0272 | 0.9918 | 0.9284 | 1.0174 | 1.0366 | 1.1416 | 1.1364 | 1.2556 | 1.4221 | 1.2559 |
| WESTWARD | 0.0580 | | | | | | | 0.2089 | 0.4178 | 0.6267 | 0.6267 | 0.6267 | 0.6267 |
| WINTHROP | | | | | | | | | | | | | |
| WYETH | | | | | | | | | | | | | |
| TOTAL ALLOCATED SHARE | 68.7742 | 78.1157 | 85.5456 | 90.9774 | 89.1334 | 90.3234 | 87.9078 | 89.7231 | 85.6878 | 85.6638 | 82.9509 | 85.1564 | 85.4973 |
| TOTAL UNALLOCATED SHARE | 31.2258 | 21.8843 | 14.4544 | 9.0226 | 10.8666 | 9.6766 | 12.0922 | 10.2769 | 14.3122 | 14.3362 | 17.0491 | 14.8436 | 14.5027 |

"LIKELIHOOD" SHARE VALUES (AS PER GENERAL ORDER 26) - 25 MG

| NAME | 1947 | 1948 | 1949 | 1950 | 1951 | 1952 | 1953 | 1954 | 1955 | 1956 | 1957 | 1958 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABBOTT | 6.0545 | 7.9996 | 5.5705 | 4.1079 | 2.9170 | 2.5101 | 1.9330 | 1.5847 | 1.1437 | 1.0740 | 0.9849 | 0.8677 |
| AMERICAN DRUG | | | | | | 0.0243 | 0.0485 | 0.0728 | 0.0728 | 0.0728 | 0.0728 | 0.0728 |
| AMERICAN PHARM | | 1.6734 | 3.3468 | 5.0202 | 5.0202 | 5.0202 | 5.0202 | 5.0202 | 5.0202 | 5.0202 | 5.0202 | 5.0202 |
| AMFRE-GRANT | | 2.6448 | 6.2044 | 7.7740 | 7.7784 | 7.8350 | 7.5666 | 7.7615 | 7.1242 | 5.7776 | 5.4296 | 7.1198 |
| ARGUS | | | | | | | 0.0667 | 0.1733 | 0.2600 | 0.2600 | 0.2600 | 0.2600 |
| ATLAS | | | | | | | | 0.0110 | 0.0221 | 0.0331 | 0.0331 | 0.0331 |
| BAKER | | | | | 0.0867 | 0.1733 | 0.2600 | 0.2600 | 0.2600 | 0.2600 | 0.2600 | 0.2600 |
| BARNES-HIND PHARM | | | | | | | | 0.0867 | 0.1733 | 0.2600 | 0.2600 | 0.2600 |
| BARRE DRUG | | | | | | | | | | | | 0.0456 |
| BOYLE | | 0.4167 | 0.5531 | 0.5361 | 0.4449 | 0.3747 | 0.3058 | 0.2704 | 0.2433 | 0.2283 | 0.1925 | 0.1712 |
| BREMER | | | | | | | | | | | 1.6699 | 2.9544 |
| BRYANT PHARM | | | | | | | | | | 0.1941 | 0.3882 | 0.5826 |
| BARROUGHS WELLCOME | | | | | | | | | | | | |
| CAMRICK | | | 0.9948 | 1.0721 | 1.0627 | 0.9037 | 0.7507 | 0.5634 | 0.4004 | 0.2717 | 0.2103 | 0.1526 |
| CARROLL CHEM | | | | 0.0905 | 0.1809 | 0.2714 | 0.2714 | 0.2714 | 0.2714 | 0.2714 | 0.2714 | 0.2714 |
| CHASE CHEM | | | | 0.0867 | 0.1733 | 0.2600 | 0.2600 | 0.2600 | 0.2600 | 0.2600 | 0.2600 | 0.2600 |
| CHICAGO PHARM | | | | 0.0486 | 0.0972 | 0.1458 | 0.1458 | 0.1458 | 0.1458 | 0.1458 | 0.1458 | 0.1458 |
| CIBA | | | | | | | | | | | | |
| COLE CHEMICAL CO. | | | | | 0.0517 | 0.0813 | 0.1133 | -0.1133 | 0.0811 | 0.0434 | 0.2430 | 0.2738 |
| COLUMBIA | | | | | | 0.0625 | 0.1152 | 0.1806 | 0.1954 | 0.2192 | 0.2902 | 0.2902 |
| CONLEY | | | 0.0967 | 0.1935 | 0.2902 | 0.2902 | 0.2902 | 0.2902 | 0.1347 | 0.2020 | 0.2020 | 0.2020 |
| DIRECT LABS | | | | | 0.1387 | 0.2774 | 0.4160 | 0.4160 | 0.4160 | 0.4160 | 0.4160 | 0.4160 |
| DUMONT PHARM | | | | | 0.1216 | 0.2431 | 0.3647 | 0.3647 | 0.3647 | 0.3647 | 0.3647 | 0.3647 |
| EMPIRE DRUG | | | | | | | 0.3647 | 0.3647 | 0.3647 | 0.3647 | 0.3647 | 0.3647 |
| EVRON | | | | | | | 0.0438 | 0.0876 | 0.1315 | 0.1315 | 0.1315 | 0.1315 |
| EXCEL | | | | 0.0536 | 0.1072 | 0.1608 | 0.1608 | 0.1608 | 0.1608 | 0.1608 | 0.1608 | 0.1608 |
| FARADAY | | | 0.0451 | 0.0903 | 0.1354 | 0.1354 | 0.1354 | 0.1354 | 0.1354 | 0.1354 | 0.1354 | 0.1354 |
| GOLD LEAF PHARM | | | | 0.4142 | 0.8284 | 1.2426 | 1.2426 | 1.2426 | 1.2426 | 1.2426 | 1.2426 | 1.2426 |
| MAACK LABS | | | | | | | | | | | | |
| HALSEY | | | | | | | | | | 0.0073 | 0.0162 | 0.0639 |
| MANCE & WHITE | | | | 1.1311 | 2.2621 | 3.3932 | 3.3932 | 3.3932 | 3.3932 | 3.3932 | 3.3862 | 3.3792 |
| H. R. CENCI | | 0.0583 | 0.0711 | 0.0600 | 0.0435 | 0.0581 | 0.0899 | 0.1348 | 0.1624 | 0.1578 | 0.1361 | 0.1205 |
| INVENEX | | | | | | | | | | 0.2043 | 0.4087 | 0.6130 |
| JAM LABS | | | | | | | | | 0.0867 | 0.1733 | 0.2600 | 0.2600 |
| K & M PRODS | | | | | | 0.0667 | 0.1733 | 0.2600 | 0.2600 | 0.2600 | 0.2600 | 0.2600 |
| KEY | | | | 0.0120 | 0.0165 | 0.0214 | 0.0199 | 0.0184 | 0.0169 | 0.0177 | 0.0182 | 0.0177 |
| KIRKMAN | | | | | | | 0.0324 | 0.0567 | 0.0819 | 0.0791 | 0.0769 | 0.0733 |

"LIKELIHOOD" SHARE VALUES (AS PER GENERAL ORDER 26) - 25 MG

| NAME / YEAR | 1959 | 1960 | 1961 | 1962 | 1963 | 1964 | 1965 | 1966 | 1967 | 1968 | 1969 | 1970 | 1971 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABBOTT | 0.7334 | 0.5068 | 0.1218 | | | | | | | | | | |
| AMERICAN DRUG | 0.0728 | 0.0728 | 0.0728 | 0.0728 | 0.0728 | 0.0728 | 0.0728 | 0.0728 | 0.0728 | 0.0728 | 0.0728 | 0.0485 | 0.0243 |
| AMERICAN PHARM | 5.0202 | 5.0202 | 5.0202 | 5.0202 | 5.0202 | 5.0202 | 5.0202 | 5.0202 | 5.0202 | 5.0202 | 5.0202 | 5.0202 | 5.0202 |
| AMFRE-GRANT | 10.3434 | 11.3374 | 9.6754 | 7.9479 | 7.0345 | 6.2068 | 4.3002 | 4.7897 | 3.5567 | 1.9949 | 2.5161 | 5.4070 | 9.3330 |
| ARGUS | 0.2600 | 0.2600 | 0.2600 | 0.2600 | 0.2600 | 0.2600 | 0.1733 | 0.0667 | | | | | |
| ATLAS | 0.0331 | 0.0331 | 0.0221 | 0.0110 | | | | | | | | | |
| BAKER | 0.2600 | 0.2600 | 0.2600 | 0.2600 | 0.2600 | 0.1733 | | | | | | | |
| BARNES-HIND PHARM | 0.2600 | 0.2600 | 0.2600 | 0.2600 | 0.2600 | 0.2600 | 0.2600 | 0.2600 | 0.1733 | 0.0667 | | | |
| BARRE DRUG | 0.1199 | 0.2575 | 0.3668 | 0.4275 | 0.4445 | 0.4712 | 0.4585 | 0.5149 | 0.5392 | 0.5032 | 0.5074 | 0.5110 | |
| BOYLE | 0.1585 | 0.1404 | 0.0778 | 0.0048 | | | | | | | | | |
| BREWER | 3.8765 | 1.9876 | | | | | | | | | | | |
| BRYANT PHARM | 0.5824 | 0.5824 | 0.5824 | 0.5824 | 0.5824 | 0.5824 | 0.5824 | 0.5824 | 0.3882 | 0.1941 | | | |
| BURROUGHS WELLCOME | | | | | | | | | | | | | |
| CARNRICK | 0.1095 | 0.0614 | 0.0265 | 0.0005 | | | | | | | | | |
| CARROLL CHEM | 0.2714 | 0.2714 | 0.2714 | 0.2714 | 0.2714 | 0.2714 | 0.2714 | 0.2714 | 0.2714 | 0.1809 | 0.0905 | | |
| CHASE CHEM | 0.2600 | 0.2600 | 0.2600 | 0.2600 | 0.2600 | 0.2600 | 0.1733 | 0.0667 | | | | | |
| CHICAGO PHARM | 0.1458 | 0.1458 | 0.1458 | 0.0972 | 0.0486 | | | | | | | | |
| CIBA | | | | | | | | | | | | | |
| COLE CHEMICAL CO. | | | | | | | | | | | | | |
| COLUMBIA | 0.3596 | 0.5150 | 0.7336 | 0.8550 | 0.8890 | 0.9423 | 0.9171 | 1.0297 | 1.0784 | 1.0063 | 0.6765 | 0.3406 | |
| COWLEY | 0.2902 | 0.2902 | 0.2902 | 0.2902 | 0.2902 | 0.2902 | 0.2902 | 0.2902 | 0.2902 | 0.2902 | 0.2902 | 0.1935 | 0.0967 |
| DIRECT LABS | 0.2020 | 0.2020 | 0.2020 | 0.2020 | 0.2020 | 0.2020 | 0.2020 | 0.2020 | 0.2020 | 0.2020 | 0.2020 | 0.2020 | 0.1347 |
| DUPONT PHARM | 0.4160 | 0.4160 | 0.4160 | 0.4160 | 0.4160 | 0.4160 | 0.4160 | 0.4160 | 0.4160 | 0.2774 | 0.1387 | | |
| EMPIRE DRUG | 0.3647 | 0.3647 | 0.2431 | 0.1216 | | | | | | | | | |
| EVRON | 0.1315 | 0.1315 | 0.1315 | 0.1315 | 0.1315 | 0.1315 | 0.1315 | 0.1315 | 0.1315 | 0.1315 | 0.1315 | 0.0876 | 0.0438 |
| EXCEL | 0.1608 | 0.1608 | 0.1608 | 0.1608 | 0.1072 | 0.0536 | | | | | | | |
| FARADAY | 0.1354 | 0.1354 | 0.1354 | 0.1354 | 0.2371 | 0.2701 | 0.2660 | 0.3965 | 0.6533 | 0.6021 | 0.3754 | 0.1320 | |
| GOLD LEAF PHARM | 0.1354 | 0.1354 | 0.1354 | 0.1354 | 0.1354 | 0.1354 | 0.1354 | 0.1354 | 0.1354 | 0.0903 | 0.0451 | | |
| MACK LABS | 1.2426 | 1.2426 | 1.2426 | 1.2426 | 1.2426 | 0.8284 | 0.4142 | 0.1888 | 0.5033 | 0.6206 | 0.4905 | 0.2044 | |
| HALSEY | 0.1318 | 0.2146 | 0.3057 | 0.2850 | 0.0785 | 0.0459 | | | | | | | |
| MARCE & WHITE | 3.3722 | 3.3722 | 3.3722 | 3.3722 | 2.2481 | 1.1241 | | | | | | | |
| H. R. CENCI | 0.1438 | 0.2060 | 0.2661 | 0.2394 | 0.1422 | 0.0377 | | | | | | | |
| INVENEX | 0.6130 | 0.6130 | 0.6130 | 0.6130 | 0.6130 | 0.6130 | 0.6130 | 0.6130 | 0.6130 | 0.6130 | 0.6130 | 0.6130 | 0.6130 |
| JAM LABS | 0.2600 | 0.2600 | 0.2600 | 0.2600 | 0.2600 | 0.2600 | 0.2600 | 0.2600 | 0.2600 | 0.2600 | 0.2600 | 0.1733 | 0.0867 |
| K & W PRODS | 0.2600 | 0.2600 | 0.2600 | 0.2600 | 0.2600 | 0.2600 | 0.1733 | 0.0667 | | | | | |
| KEY | 0.0616 | 0.1461 | 0.1956 | 0.1140 | | | | | | | | | |
| KIRKMAN | 0.0680 | 0.0658 | 0.0719 | 0.0587 | 0.0535 | 0.0351 | 0.0250 | 0.0222 | 0.0175 | 0.0121 | 0.0081 | 0.0082 | 0.0107 |

"LIKELIHOOD" SHARE VALUES (AS PER GENERAL ORDER 26) - 25 MG

| NAME | 1947 | 1948 | 1949 | 1950 | 1951 | 1952 | 1953 | 1954 | 1955 | 1956 | 1957 | 1958 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KREMERS URBAN | | 0.1157 | 0.2936 | 0.2652 | 0.2831 | 0.2562 | 0.2396 | 0.2095 | 0.1998 | 0.2152 | 0.2226 | 0.2328 |
| LANNETT | | | 0.0237 | 0.0360 | 0.0453 | 0.0694 | 0.0841 | 0.0894 | 0.0793 | 0.0710 | 0.0693 | 0.0716 |
| LIFE LABS | | | | | | | | | 0.0472 | 0.0944 | 0.1416 | 0.1416 |
| LILLY | 51.9114 | 38.5982 | 27.8059 | 22.0352 | 19.3302 | 18.0998 | 17.5438 | 18.3195 | 19.4739 | 21.6455 | 20.8684 | 20.1171 |
| LINCOLN | | | | | 0.1297 | 0.2123 | 0.2258 | 0.1649 | 0.0670 | 0.1476 | 0.2430 | 0.2738 |
| LUBTGARTEN | | | | | | 0.1768 | 0.3537 | 0.5305 | 0.5305 | 0.5305 | 0.5305 | 0.5305 |
| MALLINCKRODT | | | | | | | | 0.0527 | 0.1773 | 0.3781 | 0.5683 | 0.7500 |
| MANEY | | | 0.0340 | 0.0524 | 0.0792 | 0.1134 | 0.1331 | 0.1337 | 0.1144 | 0.1104 | 0.1074 | 0.1023 |
| MASSENGILL | | | 0.3565 | 0.4476 | 0.6865 | 1.0955 | 1.6247 | 1.9026 | 1.7739 | 1.4807 | 1.2860 | 1.3195 |
| MAYRAND | | 0.5884 | 1.0922 | 1.5725 | 1.3297 | 1.2610 | 0.9144 | 0.7870 | 0.5752 | 0.4492 | 0.3206 | 0.2600 |
| MCNEIL | | | | | | | 0.0867 | 0.1733 | 0.2600 | 0.2600 | 0.3206 | 0.1837 |
| MERCK | | | 0.1580 | 0.2434 | 0.4596 | 0.6260 | 0.6492 | 0.6437 | 0.5960 | 0.6263 | 0.5505 | 0.5525 |
| MEYER CHEM | | | | 0.2159 | 0.2835 | 0.3530 | 0.3918 | 0.3902 | 0.3162 | 0.2279 | 0.1571 | 0.1798 |
| MORTON | | | | | | | 0.0976 | 0.1051 | 0.2927 | 0.2927 | 0.2927 | 0.2927 |
| NATIONAL DRUG | | | 0.0254 | 0.0509 | | | | | 0.0202 | 0.0437 | 0.0507 | 0.0286 |
| NATIONAL DRUG LABS | | | | | 0.0763 | 0.0763 | 0.0763 | 0.0763 | 0.0763 | 0.0763 | 0.0763 | 0.0763 |
| NORWICH PHARM. CO. | | | | | | 2.1223 | 1.9578 | 2.0455 | | | | |
| PARK DRUG | | | | | | | | | | | 0.0993 | 0.1986 |
| PERSON & COVEY | | | 0.3687 | 0.4973 | 0.6916 | 0.6445 | 0.6087 | 0.5833 | 0.5101 | 0.4692 | 0.4925 | 0.6642 |
| PHFB'S DRUG & SUPPLY | | | | | 0.2430 | 0.4859 | 0.7289 | 0.7289 | 0.7289 | 0.7289 | 0.7289 | 0.7289 |
| PREMO | | 0.5529 | 0.8338 | 1.2181 | 1.2537 | 1.2104 | 1.1215 | 1.1879 | 1.1227 | 0.9641 | 0.8537 | 0.8629 |
| PRESTON LABS | | | 0.0282 | 0.0565 | 0.0847 | 0.0847 | 0.0847 | 0.0847 | 0.0847 | 0.0565 | 0.0282 | |
| RAYNER | | | | 0.0028 | 0.0056 | 0.0056 | 0.0004 | 0.0004 | 0.0004 | 0.0041 | 0.0004 | 0.0056 |
| REPUBLIC | | | | | | | | | | | 0.0071 | 0.0161 |
| REXALL | | | 0.6242 | 0.7418 | 0.7816 | 0.7408 | 0.6965 | 0.6812 | 0.6667 | 0.7016 | 0.7218 | 0.7717 |
| RICHLYN | | | | 0.0066 | 0.0112 | 0.0219 | 0.0394 | 0.0520 | 0.0570 | 0.0570 | 0.0583 | 0.0581 |
| ROGER | | | 0.1053 | 0.1625 | 0.2289 | 0.2875 | 0.2823 | 0.2408 | 0.2063 | 0.2338 | 0.2268 | 0.1754 |
| ROWELL | | | | | 0.0126 | 0.1010 | 0.1796 | 0.2525 | 0.2537 | 0.2968 | 0.3227 | 0.3631 |
| SMITH,CARROLL,DUNHAM | | 0.3025 | 0.6050 | 0.9075 | 0.9075 | 0.9075 | 0.9075 | 0.9075 | 0.9075 | 0.9075 | 0.9075 | 0.6050 |
| SMITH DORSEY | | 1.1668 | 1.0139 | 0.7000 | 0.4808 | 0.3279 | 0.2218 | 0.1264 | 0.0451 | 0.0256 | | |
| SQUIBB | 42.0541 | 34.8836 | 20.6635 | 14.0124 | 10.6109 | 9.3596 | 8.3275 | 7.4091 | 6.6755 | 6.2803 | 5.7635 | 5.2045 |
| STANLEY | | | | | | | 0.0196 | 0.0626 | 0.1122 | 0.1563 | 0.2138 | 0.3797 |
| STAYNER | | | 0.3092 | 0.3605 | 0.3361 | 0.3775 | 0.3227 | 0.2955 | 0.2408 | 0.2342 | 0.2604 | 0.2604 |
| STRASENBURG | | | | | | | | | 0.0226 | 0.1615 | 0.3390 | 0.5085 |
| TOANS PAULSEN | | | | | | | | | | | | |
| TUTAG | | | | | | | | | | 0.1023 | 0.2187 | 0.2877 |
| UPJOHN | | | | 0.0842 | 0.2618 | 0.4166 | 0.5017 | 0.5190 | 0.5099 | 0.5327 | 0.5190 | 0.5035 |

"LIKELIHOOD" SHARE VALUES (AS PER GENERAL ORDER 26) - 25 MG

| NAME / YEAR | 1959 | 1960 | 1961 | 1962 | 1963 | 1964 | 1965 | 1966 | 1967 | 1968 | 1969 | 1970 | 1971 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KREMERS URBAN | 0.2638 | 0.3752 | 0.3914 | 0.2603 | 0.0727 | 0.0130 | | | | | | | |
| LANNETT | 0.0611 | 0.0635 | 0.0225 | 0.1112 | 0.1505 | 0.2004 | 0.2543 | 0.4277 | 0.4005 | 0.1986 | | | |
| LIFE LABS | 0.1416 | 0.1416 | 0.1416 | 0.1416 | 0.1416 | 0.0944 | 0.0472 | | | | | | |
| LILLY | 21.1573 | 25.7125 | 31.6982 | 31.7605 | 29.2534 | 28.9453 | 27.5400 | 33.4141 | 36.1415 | 35.1788 | 33.5739 | 34.3265 | 43.4455 |
| LINCOLN | 0.1798 | | | | | | | | | | | | |
| LUSTGARTEN | 0.5305 | 0.5305 | 0.5305 | 0.5305 | 0.5305 | 0.5305 | 0.5305 | 0.5305 | 0.5305 | 0.5305 | 0.5305 | 0.3537 | 0.1768 |
| MALLINCKRODT | 0.8963 | 1.0369 | 1.0951 | 0.8738 | 0.5026 | 0.2042 | 0.0477 | | | | | | |
| MANEY | 0.0649 | 0.0919 | 0.1005 | 0.0621 | 0.0385 | | | | | | | | |
| MASSENGILL | 1.3900 | 1.4982 | 1.4531 | 1.3663 | 0.9980 | 0.3050 | | | | | | | |
| MAYRAND | 0.2600 | 0.1733 | 0.0867 | | | | | | | | | | |
| MCNEIL | 0.0810 | | | | | | | | | | | | |
| MERCK | 0.5394 | 0.5845 | 0.6232 | 0.2179 | 0.0406 | | | | | | | | |
| MEYER CHEM | 0.2373 | 0.2558 | 0.1223 | | | | | | | | | | |
| MORTON | 0.2927 | 0.2927 | 0.2927 | 0.2927 | 0.2927 | 0.1951 | 0.0976 | | | | | | |
| NATIONAL DRUG | 0.0763 | 0.0763 | 0.0763 | 0.0763 | 0.0509 | 0.0254 | | | | | | | |
| NATIONAL DRUG LABS | | 0.0406 | 0.0813 | 0.1219 | 0.1219 | 0.1219 | 0.1219 | 0.1219 | 0.1219 | 0.1219 | 0.1219 | 0.1219 | 0.0813 |
| NORWICH PHARM. CO. | | 0.2979 | 0.2979 | 0.2979 | 0.2979 | 0.2979 | 0.1986 | 0.0993 | | | | | |
| PARK DRUG | 0.2979 | 0.3956 | 0.3006 | 0.2111 | 0.1097 | | | | | | | | |
| PERSON & COVEY | 0.6386 | | | | | | | | | | | | |
| PHY'S DRUG & SUPPLY | 0.7289 | 0.7289 | 0.7289 | 0.7289 | 0.4859 | 0.2430 | | | | | | | |
| PREMO | 0.7558 | 0.8416 | 0.9331 | 1.1117 | 1.3207 | 1.5076 | 0.9974 | 0.4774 | | | | | |
| PRESTON LABS | | | | | | | | | | | | | |
| RAYNER | 0.0028 | | | | | | | | | | | | |
| REPUBLIC | 0.0151 | 0.0240 | 0.0127 | 0.0131 | 0.0386 | 0.0372 | 0.0278 | 0.0260 | 0.0252 | 0.0170 | 0.0084 | 0.0022 | |
| REXALL | 0.7714 | 0.7595 | 0.4006 | 0.5626 | 0.4812 | 0.4756 | 0.4109 | 0.3776 | 0.2955 | 0.1925 | 0.1137 | 0.0456 | |
| RICHLYN | 0.0550 | 0.0557 | 0.0536 | 0.0479 | | | | | | | | | |
| ROERR | 0.1199 | 0.1030 | 0.0754 | | | | | | | | | | |
| ROWELL | 0.3305 | 0.3591 | 0.2888 | 0.2792 | 0.1826 | 0.1336 | 0.1023 | 0.0680 | 0.0412 | | | | |
| SMITH,CARROLL,DUNHAM | 0.3025 | | | | | | | | | | | | |
| SMITH DORSEY | | | | | | | | | | | | | |
| SQUIBB | 5.5077 | 6.3696 | 7.6307 | 7.5925 | 6.8379 | 6.7075 | 6.0069 | 6.4449 | 5.8386 | 4.4386 | 3.3974 | 2.3314 | 1.6789 |
| STANLEY | 0.6233 | 0.8309 | 1.1836 | 1.7613 | 2.2461 | 2.2490 | 1.8158 | 2.1031 | 3.3719 | 3.8106 | 3.4006 | 2.1733 | 1.3506 |
| STAYNER | 0.2692 | 0.2575 | 0.2699 | 0.3080 | 0.3173 | 0.3387 | 0.3899 | 0.3986 | 0.4153 | 0.4803 | 0.6997 | 0.5598 | 0.2619 |
| STRASENBURG | | | | | | | | | | | | | |
| TOWNE PAULSEN | 0.5257 | 0.5028 | 0.5271 | 0.6014 | 0.8001 | 0.7224 | 0.5197 | 0.1716 | 0.1797 | 0.1208 | 0.074 | 0.0477 | 0.0179 |
| TUTAG | 0.3059 | 0.2762 | 0.2851 | 0.3038 | 0.2987 | 0.2984 | 0.2629 | 0.2471 | 0.1869 | | | | |
| UPJOHN | 0.5979 | 0.6369 | 0.5445 | 0.1887 | 0.0450 | | | | | | | | |

"LIKELIHOOD" SHARE VALUES (AS PER GENERAL ORDER 26) - 25 MG

| NAME / YEAR | 1947 | 1948 | 1949 | 1950 | 1951 | 1952 | 1953 | 1954 | 1955 | 1956 | 1957 | 1958 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VITAMINE | | | 0.0512 | 0.0790 | 0.1193 | 0.1709 | 0.2006 | 0.2014 | 0.1723 | 0.1663 | 0.1618 | 0.1542 |
| V.C.A. | | | | | | 0.2418 | 0.4836 | 0.7255 | 0.7255 | 0.7255 | 0.755 | 0.7255 |
| WEBSTER | | | | | | 0.0242 | 0.0484 | 0.0725 | 0.0725 | 0.0484 | 0.0242 | |
| WESTWARD | | | 0.3006 | 0.4055 | 0.5639 | 0.5287 | 0.4963 | 0.4755 | 0.4159 | 0.3826 | 0.4016 | 0.4015 |
| TOTAL ALLOCATED SHARE | 100.0000 | 88.9110 | 71.8557 | 64.8865 | 61.1030 | 63.9768 | 62.8976 | 63.7514 | 60.6917 | 61.3366 | 62.0858 | 64.4482 |
| TOTAL UNALLOCATED SHARE | 0.0000 | 11.0890 | 28.1443 | 35.1135 | 38.8970 | 36.0232 | 37.1024 | 36.2686 | 39.3083 | 38.6634 | 37.9142 | 35.5518 |

"LIKELIHOOD" SHARE VALUES (AS PER GENERAL ORDER 26) - 25 MG

| NAME | YEAR | 1959 | 1960 | 1961 | 1962 | 1963 | 1964 | 1965 | 1966 | 1967 | 1968 | 1969 | 1970 | 1971 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VITARINE | | 0.1431 | 0.1385 | 0.1514 | 0.1236 | 0.1144 | 0.0797 | 0.0586 | 0.0512 | 0.0368 | 0.0256 | 0.0170 | 0.0114 | 0.0075 |
| V.C.A. | | 0.7255 | 0.7255 | 0.7255 | 0.7255 | 0.7255 | 0.4836 | 0.2418 | | | | | | |
| WEBSTER | | | | | | | | | | | | | | |
| WESTWARD | | 0.4151 | 0.3970 | 0.4162 | 0.4749 | 0.4891 | 0.5222 | 0.6011 | 0.6146 | 0.6403 | 0.8950 | 0.7855 | 0.4544 | 0.2075 |
| TOTAL ALLOCATED SHARE | | 70.1138 | 74.6775 | 78.0577 | 75.4964 | 68.9403 | 63.9874 | 55.5613 | 61.1104 | 62.5484 | 58.1685 | 54.0001 | 53.3693 | 63.2620 |
| TOTAL UNALLOCATED SHARE | | 29.8862 | 25.3225 | 21.9423 | 24.5036 | 31.0597 | 36.0126 | 44.4387 | 38.8896 | 37.4516 | 41.8315 | 45.9199 | 46.6307 | 36.7380 |

"LIKELIHOOD" SHARE VALUES (AS PER GENERAL ORDER 26) - 100 MG

| NAME | 1951 | 1952 | 1953 | 1954 | 1955 | 1956 | 1957 | 1958 | 1959 | 1960 | 1961 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ABBOTT | | 1.567385 | 1.379789 | 2.020473 | 1.605030 | 1.858175 | 1.109954 | 0.659828 | 0.025242 | | |
| AMFRE-GRANT | 2.290207 | 2.877639 | 2.939075 | 3.175934 | 2.895523 | 2.210979 | 2.535872 | 3.453707 | 4.029494 | 4.700727 | 4.772565 |
| BOYLE | | | | | | | | | | | |
| BURROUGHS WELLCOME | | | | | | | | | | | |
| HALSEY | | | | | | | | | | | |
| H. R. CENCI | 0.096092 | 0.120741 | 0.098657 | 0.126839 | 0.148264 | 0.142342 | 0.081572 | 0.040355 | 0.091785 | 0.160531 | 0.181708 |
| KEY | | | | | | | | | | | |
| KIRKMAN | | | 0.061934 | 0.103500 | 0.152560 | 0.156578 | 0.156028 | 0.149313 | 0.133088 | 0.136986 | 0.144155 |
| KREMERS URBAN | | | | | | | | | | | |
| LILLY | | | | | | | | | | | |
| LINCOLN | | | | | | | | | | | |
| MALLINCKRODT | | | | | | | | | | | |
| MANEY | | | | | | | | | | | |
| MASSENGILL | | | | | | | | | | | |
| MCNEIL | | | | | | | | | | | |
| MERCK | | | | | | | | | | | |
| NATIONAL DRUG | | | | | | | | | | | |
| PERSON & COVEY | | | | | | | | | | | |
| PREMO | | | | | | | | | 0.009179 | 0.010702 | 0.012113 |
| REPUBLIC | | | | | | | | | | | |
| REXALL | | | | | | | | | | | |
| ROBER | | | | | | | | | | | |
| ROWELL | | 0.543778 | 0.333232 | 0.504294 | 0.208074 | 0.238886 | 0.042554 | 0.096856 | 0.110146 | 0.064210 | |
| SMITH DORSEY | 73.850370 | 76.744190 | 74.747040 | 76.971250 | 71.506650 | 59.709140 | 41.625030 | 29.992930 | 29.450190 | 29.937870 | 30.785470 |
| SQUIBB | | | | | | | | | | | |
| STANLEY | | | | | | | | | 0.367140 | 1.070205 | 2.180496 |
| STAYNER | | | | | | | | | | | |
| STRASENBURG | | | | | | | | 6.856120 | 15.593820 | 27.273330 | 30.871229 |
| SUMNERS LABS | | | | | | | | | | | |
| TOKME PAULSEN | | | | | | | | | | | |
| ULMER | | | | | | | | | | | |
| UPJOHN | | | | | | | | | | | |
| VITARINE | | | 0.634196 | 1.347709 | 1.547721 | 0.886525 | | | | | |
| WESTWARD | | | | | | | | | | | |
| TOTAL ALLOCATED SHARE | 76.236669 | 81.853732 | 80.193923 | 84.249999 | 78.063122 | 65.210645 | 45.551010 | 41.249109 | 49.810084 | 63.362561 | 68.947736 |
| TOTAL UNALLOCATED SHARE | 23.763331 | 18.146268 | 19.806077 | 15.750001 | 21.936878 | 34.789355 | 54.448990 | 58.750891 | 50.189916 | 36.637439 | 31.052264 |

**LIKELIHOOD SHARE VALUES (AS PER GENERAL ORDER 26) - 100 MG**

| NAME / YEAR | 1962 | 1963 | 1964 | 1965 | 1966 | 1967 | 1968 | 1969 | 1970 | 1971 |
|---|---|---|---|---|---|---|---|---|---|---|
| ABBOTT | 4.557428 | 2.764917 | 1.457711 | 1.670009 | 1.182863 | 0.598769 | 0.592484 | 0.352624 | | |
| AMFRE-GRANT | | | | | | | | | | |
| DOYLE | | | | | | | | | | |
| BURROUGHS WELLCOME | | | | | | | | | | |
| HALSEY | | | | | | | | | | |
| H. R. CENCI | 0.131354 | 0.069128 | | | | | | | | |
| KEY | | | | | | | | | | |
| KIRKMAN | 0.132667 | 0.118899 | 0.113702 | 0.128590 | 0.121929 | 0.091816 | 0.055303 | 0.042323 | 0.034944 | 0.023023 |
| KREMERS URBAN | | | | | | | | | | |
| LILLY | | | | | | | | | | |
| LINCOLN | | | | | | | | | | |
| MALLINCKRODT | | | | | | | | | | |
| MANEY | | | | | | | | | | |
| MASSENGILL | | | | | | | | | | |
| MCNEIL | | | | | | | | | | |
| MERCK | | | | | | | | | | |
| NATIONAL DRUG | | | | | | | | | | |
| PERSON & COVEY | | | | | | | | | | |
| PREMO | | | | | | | | | | |
| REPUBLIC | | | | | | | | | | |
| REXALL | | | | | | | | | | |
| ROBER | | | | | | | | | | |
| RODELL | | | | | | | | | | |
| SMITH DORSEY | 32.532420 | 34.091430 | 38.243040 | 43.269930 | 45.576610 | 48.330610 | 46.243370 | 49.649400 | 35.824250 | 18.224590 |
| SQUIBB | 3.415210 | 4.285911 | 4.664723 | 5.010020 | 6.005459 | 9.780439 | 11.653170 | 12.226660 | 9.609784 | 6.139677 |
| STANLEY | | | | | | | | | | |
| STAYNER | | | | | | | | | | |
| STRASENBURG | | | | | | | | | | |
| SUMMERS LABS | 33.474583 | 23.488824 | 12.382993 | | | | | | | |
| TOWNE PAULSEN | | | | | | | | | | |
| ULMER | | | | | | | | | | |
| UPJOHN | | | | | | | | | | |
| VITARINE | | | | | | | | | | |
| WESTWARD | | | | | | | | | | |
| TOTAL ALLOCATED SHARE | 74.243662 | 64.819100 | 56.862169 | 50.078549 | 52.886861 | 58.801634 | 58.544327 | 62.271007 | 45.468978 | 24.387290 |
| TOTAL UNALLOCATED SHARE | 25.756338 | 35.180891 | 43.137031 | 49.921451 | 47.113139 | 41.198366 | 41.455673 | 37.728994 | 54.531022 | 75.612710 |

2

"LIKELIHOOD" SHARE VALUES - BLENDED 5 MG AND 25 MG

| NAME | 1947 | 1948 | 1949 | 1950 | 1951 | 1952 | 1953 | 1954 | 1955 | 1956 | 1957 | 1958 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABBOTT | 4.3680 | 5.1003 | 4.1268 | 3.3375 | 2.6214 | 2.2646 | 1.8414 | 1.4635 | 1.1555 | 1.1158 | 1.0579 | 0.9965 |
| ALLEN PHARM | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| AMERICAN DRUG | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0722 | 0.1445 | 0.2167 | 0.2167 | 0.2167 | 0.2167 | 0.2167 |
| AMERICAN PHARM | 0.1120 | 1.4764 | 2.9385 | 4.4982 | 4.4982 | 4.4982 | 4.4982 | 4.4982 | 4.4982 | 4.4982 | 4.4982 | 4.4982 |
| AMES | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0267 | 0.0533 | 0.0800 | 0.0000 | 0.0800 | 0.0800 |
| AMFRE-GRANT | 0.0000 | 1.0631 | 3.1595 | 4.6893 | 4.6698 | 4.7354 | 4.5743 | 4.6897 | 4.3027 | 3.4866 | 3.2861 | 4.3085 |
| ARGUS | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0520 | 0.1040 | 0.1560 | 0.1560 | 0.1560 | 0.1560 |
| ATLAS | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0096 | 0.0192 | 0.0288 | 0.0288 | 0.0288 |
| BAKER | 0.0000 | 0.0000 | 0.0036 | 0.0000 | 0.0520 | 0.1040 | 0.1560 | 0.1560 | 0.1560 | 0.1560 | 0.1560 | 0.1560 |
| BARNES-HIND PHARM | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0520 | 0.1040 | 0.1560 | 0.1560 | 0.1560 |
| BARRE DRUG | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0359 |
| BOYLE | 0.0000 | 0.1754 | 0.2945 | 0.3411 | 0.2865 | 0.2419 | 0.1975 | 0.1738 | 0.1555 | 0.1449 | 0.1207 | 0.1055 |
| BREMER | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 1.2508 | 2.3006 |
| BRYANT PHARM | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.1620 | 0.3241 | 0.4361 |
| BUFFINGTON | 0.0000 | 0.0400 | 0.0647 | 0.0800 | 0.0800 | 0.0800 | 0.0800 | 0.0800 | 0.0800 | 0.0800 | 0.0800 | 0.0533 |
| BURROUGHS WELLCOME | 4.6657 | 2.8111 | 1.6145 | 0.0869 | 0.6243 | 0.4713 | 0.3693 | 0.2952 | 0.2358 | 0.1917 | 0.1359 | 0.0765 |
| CARRICK | 0.0000 | 0.0000 | 0.6969 | 0.9032 | 0.9754 | 0.8671 | 0.7422 | 0.5513 | 0.3923 | 0.2709 | 0.2165 | 0.1660 |
| CARROLL CHEM | 0.0000 | 0.0000 | 0.0000 | 0.0826 | 0.1651 | 0.2477 | 0.2477 | 0.2477 | 0.2477 | 0.2477 | 0.2477 | 0.2477 |
| CHASE CHEM | 0.0000 | 0.0400 | 0.0657 | 0.1320 | 0.6335 | 1.1036 | 1.0614 | 0.6718 | 0.2360 | 0.2360 | 0.2360 | 0.2360 |
| CHICAGO PHARM | 0.1011 | 0.0867 | 0.0722 | 0.0869 | 0.1161 | 0.1453 | 0.1453 | 0.1453 | 0.1453 | 0.1453 | 0.1453 | 0.1453 |
| CIBA | 0.0190 | 0.0083 | 0.0036 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| CLARK, PFEFFER, BROWN | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0916 | 0.0916 | 0.0723 | 0.0479 | 0.0959 | 0.1438 |
| COLE CHEMICAL CO. | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0401 | 0.0652 | 0.0916 | 0.0916 | 0.0723 | 0.0497 | 0.0237 | 0.0237 |
| COLUMBIA | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0511 | 0.0951 | 0.1442 | 0.1540 | 0.1724 | 0.1899 | 0.2153 |
| COXLEY | 0.0373 | 0.0921 | 0.1752 | 0.2362 | 0.3922 | 0.3807 | 0.3765 | 0.2943 | 0.2943 | 0.2943 | 0.2943 | 0.2943 |
| DANIELS | 0.0747 | 0.1040 | 0.0934 | 0.0800 | 0.0800 | 0.0800 | 0.0800 | 0.0800 | 0.0800 | 0.0800 | 0.0800 | 0.0800 |
| DIRECT LABS | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0599 | 0.0599 | 0.1199 | 0.1798 | 0.1798 | 0.1798 |
| DRUG MASTER | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0267 | 0.0533 | 0.0800 | 0.0800 | 0.0800 | 0.0800 |
| DRUG PRODUCTS | 0.1120 | 0.1040 | 0.0934 | 0.0800 | 0.0000 | 0.0800 | 0.0800 | 0.0800 | 0.0800 | 0.0533 | 0.0267 | 0.0000 |
| DUMONT PHARM | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.1320 | 0.2644 | 0.3960 | 0.3960 | 0.3960 | 0.3960 | 0.3960 | 0.3960 |
| EMDEE | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0267 | 0.0533 | 0.0800 | 0.0800 | 0.0800 | 0.0800 | 0.0800 | 0.0000 |
| EMPIRE DRUG | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.1179 | 0.2359 | 0.3538 | 0.3538 | 0.3538 | 0.3538 | 0.3538 | 0.3538 |
| ENNES | 0.0373 | 0.0720 | 0.0934 | 0.0800 | 0.0800 | 0.0800 | 0.0800 | 0.0800 | 0.0800 | 0.0800 | 0.0533 | 0.0267 |
| EVRON | 0.0000 | 0.0000 | 0.0192 | 0.0307 | 0.0460 | 0.0460 | 0.0723 | 0.0986 | 0.1249 | 0.1249 | 0.1249 | 0.1249 |
| EXCEL | 0.0000 | 0.0000 | 0.0258 | 0.0734 | 0.1262 | 0.1584 | 0.1584 | 0.1584 | 0.1584 | 0.1584 | 0.1584 | 0.1584 |
| FARADAY | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| GOLD LEAF PHARM | 0.0000 | 0.0000 | 0.0432 | 0.0872 | 0.1307 | 0.1307 | 0.1307 | 0.1307 | 0.1307 | 0.1307 | 0.1307 | 0.1307 |

2

"LIKELIHOOD" SHARE VALUES - BLENDED 5 MG AND 25 MG

| NAME | 1959 | 1960 | 1961 | 1962 | 1963 | 1964 | 1965 | 1966 | 1967 | 1968 | 1969 | 1970 | 1971 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABBOTT | 0.9146 | 0.7520 | 0.4022 | 0.1570 | 0.0454 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| ALLEN PHARM | 0.0267 | 0.0533 | 0.0800 | 0.0800 | 0.0800 | 0.0000 | 0.0800 | 0.0000 | 0.0533 | 0.0267 | 0.0000 | 0.0000 | 0.0000 |
| AMERICAN DRUG | 0.2167 | 0.2167 | 0.2167 | 0.2167 | 0.2167 | 0.2167 | 0.2167 | 0.2167 | 0.2167 | 0.2167 | 0.2167 | 0.2022 | 0.1299 |
| AMERICAN PHARM | 4.4982 | 4.4982 | 4.4982 | 4.4982 | 4.4982 | 4.4982 | 4.4982 | 4.4982 | 4.4982 | 4.4982 | 4.4982 | 4.4982 | 4.4982 |
| AMES | 0.0800 | 0.0800 | 0.0800 | 0.0800 | 0.0000 | 0.0000 | 0.0800 | 0.0800 | 0.0800 | 0.0533 | 0.0267 | 0.0000 | 0.0000 |
| AMFRE-GRANT | 6.2635 | 6.8496 | 5.8305 | 4.8169 | 4.2695 | 3.7614 | 2.6090 | 2.0025 | 2.1547 | 1.2078 | 1.5212 | 3.2605 | 5.6135 |
| ARGUS | 0.1560 | 0.1560 | 0.1560 | 0.1560 | 0.1560 | 0.1560 | 0.1040 | 0.0520 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| ATLAS | 0.0288 | 0.0288 | 0.0192 | 0.0096 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| BAKER | 0.1560 | 0.1560 | 0.1560 | 0.1560 | 0.1560 | 0.1840 | 0.0520 | 0.1560 | 0.1040 | 0.0520 | 0.0000 | 0.0000 | 0.0000 |
| BARNES-HIND PHARM | 0.1560 | 0.1560 | 0.1560 | 0.1560 | 0.1560 | 0.1560 | 0.1560 | 0.1560 | 0.1040 | 0.0520 | 0.0000 | 0.0000 | 0.0000 |
| BARRE DRUG | 0.0009 | 0.1896 | 0.2590 | 0.2985 | 0.3088 | 0.3275 | 0.3193 | 0.3539 | 0.3475 | 0.3482 | 0.3537 | 0.3608 | 0.4613 |
| BOYLE | 0.0973 | 0.0927 | 0.0901 | 0.0052 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| BREHER | 2.9157 | 1.5467 | 0.2802 | 0.3020 | 0.3034 | 0.4861 | 0.4861 | 0.4861 | 0.3261 | 0.1620 | 0.0000 | 0.0000 | 0.0000 |
| BRYANT PHARM | 0.4861 | 0.4861 | 0.4861 | 0.4861 | 0.4861 | 0.4861 | 0.4861 | 0.4861 | 0.2477 | 0.1934 | 0.1391 | 0.0849 | 0.0849 |
| BUFFINGTON | 0.0267 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| BURROUGHS WELLCOME | 0.0239 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| CARNRICK | 0.1180 | 0.0672 | 0.0270 | 0.0005 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| CARROLL CHEM | 0.2477 | 0.2477 | 0.2477 | 0.2477 | 0.2477 | 0.2477 | 0.2477 | 0.2477 | 0.2477 | 0.1954 | 0.1391 | 0.0849 | 0.0849 |
| CHASE CHEM | 0.2360 | 0.2360 | 0.2360 | 0.2360 | 0.2360 | 0.2360 | 0.1573 | 0.0787 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| CHICAGO PHARM | 0.1453 | 0.1453 | 0.1453 | 0.1161 | 0.0677 | 0.0195 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| CIBA | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| CLARK, PFEFFER, BROWN | 0.0059 | 0.0479 | 0.0000 | 0.0000 | 0.0084 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| COLE CHEMICAL CO. | 0.0237 | 0.0237 | 0.0237 | 0.0161 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| COLUMBIA | 0.2728 | 0.3791 | 0.5179 | 0.5969 | 0.6177 | 0.6549 | 0.6387 | 0.7078 | 0.7351 | 0.6963 | 0.5044 | 0.3129 | 0.1176 |
| COWLEY | 0.2943 | 0.2943 | 0.2943 | 0.2943 | 0.2943 | 0.2943 | 0.2943 | 0.2943 | 0.2943 | 0.2943 | 0.2943 | 0.1962 | 0.0981 |
| DANIELS | 0.0800 | 0.0000 | 0.0800 | 0.0800 | 0.0800 | 0.0800 | 0.0800 | 0.0800 | 0.0800 | 0.0800 | 0.0800 | 0.0800 | 0.0000 |
| DIRECT LABS | 0.1798 | 0.1798 | 0.1798 | 0.1798 | 0.1798 | 0.1798 | 0.1798 | 0.1798 | 0.1798 | 0.1798 | 0.1798 | 0.1798 | 0.1199 |
| DRUG MASTER | 0.0800 | 0.0800 | 0.0800 | 0.0800 | 0.0800 | 0.0800 | 0.0800 | 0.0800 | 0.0800 | 0.0800 | 0.0533 | 0.0267 | 0.0000 |
| DRUG PRODUCTS | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| DUMONT PHARM | 0.3960 | 0.3960 | 0.3960 | 0.3960 | 0.3960 | 0.3960 | 0.3960 | 0.3960 | 0.3960 | 0.2640 | 0.1320 | 0.0000 | 0.0000 |
| EMDEE | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0800 | 0.0800 | 0.0533 | 0.0267 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| EMPIRE DRUG | 0.3538 | 0.3538 | 0.2359 | 0.1179 | 0.0000 | 0.0000 | 0.0000 | 0.0267 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| ENNES | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| EVRON | 0.1249 | 0.1249 | 0.1249 | 0.1249 | 0.1249 | 0.1249 | 0.1249 | 0.1249 | 0.1249 | 0.1249 | 0.1249 | 0.0833 | 0.0416 |
| EXCEL | 0.1584 | 0.1584 | 0.1584 | 0.1584 | 0.1262 | 0.0734 | 0.0206 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| FARADAY | 0.0000 | 0.0000 | 0.0000 | 0.0824 | 0.1774 | 0.2078 | 0.2100 | 0.2907 | 0.4435 | 0.3983 | 0.2467 | 0.1021 | 0.0199 |
| GOLD LEAF PHARM | 0.1307 | 0.1307 | 0.1307 | 0.1307 | 0.1307 | 0.1307 | 0.1307 | 0.1307 | 0.1307 | 0.0872 | 0.0436 | 0.0000 | 0.0000 |

"LIKELIHOOD" SHARE VALUES - BLENDED 5 MG AND 25 MG

| NAME / YEAR | 1947 | 1948 | 1949 | 1950 | 1951 | 1952 | 1953 | 1954 | 1955 | 1956 | 1957 | 1958 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MAACK LABS | 0.0000 | 0.0000 | 0.0000 | 0.3392 | 0.6705 | 1.0177 | 1.0177 | 1.0177 | 1.0177 | 1.0177 | 1.0177 | 1.0177 |
| HALSEY | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0044 | 0.0097 | 0.0383 |
| HANCE & WHITE | 0.0000 | 0.0000 | 0.0000 | 1.0953 | 2.1906 | 3.2858 | 3.2858 | 3.2858 | 3.2858 | 3.2858 | 3.1742 | 3.0626 |
| HARCO | 0.0000 | 0.0000 | 0.0000 | 0.0267 | 0.0533 | 0.0800 | 0.0800 | 0.0800 | 0.0533 | 0.0267 | 0.0000 | 0.0000 |
| HARVEY | 0.0000 | 0.0000 | 0.0000 | 0.0267 | 0.0533 | 0.0800 | 0.0800 | 0.0800 | 0.0800 | 0.0800 | 0.0800 | 0.0000 |
| H. B. CENCI | 0.0000 | 0.0254 | 0.0388 | 0.0384 | 0.0284 | 0.0381 | 0.0594 | 0.0084 | 0.1046 | 0.1016 | 0.0887 | 0.0005 |
| HARST | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0267 | 0.0533 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| INHEREX | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0533 | 0.0000 | 0.0000 | 0.0000 | 0.2273 | 0.4546 | 0.6919 |
| JAMERT | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0267 | 0.0000 | 0.0800 | 0.0000 | 0.0800 | 0.0800 | 0.0800 | 0.0800 |
| JAN LABS | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0950 | 0.1899 | 0.2849 | 0.2849 |
| K & W PRODS | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0520 | 0.1040 | 0.1560 | 0.1560 | 0.1560 | 0.1560 | 0.1560 |
| KEY | 0.0000 | 0.0000 | 0.0000 | 0.0107 | 0.0153 | 0.0199 | 0.0199 | 0.0183 | 0.0767 | 0.0189 | 0.0191 | 0.0187 |
| KIRKMAN | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0300 | 0.0534 | 0.0767 | 0.0748 | 0.0718 | 0.0688 |
| KREMERS URBAN | 0.0208 | 0.0762 | 0.1832 | 0.1891 | 0.2028 | 0.1835 | 0.1676 | 0.1416 | 0.1307 | 0.1398 | 0.1428 | 0.1490 |
| LANNETT | 0.0000 | 0.0243 | 0.0511 | 0.0697 | 0.0768 | 0.0860 | 0.0877 | 0.0850 | 0.0715 | 0.0610 | 0.0535 | 0.0616 |
| LIFE LABS | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0476 | 0.0951 | 0.1427 | 0.1427 |
| LILLY | 61.6133 | 51.8538 | 39.0398 | 29.3901 | 24.9640 | 22.5799 | 21.7630 | 21.3631 | 22.0016 | 23.0366 | 23.2808 | 23.5865 |
| LINCOLN | 0.0000 | 0.0000 | 0.0000 | 0.0169 | 0.1118 | 0.1792 | 0.2010 | 0.1708 | 0.1111 | 0.1568 | 0.2194 | 0.2578 |
| LUSTGARTEN | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.1604 | 0.3207 | 0.4811 | 0.4811 | 0.4811 | 0.4811 | 0.4811 |
| MALLINCKRODT | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | -0.0000 | 0.0316 | 0.1064 | 0.2269 | 0.3530 | 0.4385 |
| MANEY | 0.1223 | 0.0975 | 0.0005 | 0.0901 | 0.1098 | 0.1303 | 0.1384 | 0.1325 | 0.1143 | 0.1075 | 0.1014 | 0.1037 |
| MASSENGILL | 0.1259 | 0.2141 | 0.3998 | 0.4549 | 0.6144 | 0.9066 | 1.3056 | 1.4999 | 1.4452 | 1.2776 | 1.1593 | 1.1670 |
| MAYRAND | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0787 | 0.1573 | 0.2360 | 0.2360 | 0.2360 | 0.2360 |
| MCKESSON | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| MCNEIL | 0.2690 | 0.5272 | 0.7514 | 1.0094 | 0.9415 | 0.8975 | 0.6752 | 0.5685 | 0.4225 | 0.3394 | 0.2511 | 0.1455 |
| MERCK | 0.5802 | 1.0110 | 1.1228 | 1.1135 | 1.1250 | 1.0912 | 1.0720 | 1.0169 | 0.9678 | 0.9409 | 0.8617 | 0.8338 |
| MERRELL | 0.0000 | 0.0000 | 0.0000 | 0.1641 | 0.2607 | 0.2300 | 0.1120 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| MEYER CHEM | 0.0000 | 0.0000 | 0.0790 | 0.1320 | 0.1767 | 0.2302 | 0.2645 | 0.2704 | 0.2195 | 0.1593 | 0.1154 | 0.1232 |
| MORTON | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0935 | 0.1871 | 0.2804 | 0.2806 | 0.2806 | 0.2806 |
| NATIONAL DRUG | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0121 | 0.0274 | 0.0304 | 0.0171 |
| NATIONAL DRUG LABS | 0.0000 | 0.0000 | 0.0251 | 0.0503 | 0.0755 | 0.0755 | 0.0755 | 0.0755 | 0.0755 | 0.0755 | 0.0755 | 0.0755 |
| MORWICH PHARM. CO. | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 1.2734 | 1.1747 | 1.2273 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| WYECO | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0267 | 0.0533 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| PARK DRUG | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0360 | 0.0720 | 0.1080 | 0.1080 | 0.1676 | 0.2271 |
| PENHURST | 0.0000 | 0.0000 | 0.0333 | 0.0533 | 0.0800 | 0.0800 | 0.0800 | 0.0800 | 0.0800 | 0.0800 | 0.0800 | 0.0800 |
| PERSON & COVEY | 0.0000 | 0.0000 | 0.2231 | 0.3568 | 0.5082 | 0.4791 | 0.4446 | 0.4385 | 0.3895 | 0.3605 | 0.3759 | 0.4797 |
| PHYS'S DRUG & SUPPLY | 0.0000 | 0.0000 | 0.0000 | 0.0963 | 0.3384 | 0.5805 | 0.7263 | 0.7263 | 0.7263 | 0.7263 | 0.7263 | 0.7263 |

"LIKELIHOOD" SHARE VALUES - BLENDED 5 MG AND 25 MG

| NAME | 1959 | 1960 | 1961 | 1962 | 1963 | 1964 | 1965 | 1966 | 1967 | 1968 | 1969 | 1970 | 1971 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MACK LABS | 1.0177 | 1.0177 | 1.0177 | 1.0177 | 1.0177 | 0.6785 | 0.3392 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| HALSEY | 0.0791 | 0.1288 | 0.1834 | 0.1710 | 0.1333 | 0.0471 | 0.0275 | 0.1133 | 0.3020 | 0.3725 | 0.2943 | 0.1226 | 0.0000 |
| MAICE & WHITE | 2.9509 | 2.9509 | 2.9509 | 2.9509 | 1.9473 | 0.9836 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| MAKO | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| MARVEY | 0.0800 | 0.0800 | 0.0800 | 0.0800 | 0.0800 | 0.0800 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| M. R. CENCI | 0.0943 | 0.1320 | 0.1678 | 0.1520 | 0.0904 | 0.0244 | 0.0000 | 0.0533 | 0.0267 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| MAST | 0.0800 | 0.0800 | 0.0000 | 0.0000 | 0.0800 | 0.0800 | 0.0800 | 0.6819 | 0.6819 | 0.6819 | 0.6819 | 0.6819 | 0.6819 |
| INNEREX | 0.6819 | 0.6819 | 0.6819 | 0.6819 | 0.6819 | 0.6819 | 0.6819 | 0.6819 | 0.6819 | 0.6819 | 0.6819 | 0.6819 | 0.6819 |
| JABERT | 0.0800 | 0.0800 | 0.0000 | 0.0000 | 0.0800 | 0.0800 | 0.0533 | 0.0267 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| JAH LABS | 0.2849 | 0.2849 | 0.2849 | 0.2849 | 0.2849 | 0.2849 | 0.2849 | 0.2849 | 0.2849 | 0.2849 | 0.2849 | 0.1899 | 0.0950 |
| K & W PRODS | 0.1560 | 0.1560 | 0.1560 | 0.1560 | 0.1560 | 0.1560 | 0.1040 | 0.0520 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| KEY | 0.0446 | 0.0955 | 0.1241 | 0.0734 | 0.0025 | 0.0009 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| KIRKMAN | 0.0638 | 0.0476 | 0.0739 | 0.0648 | 0.0458 | 0.0457 | 0.0407 | 0.0363 | 0.0260 | 0.0172 | 0.0119 | 0.0126 | 0.0148 |
| KREMERS URBAN | 0.1792 | 0.2360 | 0.2448 | 0.1626 | 0.0458 | 0.0078 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| LANNETT | 0.0591 | 0.0778 | 0.0735 | 0.1545 | 0.1925 | 0.2227 | 0.2375 | 0.3453 | 0.3007 | 0.1614 | 0.0000 | 0.0000 | 0.0000 |
| LIFE LABS | 0.1427 | 0.1427 | 0.1427 | 0.1427 | 0.1427 | 0.0951 | 0.0476 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| LILLY | 24.9277 | 30.0979 | 35.6790 | 37.0061 | 35.5752 | 36.4920 | 36.0892 | 41.1406 | 43.2833 | 43.9930 | 43.9916 | 46.7641 | 54.5973 |
| LINCOLN | 0.2029 | 0.0935 | 0.1037 | 0.1119 | 0.0843 | 0.0209 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| LUBTGARTEN | 0.4811 | 0.4811 | 0.4811 | 0.4811 | 0.4811 | 0.4811 | 0.4811 | 0.4811 | 0.4811 | 0.4811 | 0.4811 | 0.3207 | 0.1604 |
| MALLINCKRODT | 0.5378 | 0.6221 | 0.6559 | 0.5263 | 0.3015 | 0.1225 | 0.0286 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| MANEY | 0.1036 | 0.0937 | 0.0785 | 0.0372 | 0.0231 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| MASSENGILL | 1.2116 | 1.3622 | 1.5238 | 1.3330 | 1.0330 | 0.6224 | 0.4328 | 0.3960 | 0.2587 | 0.1366 | 0.0446 | 0.0000 | 0.0000 |
| MAYRAND | 0.2360 | 0.1575 | 0.0787 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| MCKESSON | 0.0000 | 0.8566 | 1.7133 | 2.5699 | 2.5699 | 2.5699 | 2.5699 | 2.5699 | 1.7133 | 0.8566 | 0.0000 | 0.0000 | 0.0000 |
| MCNEIL | 0.0584 | 0.0000 | 0.5534 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| MERCK | 0.5009 | 0.8130 | 0.0000 | 0.2481 | 0.0264 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| MERRELL | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| MEYER CHEM | 0.1500 | 0.1535 | 0.0734 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| MORTON | 0.2806 | 0.2806 | 0.2806 | 0.2806 | 0.2806 | 0.1871 | 0.0935 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| NATIONAL DRUG | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| NATIONAL DRUG LABS | 0.0755 | 0.0755 | 0.0755 | 0.0755 | 0.0503 | 0.0252 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| NORWICH PHARM. CO. | 0.0000 | 0.0331 | 0.0661 | 0.0992 | 0.0992 | 0.0992 | 0.0992 | 0.0992 | 0.0992 | 0.0992 | 0.0992 | 0.0992 | 0.0661 |
| NYCEO | 0.0800 | 0.0800 | 0.0800 | 0.0800 | 0.0800 | 0.0800 | 0.0800 | 0.0800 | 0.0800 | 0.0800 | 0.0533 | 0.0267 | 0.0000 |
| PARK DRUG | 0.2667 | 0.2867 | 0.2867 | 0.2867 | 0.2867 | 0.2867 | 0.1911 | 0.0956 | 0.0000 | 0.0000 | 0.0533 | 0.0267 | 0.0000 |
| PENHURST | 0.0000 | 0.0000 | 0.0000 | 0.0800 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.1000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| PERSON & COVEY | 0.4653 | 0.3161 | 0.2692 | 0.1949 | 0.1209 | 0.0363 | 0.0143 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| PHYS'S DRUG & SUPPLY | 0.7263 | 0.7263 | 0.7263 | 0.7265 | 0.5805 | 0.3384 | 0.0663 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |

"LIKELIHOOD" SHARE VALUES - BLENDED 5 MG AND 25 MG

| NAME / YEAR | 1947 | 1948 | 1949 | 1950 | 1951 | 1952 | 1953 | 1954 | 1955 | 1956 | 1957 | 1958 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PREMO | 0.5557 | 0.0847 | 1.0423 | 1.2181 | 1.2537 | 1.2104 | 1.1215 | 1.1879 | 1.1227 | 0.9641 | 0.8537 | 0.8629 |
| PRESTON LABS | 0.0000 | 0.0000 | 0.0141 | 0.0445 | 0.0721 | 0.0828 | 0.0828 | 0.0828 | 0.0828 | 0.0552 | 0.0276 | 0.0000 |
| RAINER | 0.0000 | 0.0000 | 0.0000 | 0.0027 | 0.0054 | 0.0082 | 0.0082 | 0.0082 | 0.0082 | 0.0082 | 0.0082 | 0.0054 |
| REPUBLIC | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0036 | 0.0046 | 0.0136 |
| REXALL | 0.3887 | 0.6990 | 0.9803 | 0.9346 | 0.8822 | 0.8150 | 0.7744 | 0.7417 | 0.7293 | 0.7500 | 0.7737 | 0.8205 |
| RICHLYN | 0.0000 | 0.0029 | 0.0058 | 0.0108 | 0.0141 | 0.0219 | 0.0365 | 0.0473 | 0.0542 | 0.0585 | 0.0616 | 0.0617 |
| ROHER | 0.2699 | 0.2258 | 0.2260 | 0.2231 | 0.2736 | 0.3433 | 0.3925 | 0.3906 | 0.3676 | 0.3825 | 0.3463 | 0.2808 |
| ROWELL | 0.0000 | 0.0000 | 0.0000 | 0.0009 | 0.0182 | 0.0982 | 0.1683 | 0.2283 | 0.2260 | 0.2624 | 0.2869 | 0.3304 |
| SMITH | 0.2785 | 0.1942 | 0.0942 | 0.0454 | 0.0379 | 0.0358 | 0.0250 | 0.0088 | 0.0000 | 0.0000 | 0.0000 | 0.0004 |
| SMITH, CARROLL, DUNHAM | 0.1120 | 0.3510 | 0.4058 | 0.8764 | 0.8764 | 0.8764 | 0.8764 | 0.8764 | 0.8764 | 0.8764 | 0.8764 | 0.5843 |
| SMITH DORSEY | 0.0000 | 0.4667 | 0.5070 | 0.4200 | 0.2885 | 0.1967 | 0.1331 | 0.0758 | 0.0271 | 0.0153 | 0.0000 | 0.0000 |
| SQUIBB | 20.7245 | 20.0358 | 14.5044 | 11.2711 | 9.0518 | 8.2920 | 7.7359 | 7.2015 | 6.7697 | 6.6425 | 6.3125 | 6.1239 |
| STANLEY | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0233 | 0.0714 | 0.1240 | 0.1657 | 0.2396 | 0.4261 |
| STAYNER | 0.0000 | 0.0000 | 0.2023 | 0.2947 | 0.3055 | 0.3016 | 0.2628 | 0.2475 | 0.2071 | 0.2047 | 0.2208 | 0.2172 |
| STRASENBURG | 0.0125 | 0.0215 | 0.0186 | 0.0143 | 0.0110 | 0.0069 | 0.0026 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| SUPRENE | 0.0000 | 0.0000 | 0.0333 | 0.0533 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| TESTAGAR | 0.0000 | 0.1105 | 0.1841 | 0.2210 | 0.2210 | 0.2210 | 0.2210 | 0.2210 | 0.2210 | 0.2210 | 0.2210 | 0.2210 |
| TOCANE PAULSEN | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.1671 | 0.3464 | 0.5075 |
| TUTAG | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0135 | 0.0818 | 0.1885 | 0.2682 |
| ULMER | 0.0000 | 0.0000 | 0.0045 | 0.0075 | 0.0108 | 0.0116 | 0.0094 | 0.0043 | 0.0051 | 0.0075 | 0.0096 | 0.0098 |
| UPJOHN | 5.7583 | 3.9843 | 2.3151 | 1.4353 | 1.2724 | 1.2412 | 1.2249 | 1.1691 | 1.1084 | 1.1078 | 1.0695 | 1.0694 |
| VELTEX | 0.0000 | 0.0000 | 0.0000 | 0.0267 | 0.0533 | 0.0800 | 0.0800 | 0.0800 | 0.0800 | 0.0800 | 0.0800 | 0.0000 |
| VITARINE | 0.0218 | 0.0331 | 0.0591 | 0.0735 | 0.1012 | 0.1400 | 0.1692 | 0.1747 | 0.1567 | 0.1526 | 0.1667 | 0.1406 |
| V.C.A. | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.1001 | 0.3454 | 0.5906 | 0.7357 | 0.7357 | 0.7357 | 0.7357 | 0.7357 |
| WEBSTER | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0265 | 0.0490 | 0.0736 | 0.0636 | 0.0390 | 0.0145 | 0.000 |
| WESTWARD | 0.0000 | 0.2305 | 0.5848 | 0.7511 | 0.8609 | 0.8218 | 0.7652 | 0.7805 | 0.7175 | 0.6724 | 0.6919 | 0.6666 |
| WINTHROP | 0.1120 | 0.0988 | 0.0847 | 0.0696 | 0.0696 | 0.0696 | 0.0696 | 0.0696 | 0.0696 | 0.0696 | 0.0696 | 0.0464 |
| WYETH | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| TOTAL ALLOCATED SHARE | 99.8924 | 92.3420 | 77.0874 | 68.5057 | 64.4946 | 65.5980 | 64.7189 | 63.7861 | 61.3858 | 61.7914 | 63.0652 | 65.4315 |
| TOTAL UNALLOCATED SHARE | 0.1076 | 7.6580 | 22.9126 | 31.4943 | 35.5054 | 34.4020 | 35.2811 | 36.2139 | 38.6142 | 38.2086 | 36.9348 | 34.5685 |

"LIKELIHOOD" SHARE VALUES - BLENDED 5 MG AND 25 MG

| NAME / YEAR | 1959 | 1960 | 1961 | 1962 | 1963 | 1964 | 1965 | 1966 | 1967 | 1968 | 1969 | 1970 | 1971 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PREMO | 0.7558 | 0.8416 | 0.9331 | 1.1117 | 1.3207 | 1.5074 | 1.1969 | 0.8593 | 0.4798 | 0.3671 | 0.2923 | 0.2695 | 0.2351 |
| PRESTON LABS | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| RAYNER | 0.0027 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| REPUBLIC | 0.0128 | 0.0181 | 0.0098 | 0.0087 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| REXALL | 0.8876 | 0.9501 | 0.8801 | 0.8737 | 0.8586 | 0.9508 | 0.9128 | 0.8826 | 0.7466 | 0.6359 | 0.4328 | 0.2270 | 0.0388 |
| RICHLYN | 0.0543 | 0.0551 | 0.0561 | 0.0542 | 0.0451 | 0.0400 | 0.0316 | 0.0309 | 0.0289 | 0.0208 | 0.0105 | 0.0030 | 0.0000 |
| RONER | 0.2276 | 0.2940 | 0.3166 | 0.1972 | 0.0666 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| ROXELL | 0.3270 | 0.3740 | 0.3426 | 0.3187 | 0.2399 | 0.1983 | 0.1681 | 0.1254 | 0.0729 | 0.0207 | 0.0003 | 0.0000 | 0.0000 |
| SMITH | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| SMITH, CARROLL, DUNHAM | 0.2921 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| SMITH DORSEY | 6.3809 | 7.3546 | 8.3198 | 8.4622 | 7.9438 | 7.9632 | 7.1929 | 7.0021 | 5.8430 | 4.4341 | 3.2888 | 2.2046 | 1.3440 |
| STANLEY | 0.7170 | 1.0351 | 1.3778 | 1.9557 | 2.4209 | 2.5921 | 2.2663 | 2.5942 | 3.8740 | 4.6425 | 4.2668 | 2.8530 | 1.6039 |
| STAYNER | 0.2218 | 0.2088 | 0.2193 | 0.2436 | 0.2471 | 0.2563 | 0.2922 | 0.2985 | 0.3145 | 0.3544 | 0.4370 | 0.4168 | 0.2290 |
| STRASENBURG | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| SUPREME | 0.0000 | 0.0000 | 0.0800 | 0.0000 | 0.0000 | 0.0800 | 0.0800 | 0.0800 | 0.0000 | 0.0800 | 0.0800 | 0.0800 | 0.0800 |
| TESTAGAR | 0.2210 | 0.2210 | 0.2210 | 0.2210 | 0.2210 | 0.2210 | 0.2210 | 0.1473 | 0.0737 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| TOWNE PAULSEN | 0.5158 | 0.4821 | 0.5068 | 0.5563 | 0.5995 | 0.6573 | 0.5182 | 0.2914 | 0.1895 | 0.2093 | 0.1806 | 0.4341 | 0.2939 |
| TUTAG | 0.2904 | 0.2712 | 0.2715 | 0.2802 | 0.2790 | 0.2940 | 0.2668 | 0.2368 | 0.1814 | 0.1429 | 0.1218 | 0.1043 | 0.0446 |
| ULMER | 0.0071 | 0.0064 | 0.0065 | 0.0049 | 0.0021 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| UPJOHN | 1.1005 | 1.1819 | 1.1408 | 0.9344 | 0.7698 | 0.7177 | 0.6278 | 0.5725 | 0.6047 | 0.6944 | 0.7726 | 0.6810 | 0.4170 |
| VELTEX | 0.0800 | 0.0800 | 0.0800 | 0.0800 | 0.0800 | 0.0800 | 0.0800 | 0.0533 | 0.0267 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| VITARINE | 0.1304 | 0.1375 | 0.1502 | 0.1315 | 0.1171 | 0.0975 | 0.0848 | 0.0752 | 0.0520 | 0.0346 | 0.0237 | 0.0168 | 0.0099 |
| V.C.A. | 0.7357 | 0.7357 | 0.7357 | 0.7557 | 0.7557 | 0.5906 | 0.3454 | 0.1001 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| WEBSTER | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| WESNARD | 0.6703 | 0.6175 | 0.6594 | 0.6958 | 0.6902 | 0.6847 | 0.7676 | 0.7834 | 0.8409 | 0.9916 | 0.9735 | 0.8615 | 0.6269 |
| WINTHROP | 0.0232 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| WYETH | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0836 | 0.1671 | 0.2507 | 0.2507 | 0.2507 | 0.2507 |
| TOTAL ALLOCATED SHARE | 69.5780 | 76.0528 | 81.0528 | 81.6888 | 77.0229 | 74.5218 | 68.4999 | 72.5555 | 71.8041 | 69.1666 | 65.6284 | 66.0842 | 72.1561 |
| TOTAL UNALLOCATED SHARE | 30.4220 | 23.9472 | 18.9472 | 18.3112 | 22.9771 | 25.4782 | 31.5001 | 27.4445 | 28.1959 | 30.0334 | 34.3716 | 33.9158 | 27.8439 |

3

"LIKELIHOOD" SHARE VALUES - 5 MG, 25 MG, AND 100 MG

| NAME | 1947 | 1948 | 1949 | 1950 | 1951 | 1952 | 1953 | 1954 | 1955 | 1956 | 1957 | 1958 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABBOTT | 4.3650 | 5.1003 | 4.1268 | 3.3375 | 2.5901 | 2.2205 | 1.7829 | 1.6431 | 1.1368 | 1.1120 | 1.0282 | 0.9531 |
| ALLEN PHARM | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| AMERICAN DRUG | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0699 | 0.1365 | 0.2027 | 0.2016 | 0.2016 | 0.2016 | 0.2016 |
| AMERICAN PHARM | 0.1120 | 1.4764 | 2.9385 | 4.4982 | 4.4445 | 4.3545 | 4.2508 | 4.2058 | 4.1833 | 4.1833 | 4.1833 | 4.1833 |
| AMES | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0252 | 0.0499 | 0.0744 | 0.0744 | 0.0744 | 0.0744 |
| AMFRE-GRANT | 0.0000 | 1.0631 | 3.1595 | 4.4893 | 4.6599 | 4.6372 | 4.6138 | 4.5923 | 4.1173 | 3.3313 | 3.1575 | 4.1451 |
| ARGUS | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0491 | 0.0972 | 0.1651 | 0.1451 | 0.1451 | 0.1451 |
| ATLAS | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0090 | 0.0179 | 0.0268 | 0.0268 | 0.0268 |
| BAKER | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0514 | 0.1007 | 0.1474 | 0.1459 | 0.1451 | 0.1451 | 0.1451 | 0.1451 |
| BARNES-HIND PHARM | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0486 | 0.0967 | 0.1451 | 0.1451 | 0.1451 |
| BARRE DRUG | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0334 |
| BOYLE | 0.0000 | 0.1754 | 0.2945 | 0.3411 | 0.2831 | 0.2342 | 0.1867 | 0.1625 | 0.1446 | 0.1348 | 0.1123 | 0.0981 |
| BREUER | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 1.1635 | 2.1395 |
| BRYANT PHARM | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0774 | 0.0756 | 0.0748 | 0.0744 | 0.1507 | 0.3014 | 0.6521 |
| BUFFINGTON | 0.0000 | 0.0400 | 0.0667 | 0.0800 | 0.0790 | 0.4560 | 0.3499 | 0.2760 | 0.2193 | 0.0744 | 0.1263 | 0.0496 |
| BURROUGHS WELLCOME | 4.4657 | 2.8111 | 1.6145 | 0.8869 | 0.6165 | 0.8394 | 0.7016 | 0.5154 | 0.3649 | 0.1783 | 0.1263 | 0.0711 |
| CAMRICK | 0.0000 | 0.0000 | 0.6409 | 0.9032 | 0.9637 | 0.2398 | 0.3499 | 0.2316 | 0.3649 | 0.2519 | 0.2195 | 0.1544 |
| CARROLL CHEM | 0.0000 | 0.0400 | 0.0667 | 0.0826 | 0.1631 | 1.0679 | 0.2341 | 0.6282 | 0.2303 | 0.2195 | 0.2303 | 0.2303 |
| CHASE CHEM | 0.0000 | 0.0400 | 0.0667 | 0.1320 | 0.6256 | 0.6256 | 1.0030 | 0.1358 | 0.2195 | 0.1351 | 0.1351 | 0.2195 |
| CHICAGO PHARM | 0.1011 | 0.0867 | 0.0722 | 0.0669 | 0.1147 | 0.1406 | 0.1373 | 0.0000 | 0.1351 | 0.0446 | 0.0092 | 0.1351 |
| CIBA | 0.0190 | 0.0085 | 0.0036 | 0.0036 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| CLARK, PFEFFER, BROWN | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0396 | 0.0631 | 0.0866 | 0.0857 | 0.6673 | 0.0462 | 0.0220 | 0.1338 |
| COLE CHEMICAL CO. | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0495 | 0.0698 | 0.1367 | 0.1432 | 0.1604 | 0.1766 | 0.0220 |
| COLUMBIA | 0.0000 | 0.0000 | 0.1752 | 0.2542 | 0.3874 | 0.3684 | 0.3557 | 0.2752 | 0.2737 | 0.2737 | 0.2737 | 0.2002 |
| COLAET | 0.0373 | 0.0921 | 0.0934 | 0.0800 | 0.0000 | 0.0000 | 0.0000 | 0.0560 | 0.1115 | 0.1672 | 0.1672 | 0.2737 |
| DANIELS | 0.0747 | 0.1840 | 0.0934 | 0.0800 | 0.0790 | 0.0774 | 0.0756 | 0.0748 | 0.0744 | 0.0744 | 0.0744 | 0.1672 |
| DIRECT LABS | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0499 | 0.0744 | 0.0744 | 0.0744 | 0.0744 |
| DRUG MASTER | 0.1120 | 0.1040 | 0.0934 | 0.0000 | 0.0700 | 0.0774 | 0.0756 | 0.0748 | 0.0744 | 0.0406 | 0.0248 | 0.0744 |
| DRUG PRODUCTS | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.1304 | 0.2556 | 0.3742 | 0.3703 | 0.3683 | 0.3683 | 0.3683 | 0.3683 |
| DUMONT PHARM | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0263 | 0.0516 | 0.0756 | 0.0748 | 0.0744 | 0.0744 | 0.0744 | 0.3683 |
| ENDEE | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.1165 | 0.2283 | 0.3344 | 0.3308 | 0.3291 | 0.3291 | 0.3291 | 0.0744 |
| EMPIRE DRUG | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0790 | 0.0774 | 0.0756 | 0.0748 | 0.0744 | 0.0744 | 0.0496 | 0.3291 |
| ERNES | 0.0375 | 0.0720 | 0.0934 | 0.0600 | 0.0454 | 0.0445 | 0.0683 | 0.0922 | 0.1161 | 0.0744 | 0.0248 | 0.0248 |
| EWRON | 0.0000 | 0.0000 | 0.0192 | 0.0307 | 0.1247 | 0.1533 | 0.1497 | 0.1481 | 0.1473 | 0.1161 | 0.1161 | 0.1161 |
| EXCEL | 0.0000 | 0.0000 | 0.0258 | 0.0734 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.1473 | 0.1473 | 0.1473 |
| FARADAY | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| GOLD LEAF PHARM | 0.0000 | 0.0000 | 0.0432 | 0.0872 | 0.1292 | 0.1266 | 0.1236 | 0.1222 | 0.1216 | 0.1216 | 0.1216 | 0.1216 |

3

"LIKELIHOOD" SHARE VALUES - 5 MG, 25 MG, AND 100 MG

| NAME | YEAR 1959 | 1960 | 1961 | 1962 | 1963 | 1964 | 1965 | 1966 | 1967 | 1968 | 1969 | 1970 | 1971 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABBOTT | 0.8516 | 0.6994 | 0.3740 | 0.1460 | 0.0423 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| ALLEN PHARM | 0.0248 | 0.0496 | 0.0744 | 0.0744 | 0.0744 | 0.0744 | 0.0744 | 0.0744 | 0.0496 | 0.0248 | 0.0000 | 0.0000 | 0.0000 |
| AMERICAN DRUG | 0.2016 | 0.2016 | 0.2016 | 0.2016 | 0.2016 | 0.2016 | 0.2016 | 0.2016 | 0.2016 | 0.2016 | 0.2016 | 0.1880 | 0.1208 |
| AMERICAN PHARM | 4.1833 | 4.1833 | 4.1833 | 4.1833 | 4.1833 | 4.1833 | 4.1833 | 4.1833 | 4.1833 | 4.1833 | 4.1833 | 4.1833 | 4.1833 |
| AMES | 0.0744 | 0.0744 | 0.0744 | 0.0744 | 0.0744 | 0.0744 | 0.0744 | 0.0744 | 0.0744 | 0.0496 | 0.0248 | 0.0248 | 0.0000 |
| AMFRE-GRANT | 5.9862 | 6.5585 | 5.6133 | 4.6620 | 4.0815 | 3.5564 | 2.6932 | 2.7467 | 2.0279 | 1.1470 | 1.4298 | 3.0322 | 5.2206 |
| ARGUS | 0.1451 | 0.1451 | 0.1451 | 0.1451 | 0.1451 | 0.1451 | 0.0967 | 0.0484 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| ATLAS | 0.0268 | 0.0268 | 0.0179 | 0.0089 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| BAKER | 0.1451 | 0.1451 | 0.1451 | 0.1451 | 0.1451 | 0.0967 | 0.0484 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| BARNES-HIND PHARM | 0.1451 | 0.1451 | 0.1651 | 0.1451 | 0.1451 | 0.1451 | 0.1451 | 0.1451 | 0.0967 | 0.0484 | 0.0000 | 0.0000 | 0.0000 |
| BARRE DRUG | 0.0846 | 0.1703 | 0.2408 | 0.2776 | 0.2872 | 0.3045 | 0.2970 | 0.3291 | 0.3418 | 0.3238 | 0.3289 | 0.3356 | 0.4290 |
| BOYLE | 0.0095 | 0.0862 | 0.0466 | 0.0048 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| BREWER | 2.7716 | 1.4384 | 0.2606 | 0.2809 | 0.2822 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| BRYANT PHARM | 0.4521 | 0.4521 | 0.4521 | 0.4521 | 0.4521 | 0.4521 | 0.4521 | 0.4521 | 0.3014 | 0.1507 | 0.0000 | 0.0000 | 0.0000 |
| BUFFINGTON | 0.0248 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| BURROUGHS WELLCOME | 0.0223 | 0.0000 | 0.0000 | 0.0005 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| CANRICK | 0.1097 | 0.0625 | 0.0251 | 0.0150 | 0.0078 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.1294 | 0.0789 | 0.0789 |
| CARROLL CHEM | 0.2303 | 0.2303 | 0.2303 | 0.2303 | 0.2303 | 0.2303 | 0.2303 | 0.2303 | 0.2303 | 0.1799 | 0.0000 | 0.0000 | 0.0000 |
| CHASE CHEM | 0.2195 | 0.2195 | 0.2195 | 0.2195 | 0.2195 | 0.2195 | 0.1463 | 0.0732 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| CHICAGO PHARM | 0.1351 | 0.1351 | 0.1351 | 0.1080 | 0.0429 | 0.0179 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| CIBA | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| CLARK, PFEFFER, BROAN | 0.0892 | 0.0446 | 0.0220 | 0.1097 | 0.5744 | 0.6091 | 0.5940 | 0.6583 | 0.6836 | 0.6476 | 0.4691 | 0.2910 | 0.1093 |
| COLE CHEMICAL CO. | 0.0220 | 0.0220 | 0.0220 | 0.0150 | 0.0078 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.1093 |
| COLUMBIA | 0.2537 | 0.3526 | 0.4817 | 0.5551 | 0.5744 | 0.6091 | 0.5940 | 0.6583 | 0.6836 | 0.6476 | 0.4691 | 0.2910 | 0.1093 |
| COAKEY | 0.2737 | 0.2737 | 0.2737 | 0.2737 | 0.2737 | 0.2737 | 0.2737 | 0.2737 | 0.2737 | 0.2737 | 0.2737 | 0.1825 | 0.0917 |
| DANIELS | 0.0744 | 0.0744 | 0.0744 | 0.0744 | 0.0744 | 0.0744 | 0.0744 | 0.0744 | 0.0744 | 0.0744 | 0.0744 | 0.0744 | 0.0744 |
| DIRECT LABS | 0.1672 | 0.1672 | 0.1672 | 0.1672 | 0.1672 | 0.1672 | 0.1672 | 0.1672 | 0.1672 | 0.1672 | 0.1672 | 0.1672 | 0.1115 |
| DRUG MASTER | 0.0744 | 0.0744 | 0.0744 | 0.0744 | 0.0744 | 0.0744 | 0.0744 | 0.0744 | 0.0744 | 0.0744 | 0.0496 | 0.0248 | 0.0000 |
| DRUG PRODUCTS | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.1228 | 0.0000 | 0.0000 |
| DUMONT PHARM | 0.3683 | 0.3683 | 0.3683 | 0.3683 | 0.3683 | 0.3683 | 0.3683 | 0.3683 | 0.3683 | 0.2455 | 0.0000 | 0.0000 | 0.0000 |
| EMPEE | 0.0744 | 0.0744 | 0.0744 | 0.0744 | 0.0744 | 0.0744 | 0.0496 | 0.0248 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| EMPIRE DRUG | 0.3291 | 0.3291 | 0.2194 | 0.1097 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| ENNES | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| EVRON | 0.1161 | 0.1161 | 0.1161 | 0.1161 | 0.1161 | 0.1161 | 0.1161 | 0.1161 | 0.1161 | 0.1161 | 0.1161 | 0.0776 | 0.0387 |
| EXCEL | 0.1473 | 0.1473 | 0.1473 | 0.1473 | 0.1174 | 0.0683 | 0.0192 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| FARADAY | 0.0000 | 0.0000 | 0.0000 | 0.0766 | 0.1649 | 0.1932 | 0.1953 | 0.2703 | 0.4124 | 0.3704 | 0.2295 | 0.0950 | 0.0185 |
| GOLD LEAF PHARM | 0.1216 | 0.1216 | 0.1216 | 0.1216 | 0.1216 | 0.1216 | 0.1216 | 0.1216 | 0.1216 | 0.0811 | 0.0405 | 0.0000 | 0.0000 |

"LIKELIHOOD" SHARE VALUES - 5 MG, 25 MG, AND 100 MG

| NAME | 1947 | 1948 | 1949 | 1950 | 1951 | 1952 | 1953 | 1954 | 1955 | 1956 | 1957 | 1958 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MAACK LABS | 0.0000 | 0.0000 | 0.0000 | 0.3392 | 0.6704 | 0.9853 | 0.9618 | 0.9516 | 0.9465 | 0.9465 | 0.9465 | 0.9465 |
| HALSEY | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0041 | 0.0041 | 0.0090 | 0.0357 |
| MANCE & WHITE | 0.0000 | 0.0000 | 0.0000 | 1.0953 | 2.1643 | 3.1807 | 3.1051 | 3.0723 | 3.0558 | 3.0558 | 2.9520 | 2.8482 |
| MARCO | 0.0000 | 0.0000 | 0.0000 | 0.0267 | 0.0527 | 0.0774 | 0.0756 | 0.0748 | 0.0496 | 0.0248 | 0.0000 | 0.0000 |
| HARVEY | 0.0000 | 0.0000 | 0.0000 | 0.0267 | 0.0527 | 0.0774 | 0.0756 | 0.0744 | 0.0744 | 0.0744 | 0.0744 | 0.0744 |
| H. R. CENCI | 0.0000 | 0.0254 | 0.0358 | 0.0386 | 0.0288 | 0.0391 | 0.0592 | 0.0874 | 0.1032 | 0.1002 | 0.0858 | 0.0766 |
| MARST | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0258 | 0.0504 | 0.0743 | 0.0744 | 0.0744 | 0.0744 | 0.0744 |
| IHWEMEX | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.2116 | 0.4228 | 0.6342 |
| JABERT | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0263 | 0.0516 | 0.0756 | 0.0748 | 0.0744 | 0.0744 | 0.0744 | 0.0744 |
| JAH LABS | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0883 | 0.1766 | 0.2649 | 0.2649 |
| K & M PRODS | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0504 | 0.0983 | 0.1459 | 0.1451 | 0.1451 | 0.1451 | 0.1451 |
| KEY | 0.0000 | 0.0000 | 0.0000 | 0.0107 | 0.0151 | 0.0193 | 0.0179 | 0.0171 | 0.0167 | 0.0176 | 0.0178 | 0.0174 |
| KIRDMAN | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0303 | 0.0538 | 0.0775 | 0.0758 | 0.0730 | 0.0700 |
| KREMERS URBAN | 0.0208 | 0.0762 | 0.1832 | 0.1891 | 0.2004 | 0.1777 | 0.1584 | 0.1324 | 0.1216 | 0.1300 | 0.1328 | 0.1355 |
| LANNETT | 0.0000 | 0.0243 | 0.0511 | 0.0697 | 0.0758 | 0.0833 | 0.0829 | 0.0794 | 0.0665 | 0.0567 | 0.0498 | 0.0573 |
| LIFE LABS | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0442 | 0.0885 | 0.1327 | 0.1327 |
| LILLY | 61.6133 | 51.8538 | 39.0398 | 29.3901 | 24.6616 | 21.8551 | 20.5660 | 19.9745 | 20.4615 | 21.4241 | 21.6586 | 21.7694 |
| LINCOLN | 0.0000 | 0.0000 | 0.0000 | 0.0169 | 0.1105 | 0.1735 | 0.1899 | 0.1597 | 0.1033 | 0.1658 | 0.2040 | 0.2398 |
| LUBTGARTEN | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.1553 | 0.3031 | 0.4499 | 0.4474 | 0.4474 | 0.4474 | 0.4474 |
| MALLINCKRODT | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0206 | 0.0909 | 0.2110 | 0.3283 | 0.4078 |
| MANEY | 0.1223 | 0.0975 | 0.0905 | 0.0901 | 0.1084 | 0.1262 | 0.1308 | 0.1239 | 0.1065 | 0.1000 | 0.0963 | 0.0965 |
| MASSENGILL | 0.1259 | 0.2141 | 0.3098 | 0.4549 | 0.6072 | 0.8777 | 1.2338 | 1.4006 | 1.3440 | 1.1826 | 1.0782 | 1.0853 |
| MAYBAUD | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0743 | 0.1471 | 0.2195 | 0.2195 | 0.2195 | 0.2195 |
| MCKESSON | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| MCNEIL | 0.2690 | 0.5272 | 0.7514 | 1.0094 | 0.9304 | 0.8690 | 0.6381 | 0.5316 | 0.3929 | 0.3156 | 0.2335 | 0.135' |
| MERCK | 0.5802 | 1.0110 | 1.1228 | 1.1135 | 1.1111 | 1.0561 | 1.0131 | 0.9508 | 0.9001 | 0.8750 | 0.8016 | 0.7754 |
| MERRELL | 0.0000 | 0.0000 | 0.0000 | 0.1641 | 0.2574 | 0.1059 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| METER CHEM | 0.0000 | 0.0000 | 0.0790 | 0.1320 | 0.1746 | 0.2229 | 0.2519 | 0.1740 | 0.2609 | 0.2609 | 0.2609 | 0.2609 |
| MORTON | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0684 | 0.0000 | 0.0115 | 0.0255 | 0.0283 | 0.0159 |
| NATIONAL DRUG | 0.0000 | 0.0000 | 0.0251 | 0.0503 | 0.0746 | 0.0751 | 0.0713 | 0.0706 | 0.0702 | 0.0702 | 0.0702 | 0.0702 |
| NATIONAL DRUG LABS | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 1.2331 | 1.1101 | 1.1475 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| MORNICH PHARM. CO. | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0252 | 0.0499 | 0.0744 | 0.0744 | 0.0744 | 0.0744 |
| NYSCO | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0840 | 0.0475 | 0.0104 | 0.1104 | 0.1958 | 0.2118 |
| PARK DRUG | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0756 | 0.0748 | 0.0744 | 0.0744 | 0.0744 | 0.0744 |
| PENHURST | 0.0000 | 0.0000 | 0.0333 | 0.0533 | 0.0790 | 0.0774 | 0.0756 | 0.0748 | 0.0744 | 0.0744 | 0.0744 | 0.0744 |
| PERSON & COVEY | 0.0000 | 0.0000 | 0.2231 | 0.3588 | 0.5022 | 0.4638 | 0.4239 | 0.4098 | 0.3622 | 0.3353 | 0.3496 | 0.4461 |
| PHYS'S DRUG & SUPPLY | 0.0000 | 0.0000 | 0.0000 | 0.0965 | 0.3343 | 0.5619 | 0.6664 | 0.6791 | 0.6755 | 0.6755 | 0.6755 | 0.6755 |

*LIKELIHOOD* SHARE VALUES - 5 MG, 25 MG, AND 100 MG

| NAME / YEAR | 1959 | 1960 | 1961 | 1962 | 1963 | 1964 | 1965 | 1966 | 1967 | 1968 | 1969 | 1970 | 1971 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HAACK LABS | 0.9465 | 0.9465 | 0.9465 | 0.9465 | 0.9465 | 0.6310 | 0.3195 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| HALSEY | 0.0736 | 0.1197 | 0.1706 | 0.1590 | 0.1240 | 0.0438 | 0.0256 | 0.1053 | 0.2608 | 0.3463 | 0.2737 | 0.1140 | 0.0000 |
| HANCE & WHITE | 2.7444 | 2.7444 | 2.7444 | 2.7444 | 1.8296 | 0.9148 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| HARCO | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| HARVEY | 0.0744 | 0.0744 | 0.0744 | 0.0744 | 0.0744 | 0.0744 | 0.0744 | 0.0744 | 0.0744 | 0.0744 | 0.0744 | 0.0744 | 0.0744 |
| H. R. CENCI | 0.0910 | 0.1292 | 0.1633 | 0.1467 | 0.0868 | 0.0227 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| HURST | 0.0744 | 0.0744 | 0.0744 | 0.0744 | 0.0744 | 0.0744 | 0.0744 | 0.0496 | 0.0248 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| INVENEX | 0.6342 | 0.6342 | 0.6342 | 0.6342 | 0.6342 | 0.6342 | 0.6342 | 0.6342 | 0.6342 | 0.6342 | 0.6342 | 0.6342 | 0.6342 |
| JANERT | 0.0744 | 0.0744 | 0.0744 | 0.0744 | 0.0744 | 0.0744 | 0.0496 | 0.0248 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| JAN LABS | 0.2649 | 0.2649 | 0.2649 | 0.2649 | 0.2649 | 0.2649 | 0.2649 | 0.2649 | 0.2649 | 0.2649 | 0.2649 | 0.1766 | 0.0883 |
| K & W PRODS | 0.1451 | 0.1451 | 0.1451 | 0.1451 | 0.1451 | 0.1451 | 0.0987 | 0.0494 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| KEY | 0.0415 | 0.0888 | 0.1155 | 0.0682 | 0.0023 | 0.0008 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| KIRKMAN | 0.0647 | 0.0684 | 0.0745 | 0.0656 | 0.0578 | 0.0480 | 0.0430 | 0.0387 | 0.0278 | 0.0183 | 0.0127 | 0.0131 | 0.0167 |
| KREMERS URBAN | 0.1666 | 0.2195 | 0.2277 | 0.1512 | 0.0426 | 0.0072 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| LANNETT | 0.0550 | 0.0724 | 0.0684 | 0.1437 | 0.1790 | 0.2071 | 0.2209 | 0.3211 | 0.2797 | 0.1501 | 0.0000 | 0.0000 | 0.0000 |
| LIFE LABS | 0.1327 | 0.1327 | 0.1327 | 0.1327 | 0.1327 | 0.0885 | 0.0442 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| LILLY | 23.1827 | 27.0910 | 33.1814 | 34.4157 | 33.0849 | 33.9375 | 33.5629 | 38.5025 | 40.2534 | 40.9135 | 40.9122 | 43.4906 | 50.7754 |
| LINCOLN | 0.1807 | 0.0070 | 0.0964 | 0.1040 | 0.0704 | 0.0278 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.1691 |
| LUSTGARTEN | 0.4476 | 0.4476 | 0.4476 | 0.4476 | 0.4476 | 0.4476 | 0.4476 | 0.4476 | 0.4476 | 0.4476 | 0.4476 | 0.2983 | 0.0000 |
| MALLINCKRODT | 0.5002 | 0.5786 | 0.6100 | 0.4876 | 0.2804 | 0.1139 | 0.0266 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| MANEY | 0.0963 | 0.0871 | 0.0730 | 0.0366 | 0.0215 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| MASSENGILL | 1.1268 | 1.2669 | 1.4172 | 1.2397 | 0.9607 | 0.5788 | 0.4025 | 0.3683 | 0.2406 | 0.1270 | 0.0452 | 0.0000 | 0.0000 |
| MAYRAND | 0.2195 | 0.1443 | 0.0732 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| MCKESSON | 0.0000 | 0.7967 | 1.5933 | 2.3900 | 2.3900 | 2.3900 | 2.3900 | 2.3900 | 1.5933 | 0.7967 | 0.0000 | 0.0000 | 0.0000 |
| MCNEIL | 0.0543 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| MERCK | 0.7448 | 0.7561 | 0.5147 | 0.2307 | 0.0227 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| MERRELL | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| METER CHEM | 0.1395 | 0.1427 | 0.0682 | 0.0000 | 0.0000 | 0.1740 | 0.0870 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| MORTON | 0.2609 | 0.2609 | 0.2609 | 0.2609 | 0.2649 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| NATIONAL DRUG | 0.0000 | 0.0000 | 0.0000 | 0.0702 | 0.0468 | 0.0234 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| NATIONAL DRUG LABS | 0.0702 | 0.0702 | 0.0702 | 0.0923 | 0.0923 | 0.0923 | 0.0923 | 0.0923 | 0.0923 | 0.0923 | 0.0923 | 0.0923 | 0.0615 |
| MORWICH PHARM. CO. | 0.0000 | 0.0308 | 0.0615 | 0.0744 | 0.0744 | 0.0744 | 0.0744 | 0.0744 | 0.0744 | 0.0744 | 0.0496 | 0.0248 | 0.0000 |
| NYSCO | 0.0744 | 0.0744 | 0.0744 | 0.0744 | 0.0744 | 0.0744 | 0.0744 | 0.0744 | 0.0744 | 0.0744 | 0.0496 | 0.0248 | 0.0000 |
| PARK DRUG | 0.2667 | 0.2667 | 0.2667 | 0.2667 | 0.2667 | 0.2667 | 0.1778 | 0.0889 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| PENHURST | 0.0744 | 0.0744 | 0.0744 | 0.0744 | 0.0744 | 0.0744 | 0.0744 | 0.0744 | 0.0744 | 0.0744 | 0.0496 | 0.0248 | 0.0000 |
| PERSON & COVEY | 0.4327 | 0.2939 | 0.2318 | 0.1812 | 0.1124 | 0.0338 | 0.0133 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| PHYS'S DRUG & SUPPLY | 0.6755 | 0.6755 | 0.6755 | 0.6755 | 0.5399 | 0.3147 | 0.0696 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |

"LIKELIHOOD" SHARE VALUES - 5 MG, 25 MG, AND 100 MG

| NAME | 1947 | 1948 | 1949 | 1950 | 1951 | 1952 | 1953 | 1954 | 1955 | 1956 | 1957 | 1958 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PREMO | 0.5557 | 0.8847 | 1.0423 | 1.2181 | 1.2386 | 1.1716 | 1.0598 | 1.1107 | 1.0441 | 0.8966 | 0.7940 | 0.8025 |
| PRESTON LABS | 0.0000 | 0.0000 | 0.0141 | 0.0445 | 0.0713 | 0.0601 | 0.0782 | 0.0774 | 0.0770 | 0.0513 | 0.0257 | 0.0000 |
| RAYNER | 0.0000 | 0.0000 | 0.0000 | 0.0027 | 0.0054 | 0.0079 | 0.0077 | 0.0076 | 0.0076 | 0.0076 | 0.0076 | 0.0051 |
| REPUBLIC | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0034 | 0.0062 | 0.0126 |
| REXALL | 0.3887 | 0.6990 | 0.9803 | 0.9346 | 0.8715 | 0.7889 | 0.7318 | 0.6935 | 0.6782 | 0.6975 | 0.7195 | 0.7631 |
| RICHLYN | 0.0000 | 0.0829 | 0.0058 | 0.0108 | 0.0139 | 0.0212 | 0.0345 | 0.0443 | 0.0504 | 0.0544 | 0.0573 | 0.0574 |
| ROER | 0.2699 | 0.2258 | 0.2260 | 0.2231 | 0.2703 | 0.3323 | 0.3709 | 0.3652 | 0.3419 | 0.3557 | 0.3220 | 0.2611 |
| ROWELL | 0.0000 | 0.0000 | 0.0000 | 0.0009 | 0.0180 | 0.1049 | 0.1694 | 0.2321 | 0.2185 | 0.2536 | 0.2685 | 0.3115 |
| SMITH | 0.0000 | 0.0000 | 0.0942 | 0.0454 | 0.0374 | 0.0346 | 0.0236 | 0.0083 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| SMITH, CARROLL, DUNHAM | 0.2785 | 0.1942 | 0.4658 | 0.8764 | 0.8659 | 0.8404 | 0.8282 | 0.8195 | 0.8151 | 0.8151 | 0.8151 | 0.5436 |
| SMITH DORSEY | 0.1120 | 0.3510 | 0.5070 | 0.4200 | 0.2851 | 0.1005 | 0.1258 | 0.0709 | 0.0252 | 0.0143 | 0.0000 | 0.0000 |
| SQUIBB | 20.7265 | 20.0358 | 14.5044 | 11.2711 | 9.4609 | 9.4086 | 9.6276 | 9.5814 | 9.1560 | 8.5659 | 7.5357 | 6.8950 |
| STANLEY | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0220 | 0.0667 | 0.1153 | 0.1541 | 0.2228 | 0.3963 |
| STAYNER | 0.0000 | 0.0000 | 0.2025 | 0.2947 | 0.3019 | 0.2919 | 0.2683 | 0.2314 | 0.1926 | 0.1904 | 0.2053 | 0.2020 |
| STRASENBURG | 0.0125 | 0.0215 | 0.0186 | 0.0143 | 0.0109 | 0.0067 | 0.0025 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| SUMMERS | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.2742 |
| SUPREME | 0.0000 | 0.0000 | 0.0333 | 0.0533 | 0.0790 | 0.0774 | 0.0756 | 0.0748 | 0.0744 | 0.0744 | 0.0744 | 0.0744 |
| TESTAGAR | 0.0000 | 0.1105 | 0.1841 | 0.2210 | 0.2182 | 0.2138 | 0.2088 | 0.2066 | 0.2055 | 0.2055 | 0.2055 | 0.2055 |
| TOME PAULSEN | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0126 | 0.1554 | 0.3222 | 0.4720 |
| TUTAG | 0.0000 | 0.0000 | 0.0045 | 0.0075 | 0.0107 | 0.0112 | 0.0089 | 0.0059 | 0.0126 | 0.0070 | 0.0089 | 0.0091 |
| ULMER | 5.7583 | 3.9843 | 2.3151 | 1.4353 | 1.2566 | 1.2011 | 1.1575 | 1.0931 | 1.0308 | 1.0302 | 0.9947 | 0.9945 |
| UPJOHN | 0.0000 | 0.0000 | 0.0000 | 0.0267 | 0.0527 | 0.0774 | 0.0756 | 0.0748 | 0.0744 | 0.0744 | 0.0744 | 0.0744 |
| VELTEX | 0.0000 | 0.0000 | 0.0591 | 0.0735 | 0.1000 | 0.1355 | 0.1795 | 0.2132 | 0.2076 | 0.1776 | 0.1364 | 0.1307 |
| VITARINE | 0.0218 | 0.0331 | 0.0000 | 0.0000 | 0.0989 | 0.3343 | 0.5581 | 0.4877 | 0.4842 | 0.4842 | 0.4842 | 0.4842 |
| V.C.A. | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0237 | 0.0466 | 0.0608 | 0.0591 | 0.0363 | 0.0135 | 0.00 |
| WEBSTER | 0.0000 | 0.2305 | 0.5848 | 0.7511 | 0.8505 | 0.7954 | 0.7232 | 0.7298 | 0.6673 | 0.6253 | 0.6435 | 0.6199 |
| WESTWARD | 0.0000 | 0.0908 | 0.0847 | 0.0696 | 0.0687 | 0.0673 | 0.0658 | 0.0651 | 0.0647 | 0.0647 | 0.0647 | 0.0431 |
| WINTHROP | 0.1120 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| WYETH | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| TOTAL ALLOCATED SHARE | 99.8924 | 92.3420 | 77.0874 | 68.5057 | 64.2526 | 64.9714 | 63.6454 | 62.7572 | 60.2116 | 60.0744 | 60.4726 | 62.5013 |
| TOTAL UNALLOCATED SHARE | 0.1076 | 7.6580 | 22.9126 | 31.4943 | 35.7474 | 35.0286 | 36.3546 | 37.2428 | 39.7886 | 39.9256 | 39.5274 | 37.4987 |

"LIKELIHOOD" SHARE VALUES - 5 MG, 25 MG, AND 100 MG

| NAME / YEAR | 1959 | 1960 | 1961 | 1962 | 1963 | 1964 | 1965 | 1966 | 1967 | 1968 | 1969 | 1970 | 1971 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PREMO | 0.7029 | 0.7827 | 0.8678 | 1.0339 | 1.2283 | 1.4019 | 1.1131 | 0.7992 | 0.4462 | 0.3416 | 0.2719 | 0.2507 | 0.2187 |
| PRESTON LABS | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| RAYMER | 0.0025 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| REPUBLIC | 0.0123 | 0.0172 | 0.0096 | 0.0081 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| REXALL | 0.8162 | 0.8636 | 0.8185 | 0.8126 | 0.7985 | 0.8842 | 0.8469 | 0.8208 | 0.7729 | 0.5914 | 0.4025 | 0.2111 | 0.0361 |
| RICHLYN | -0.0505 | 0.0513 | 0.0522 | 0.0504 | 0.0420 | 0.0372 | 0.0294 | 0.0287 | 0.0269 | 0.0193 | 0.0098 | 0.0027 | 0.0000 |
| RORER | 0.2117 | 0.2734 | 0.2944 | 0.1834 | 0.0619 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| ROWELL | 0.3005 | 0.3504 | 0.3186 | 0.2964 | 0.2231 | 0.1844 | 0.1543 | 0.1166 | 0.0678 | 0.0193 | 0.0002 | 0.0000 | 0.0000 |
| SMITH | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| SMITH, CARROLL, DUNHAM | 0.2717 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| SMITH DORSEY | 7.1123 | 8.0373 | 8.5988 | 9.1711 | 8.7514 | 8.9335 | 8.4202 | 8.3350 | 7.3672 | 5.9734 | 5.0444 | 3.4433 | 1.9975 |
| SQUIBB | 4.6815 | 4.1054 | 1.3686 | 1.9554 | 2.6228 | 2.5972 | 2.3081 | 2.6528 | 3.9940 | 4.7837 | 4.4591 | 3.0377 | 1.7372 |
| STANLEY | 0.2063 | 0.1942 | 0.2039 | 0.2265 | 0.2298 | 0.2384 | 0.2717 | 0.2776 | 0.2925 | 0.3256 | 0.4004 | 0.3876 | 0.2130 |
| STAYNER | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| STRASENBURG | 0.6238 | 1.0909 | 1.2348 | 1.3390 | 0.9396 | 0.4953 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| SUMMERS | 0.0744 | 0.0744 | 0.0744 | 0.0744 | 0.0744 | 0.0744 | 0.0744 | 0.0744 | 0.0744 | 0.0744 | 0.0744 | 0.0744 | 0.0744 |
| SUPREME | 0.2055 | 0.2055 | 0.2055 | 0.2055 | 0.2055 | 0.2055 | 0.2055 | 0.1370 | 0.0685 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| TESTAGAR | 0.4997 | 0.4443 | 0.4713 | 0.5173 | 0.5575 | 0.6113 | 0.4819 | 0.2710 | 0.1763 | 0.1944 | 0.1680 | 0.4037 | 0.2733 |
| TOMME PAULSEN | 0.2701 | 0.2522 | 0.2525 | 0.2606 | 0.2594 | 0.2734 | 0.2481 | 0.2202 | 0.1687 | 0.1329 | 0.1133 | 0.0877 | 0.0433 |
| TUTAG | 0.0066 | 0.0060 | 0.0060 | 0.0046 | 0.0020 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| ULMER | 1.0235 | 1.0092 | 1.0609 | 0.8690 | 0.7345 | 0.6674 | 0.5838 | 0.5325 | 0.5624 | 0.6458 | 0.7185 | 0.6333 | 0.3878 |
| UPJOHN | 0.0744 | 0.0744 | 0.0744 | 0.0744 | 0.0744 | 0.0744 | 0.0744 | 0.0496 | 0.0248 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| VELTEX | 0.1213 | 0.1279 | 0.1397 | 0.1223 | 0.1089 | 0.0907 | 0.0789 | 0.0699 | 0.0484 | 0.0322 | 0.0221 | 0.0156 | 0.0092 |
| VITARINE | 0.6842 | 0.6842 | 0.6842 | 0.6842 | 0.4842 | 0.5493 | 0.3212 | 0.0931 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| V.C.A. | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| WEBSTER | 0.6234 | 0.5743 | 0.6049 | 0.6471 | 0.6419 | 0.6567 | 0.7139 | 0.7285 | 0.7820 | 0.9222 | 0.9054 | 0.7826 | 0.5830 |
| WESTWARD | 0.0216 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| WINTHROP | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0777 | 0.1554 | 0.2331 | 0.2331 | 0.2331 | 0.2331 |
| WYETH | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| TOTAL ALLOCATED SHARE | 66.6999 | 73.2636 | 78.1370 | 78.9403 | 74.2241 | 71.5797 | 65.7080 | 69.5921 | 69.1299 | 66.6667 | 63.5252 | 63.2770 | 68.0807 |
| TOTAL UNALLOCATED SHARE | 33.3001 | 26.7364 | 21.8630 | 21.0597 | 25.7759 | 28.4203 | 34.2920 | 30.4079 | 30.8701 | 33.3333 | 36.4748 | 36.7230 | 31.9193 |

CALIFORNIA SUPERIOR COURT

CITY AND COUNTY OF SAN FRANCISCO

DEPARTMENT NUMBER EIGHTEEN

In re:                              )     NO. 830109
                                    )
COMPLEX DES LITIGATION.             )
                                    )

                          CERTIFICATE OF SERVICE BY MAIL
                          (CCP 1013a(3) )

          I, _____YOLANDA MAZARIEGOS_____, Deputy County Clerk and
Deputy Clerk of the Superior Court of the City and County of San
Francisco, certify that I am not a party to the within action;
That I served a copy of the attached _____

_____AMENDMENT TO GENERAL ORDER NO. 29_____

by placing said copy in an envelope addressed to the following:

LeRoy Hersh, Esquire              James M. Wood, Esquire
Hersh & Hersh                     Crosby, Heafey, Roach & May
601 Van Ness Ave., Suite 2080     1999 Harrison Street
San Francisco, CA 94102-6388      Oakland, CA 94612

Dickson, Carlson & Campillo
1401 Ocean Ave., 2nd Floor
P.O. Box 2122
Santa Monica, CA 90406-2122

which envelope was then sealed and postage fully prepaid thereon, and
thereafter was on _____JAN 2 0 1989_____, deposited in the United
States mail at San Francisco, California.

     DATED: _____JAN 2 0 1989_____

                                        YOLANDA MAZARIEGOS
                              _____

1    PROOF OF SERVICE BY MAIL                    (1013,2015.5 C.C.P.)

2

3    I am a citizen of the United States and a resident of __Contra Costa__ County. I am over

4    the age of eighteen years and not a party to the within action; my business address is 1999 Harrison Street,

5    Oakland, California 94612. On _____February 3_____, 19 _89_, I served the within

6    AMENDMENT TO GENERAL ORDER NO. 29

7

8

9    in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully pre-

10   paid, in the United States mail at Oakland, Alameda County, California, addressed as follows:

11

12   PLEASE SEE ATTACHED LIST

13

14

15

16

17

18

19

20

21

22   I declare under penalty of perjury that the above is true and correct.

23   Executed on __February 3, 1989__ at Oakland, California

24

25

26   Peggy Toovey

IN RE: DES LITIGATION
ACTION NUMBER 830109

ADAMS, DUQUE & HAZELTINE                    ATTORNEYS FOR REXALL DRUG COMPAN
500 WASHINGTON STREET                       (415) 982-1240
SAN FRANCISCO, CA  94111

BERRY & BERRY                               ATTORNEYS FOR WARNER LAMBERT &
PROFESSIONAL CORPORATION                    PARKE DAVIS
505 FOURTEENTH STREET, 12TH FLOOR           (415) 835-8330
OAKLAND, CA  94612

BISHOP, BARRY, HOWE, HANEY & RYDER          ATTORNEYS FOR NESTLE LEMUR &
465 CALIFORNIA ST., 11TH FLOOR              KREMERS-URBAN
SAN FRANCISCO, CA  94104                    (415) 421-8550

BONNE, JONES, BRIDGES, MUELLER              ATTORNEYS FOR WINTHROP LABS &
 & O'KEEFE                                  BREON LABS
3699 WILSHIRE BOULEVARD, 10TH FLOOR         (213) 480-1900
LOS ANGELES, CA  90010-2719

BOORNAZIAN, JENSEN & GARTHE                 ATTORNEYS FOR KALIPHARMA, INC.
300 LAKESIDE DR., 16TH FLOOR                & RITE AID
P. O. BOX 12925                             (415) 834-4350
OAKLAND, CA  94604

BRONSON, BRONSON & MCKINNON                 ATTORNEYS FOR MERCK, SHARP & DOH
555 CALIFORNIA ST., STE. 3400              (415) 986-4200
SAN FRANCISCO, CA  94104

BURRIS, WAPNER, DRULIAS & HIESTAND          ATTORNEYS FOR EMONS INDUSTRIES
601 MONTGOMERY STREET, #2010                INC.
SAN FRANCISCO, CA  94111                    (415) 788-6794

CARROLL, BURDICK & MCDONOUGH                ATTORNEYS FOR TRAVENOL LABS., IN
ONE ECKER BUILDING, STE. 400                KAY PHARMACAL CO., AND VITARINE
SAN FRANCISCO, CA  94105

CRESSWELL, CAKE & ECHEGUREN                 ATTORNEYS FOR CARNRICK LABS., IN
270 GRAND AVENUE                            (415) 444-1735
OAKLAND, CA  94610-0266

DICKSON, CARLSON & CAMPILLO                 ATTORNEYS FOR E.R. SQUIBB & SONS
1401 OCEAN AVENUE, 2ND FLOOR                INC.
P.O. BOX 2122                               (213) 451-2273
SANTA MONICA, CA  90406-2122

LAW OFFICES OF WILLIAM J. DUKE              ATTORNEYS FOR ADRIA LABORATORIES
433 CALIFORNIA ST., STE. 330                (415) 397-4682
SAN FRANCISCO, CA  94104

ERICKSEN, ARBUTHNOT, PAYNTER
& BROWN, INC.
151 UNION STREET, SUITE 301
SAN FRANCISCO, CA  94111

ATTORNEYS FOR SPERTI DRUG PRODUC
& KIRKMAN LABORATORIES
(415) 362-7126


FARBSTEIN LAW CORPORATION
400 SOUTH EL CAMINO REAL
SUITE 595
SAN MATEO, CA  94402

ASSOC. ATTORNEYS FOR AMERICAN
PHARMACEUTICAL CORPORATION &
PENWALT PHARMACEUTICAL CORP.
(415) 348-8477


GANTZ & FORER
280 SOUTH BEVERLY DRIVE
SUITE 208
BEVERLY HILLS, CA  90212

ATTORNEYS FOR BOYLE & COMPANY
(213) 879-7866


GIBSON, DUNN & CRUTCHER
333 SOUTH GRAND AVENUE
LOS ANGELES, CA  90071

ATTORNEYS FOR JOHNSON & JOHNSON
& MCNEILAB, INC. & ORTHO PHARMA
CEUTICAL, INC.  (213) 229-7000


LAW OFFICES OF GALSPY &
GLASPY
THREE EMBARCADER CTR., STE. 1140
SAN FRANCISCO, CA  94104

ATTORNEYS FOR LEMMON COMPANY &
PREMO PHARMACEUTICAL LABS., INC.
(415) 398-8261


GUDMUNDSON, SIGGINS, STONE &
SKINNER
ONE EMBARCADERO CENTER, STE. 1350
SAN FRANCISCO, CA  94111

ATTORNEYS FOR ABBOTT LABORATORIE
& AMERICAN CYANAMID
(415) 391-4200


HAIMS, JOHNSON, MACGOWAN &
MCINERNEY
490 GRAND AVENUE
OAKLAND, CA 94610

ATTORNEYS FOR WILLIAM H. RORER,
(415) 835-0500


HARDIN, COOK, LOPER, ENGEL
& BERGEZ
1999 HARRISON STREET, 18TH FLOOR
OAKLAND, CA  94612

ATTORNEYS FOR TESTAGAR & COMPANY
& CHROMALLOY AMERICAN CORP.
(415) 444-3131


HYDE & FORSBLAD
1850 MT. DIABLO BLVD., STE. 310
WALNUT CREEK, CA  94596

ROWELL LABORATORIES & WEST-WARD
(415) 939-7700


STEPHEN D. MC GEE
KIMBLE, MACMICHAEL & UPTON
5260 N. PALM AVE., SUITE 221
P. O. BOX 9489
FRESNO, CA  93792-9489

ATTORNEYS FOR CENCI, H.R.
PHARMACEUTICALS
(209) 435-5500

LEACH, BIESTY & MCGREEVY
1735 PACIFIC AVENUE
SAN FRANCISCO, CA  94109

ATTORNEYS FOR REPUBLIC DRUG CO.
(415) 775-4455

LYNCH, LOOFBOURROW,
HELMSTEIN, GILARDI & GRUMMER
505 BEACH STREET
SAN FRANCISCO, CA  94133

ATTORNEYS FOR COOPER LABORATORIE
(415) 441-0224

MOORE, CLIFFORD, WOLFE, LARSEN
 & TRUTNER
300 LAKESIDE DRIVE
P. O. Box 119
OAKLAND, CA  94604

ATTORNEYS FOR CONSOLIDATED MIDLA
CORPORATION
(415) 444-6800

MORTON, LULOFS & ALLEN
ONE KAISER PLAZA, STE. 750
OAKLAND, CA  94612

ATTORNEYS FOR MERRELL DOW PHARMA
CEUTICALS   (415) 444-4521

SIDLEY & AUSTIN
2049 CENTURY PARK EAST
35TH FLOOR
LOS ANGELES, CA  90067

ATTORNEYS FOR SCHERING
CORPORATION
(213) 553-8100

RAMSEY, MOORE, MORRISON, KEDDY & WALLIS
10399 OLD PLACERVILLE ROAD
SACRAMENTO, CA  95827

ATTORNEYS FOR STAYNER CORPORATIO
(916) 362-8800

SEDGWICK, DETERT, MORAN & ARNOLD
ONE EMBARCADERO CTR., 16TH FLOOR
SAN FRANCISCO, CA  94111

ATTORNEYS FOR THE UPJOHN COMPANY
(415) 781-7900

STEVENS & DRUMMOND
1910 OLYMPIC BLVD., SUITE 250
WALNUT CREEK, CA  94596

ATTORNEYS FOR LINCOLN LABORATORI
& MERIEUX INSTITUTE
(415) 944-5550

WASHBURN & KEMP
144 SECOND STREET
P. O. BOX 880130
SAN FRANCISCO, CA  94188

ATTORNEYS FOR KEY PHARMACEUTICAL
(415) 543-8131

# THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

```
* * * * * * * * * * * * * * * * * * * * * * * *  )
LAURA J. BURNS                                   )
and                                              )
JACK W. BURNS                                    )
                                                 )
                        Plaintiffs,              )
             vs.                                 )      CIVIL ACTION NO. 1:07CV000382
                                                 )
ELI LILLY AND COMPANY, et al.                    )
                                                 )
                                                 )
                        Defendants.              )
                                                 )
* * * * * * * * * * * ** * * * * * * * * * * * *
```

## ORDER

UPON CONSIDERATION of Defendant Eli Lilly and Company's Motion to

Dismiss pursuant to FED. R. CIV. P 12(b)(6),

IT IS HEREBY ORDERED that Eli Lilly and Company's Motion is granted;

IT IS FURTHER ORDERED that, pursuant to FED. R. CIV. P. 12(b)(6), this case

is dismissed with prejudice.

Dated: _____, 2007         _____
                                        The Honorable James Robertson

cc:    Appended list of counsel of record

138111v1

## COUNSEL OF RECORD

Aaron M. Levine
Aaron M. Levine & Associates
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036
**Attorneys for Plaintiff**

Sidney G. Leech
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD 21202
**Attorneys for Bristol Myers Squibb Company**

Elizabeth Ewert
Drinker Biddle & Reath, LLP
1500 K Street NW, Suite 1100
Washington, DC 20005
**Attorneys for Merck & Company, Pharmacia and Upjohn Company and Ortho-McNeil Pharmaceuticals, Inc.**

John F. Anderson
Troutman Sanders, LLP
1660 International Drive, Suite 600
McLean, VA 22102
**Attorneys for Dart Industries, Inc.**

Janet K. Coleman
Daniel Whitney
Whitney & Bogris, LLP
401 Washington Avenue, 12th Floor
Towson, MD 21204
**Attorneys for GlaxoSmithKline, Inc.**

Aaron M. Bailey
Goodwin & Proctor, LLP
901 New York Avenue, NW, Suite 900
Washington, D.C. 20001
**Attorneys for Premo Pharmaceuticals Laboratories, Inc.**

Person & Covey, Inc.
616 Allen Avenue
Glendale, CA 91221
**Defendant**

Jennifer G. Levy
Kirkland & Ellis, LLP
655 Fifteenth Street NW, Suite 1200
Washington, DC 20005-5793
**Attorneys for Abbott Laboratories, Inc.**

Gerry H. Tostanoski
Jaime W. Luse
Tydings & Rosenberg, LLP
100 East Pratt Street, Suite 2600
Baltimore, MD 21202
**Attorneys for Elan Pharmaceuticals**

Michelle R. Mangrum, Esq.
Shook, Hardy & Bacon L.L.P.
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004
**Attorneys for Defendant Eli Lilly and Company**