# IN THE U.S. DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAURA J. BURNS, et al., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ELI LILLY AND COMPANY et al. )<br>)<br>Defendants. )<br>) | Case No.: 1:07-CV-0382 (JR) |

## LCvR 7.1 CORPORATE DISCLOSURE STATEMENT

I, the undersigned, counsel of record for defendant Abbott Laboratories, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Abbott Laboratories which have any outstanding securities in the hands of the public:

        Knoll Pharmaceuticals (India) Limited
        Abbott Laboratories (Pakistan) Limited
        Knoll Pharmaceuticals (India) Limited
        Hokuriku Seiyaku Company Limited

These representations are made, pursuant to LCvR 7.1, in order that judges of this court may determine the need for recusal.

Dated: March 5, 2007                      Respectfully submitted,

                                              /s/Jennifer G. Levy_____
                                              Jennifer Gardner Levy (D.C. Bar No. 461921)
                                              KIRKLAND & ELLIS
                                              655 Fifteenth Street, N.W., Suite 1200
                                              Washington, D.C.  20005
                                              Tel.: (202) 879-5000
                                              Fax: (202) 879-5200

                                              *Attorney for Abbott Laboratories*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of March, 2007, a copy of the foregoing was filed electronically with the Clerk of Court, using the CM/ECF system, which sent notification of such filing to all parties and counsel in this case.

/s/Jennifer G. Levy_____
Attorney for Defendant Abbott Laboratories