# IN THE U.S. DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAURA J. BURNS, et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 1:07-CV-0382 (JR) |
| v. ) | |
| ) | |
| ELI LILLY AND COMPANY et al. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Jennifer G. Levy of KIRKLAND & ELLIS LLP for Defendant Abbott Laboratories.

Dated: March 5, 2007　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/Jennifer G. Levy_____
　　　　　　　　　　　　　　　　　　　Jennifer Gardner Levy (D.C. Bar No. 461921)
　　　　　　　　　　　　　　　　　　　KIRKLAND & ELLIS
　　　　　　　　　　　　　　　　　　　655 Fifteenth Street, N.W.
　　　　　　　　　　　　　　　　　　　Suite 1200
　　　　　　　　　　　　　　　　　　　Washington, D.C. 20005
　　　　　　　　　　　　　　　　　　　Tel.: (202) 879-5000
　　　　　　　　　　　　　　　　　　　Fax: (202) 879-5200

　　　　　　　　　　　　　　　　　　　*Attorney for Abbott Laboratories*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 5th day of March, 2007, a copy of the foregoing was filed electronically with the Clerk of Court, using the CM/ECF system, which sent notification of such filing to all parties and counsel in this case.

                                  /s/Jennifer G. Levy_____
                                  Attorney for Defendant Abbott Laboratories