UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

LAURA J. BURNS and JACK W. BURNS,

    Plaintiffs,

v.

ELI LILLY AND COMPANY, et al.,

    Defendants.

Civil Action No. 07-cv-382

---

## NOTICE OF APPEARANCE

The Court will please enter the appearance of Aaron M. Bailey (#484262) as counsel for the defendant Premo Pharmaceutical Laboratories, Inc., in the above-captioned matter. I certify that I am admitted to practice in this court.

Dated:    Washington, D.C.
            March 6, 2007

                                            Respectfully submitted,

                                            By:  /s/ Aaron M. Bailey
                                            Aaron M. Bailey (Bar # 484262)
                                            GOODWIN PROCTER LLP
                                            901 New York Avenue, N.W.
                                            Washington, D.C. 20001
                                            Telephone:  (202) 346-4000
                                            Facsimile:  (202) 346-4444
                                            ABailey@goodwinprocter.com
                                            *Attorneys for Defendant*
                                            *Premo Pharmaceutical Laboratories, Inc.*

        Of Counsel:
Christopher Garvey, Esq.
Diana M. Scharf, Esq.
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, New York 10022
Telephone (212) 813-8800
Facsimile (212) 355-3333
Cgarvey@goodwinprocter.com
Dscharf@goodwinprocter.com

## **CERTIFICATE OF SERVICE**

    I, Aaron M. Bailey, do hereby certify under the penalties of perjury, that on this 6th of March, 2007, I arranged for the service, by ECF filing, a copy of the foregoing on all counsel of record.

                                                                           s/ Aaron M. Bailey  
                                                                  Aaron M. Bailey (Bar # 484262)