UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

LAURA J. BURNS and JACK W. BURNS,

        Plaintiffs,

v.

ELI LILLY AND COMPANY, et al.,

        Defendants.

Civil Action No. 07-cv-382

---

## RULE 7.1 DISCLOSURE STATEMENT

PLEASE TAKE NOTICE, that pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Premo Pharmaceutical Laboratories, Inc. ("Premo"), by and through its attorneys, Goodwin Procter, LLP, states that Premo has no parent corporation, and no publicly held corporation owns ten percent or more of its stock.

Dated:  Washington, D.C.
         March 6, 2007

                                      Respectfully submitted,

                                      By:  /s/ Aaron M. Bailey
                                      Aaron M. Bailey (Bar # 484262)
                                      GOODWIN PROCTER LLP
                                      901 New York Avenue, N.W.
                                      Washington, D.C. 20001
                                      Telephone: (202) 346-4000
                                      Facsimile: (202) 346-4444
                                      ABailey@goodwinprocter.com
                                      *Attorneys for Defendant*
                                      *Premo Pharmaceutical Laboratories, Inc.*

Of Counsel:
Christopher Garvey, Esq.
Diana M. Scharf, Esq.
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, New York 10022
Telephone (212) 813-8800
Facsimile (212) 355-3333
Cgarvey@goodwinprocter.com
Dscharf@goodwinprocter.com

## CERTIFICATE OF SERVICE

    I, Aaron M. Bailey, do hereby certify under the penalties of perjury, that on this 6th of March, 2007, I arranged for the service, by ECF filing, a copy of the foregoing on all counsel of record.

                                                                                                 s/ Aaron M. Bailey
                                                                        Aaron M. Bailey (Bar # 484262)