THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* )
)
**LAURA J. BURNS, et al.,** )
)
               **Plaintiffs,** )
       vs. ) **CIVIL ACTION NO. 1:07CV000382 (JR)**
)
**ELI LILLY AND COMPANY, et al.** )
)
)
               **Defendants**. )
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION TO DISMISS WITHOUT PREJUDICE

      Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiffs Laura and Jack Burns and Defendants Eli Lilly and Company, Ortho-McNeil Pharmaceuticals, Inc., Pharmacia and Upjohn Company, Premo Pharmaceuticals Laboratories, Inc., Abbott Laboratories, Inc., GlaxoSmithKline, Inc., and Elan Pharmaceuticals, by and through their designated counsel, hereby stipulate and agree that this action be dismissed without prejudice as to the above-named defendants on the condition that if plaintiffs refile this action, they must do so in federal court in the Northern District of California, San Francisco Division. By entering into this stipulation, the parties do not waive any rights to which they are entitled under the Federal Rules of Civil Procedure.

      WHEREFORE, the parties respectfully request that this Court enter the attached Order of Dismissal without Prejudice and grant such other relief as the Court may deem just and proper.

Respectfully Submitted,

| AARON M. LEVINE & ASSOCIATES | SHOOK, HARDY & BACON, L.L.P. |
|---|---|
| /s/ Aaron M. Levine | /s/ Emily J. Laird (by permission) |
| Aaron M. Levine, #7864 | Emily J. Laird, DC Bar No. 485890 |
| 1320 19th Street, N.W., Suite 500 | 600 14th Street, N.W., Suite 800 |
| Washington, D.C. 20036 | Washington, D.C. 20005-2004 |
| (202) 833-8040 Telephone | (202) 783-8400 Telephone |
| (202) 833-8046 Facsimile | (202) 783-4211 Facsimile |
| **ATTORNEYS FOR PLAINTIFFS** | **ATTORNEYS FOR DEFENDANT ELI LILLY AND COMPANY** |

| DRINKER BIDDLE & REATH, LLP | GOODWIN & PROCTOR, LLP |
|---|---|
| /s/ Elizabeth Ewert (by permission) | /s/ Aaron M. Bailey (by permission) |
| Elizabeth Ewert, # 479368 | Aaron M. Bailey, # 484262 |
| 1500 K Street NW, Suite 1100 | 901 New York Avenue, NW, Suite 900 |
| Washington, DC 20005 | Washington, D.C. 20001 |
| **ATTORNEYS FOR DEFENDANTS PHARMACIA AND UPJOHN COMPANY AND ORTHO-MCNEIL PHARMACEUTICALS, INC.** | **ATTORNEYS FOR DEFENDANT PREMO PHARMACEUTICALS LABORATORIES, INC.** |

| KIRKLAND & ELLIS, LLP | TYDINGS & ROSENBERG, LLP |
|---|---|
| /s/ Jennifer G. Levy (by permission) | /s/ Jaime W. Luse (by permission) |
| Jennifer G. Levy, # 461921 | Jaime W. Luse, #501944 |
| 655 Fifteenth Street NW, Suite 1200 | 100 East Pratt Street, Suite 2600 |
| Washington, DC 20005-5793 | Baltimore, MD 21202 |
| **ATTORNEYS FOR DEFENDANT ABBOTT LABORATORIES, INC.** | **ATTORNEYS FOR DEFENDANT ELAN PHARMACEUTICALS** |

WHITNEY & BOGRIS, LLP

/s/ Janet K. Coleman
Janet K. Coleman, #497902
401 Washington Avenue, 12th Floor
Towson, MD 21204

**ATTORNEYS FOR DEFENDANT GLAXOSMITHKLINE, INC.**

138257v2

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

* * * * * * * * * * * * * * * * * * * * * * * * * )
LAURA J. BURNS, et al.,                           )
                                                  )
                    Plaintiffs,   )
   vs.                                            )
                                                  )   CIVIL ACTION NO. 1:07CV000382 (JR)
ELI LILLY AND COMPANY, et al.                     )
                                                  )
                                                  )
                    Defendants.   )
* * * * * * * * * * * * * * * * * * * * * * * * * )

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

This matter came before the Court upon Plaintiffs' and defendant Eli Lilly and Company's Stipulation and Motion to Dismiss without Prejudice. Based upon the parties' stipulation, which has been agreed to and signed by counsel for Plaintiffs and Defendants Eli Lilly and Company, Ortho-McNeil Pharmaceuticals, Inc., Pharmacia and Upjohn Company, Premo Pharmaceuticals Laboratories, Inc., Abbott Laboratories, Inc., GlaxoSmithKline, Inc. and Elan Pharmaceuticals, and pursuant to Fed. R. Civ. P. 41(a)(2):

IT IS HEREBY ORDERED THAT if plaintiffs choose to refile this action, they shall do so in federal court in the Northern District of California, San Francisco Division;

IT IS FURTHER ORDERED THAT by entering into this stipulation, the parties do not waive any rights to which they are entitled under the Federal Rules of Civil Procedure;

IT IS FURTHER ORDERED THAT the above-entitled action is dismissed without prejudice as to the above Defendants.

Dated this ____ day of March, 2007.

                                                         _____
                                                         Honorable James Robertson,
                                                         United States District Court Judge

cc:     All Counsel of Record