UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAURA J. BURNS, *et al.*, | : |
| | : |
|     Plaintiffs, | : |
| | : |
|    v. | : Civil Action No. 07-0382 (JR) |
| | : |
| ELI LILLY AND COMPANY, *et al.*, | : |
| | : |
|     Defendants. | : |

**ORDER**

This matter came before the Court upon plaintiffs' and defendant Eli Lilly and Company's stipulation and motion to dismiss without prejudice. Based upon the parties' stipulation, which has been agreed to and signed by counsel for plaintiffs and defendants Eli Lilly and Company, Ortho-McNeil Pharmaceuticals, Inc., Pharmacia and Upjohn Company, Premo Pharmaceuticals Laboratories, Inc., Abbott Laboratories, Inc., GlaxoSmithKline, Inc. and Elan Pharmaceuticals, and pursuant to Fed. R. Civil P. 41(a)(2):

    IT IS HEREBY ORDERED THAT if plaintiffs choose to refile this action, they shall do so in federal court in the Northern District of California, San Francisco Division;

    IT IS FURTHER ORDERED THAT by entering into this stipulation, the parties do not waive any rights to which they are entitled under the Federal Rules of Civil Procedure;

IT IS FURTHER ORDERED THAT the above entitled action is dismissed without prejudice as to the above defendants.

**LET THE RECORD REFLECT** that the undersigned judge holds shares of Pfizer, Inc., revealed by a certificate of disclosure filed on 3/1/07 [#15] to be a corporate affiliate of defendant Pharmacia and Upjohn. Because the dismissal of the claim against Pharmacia and Upjohn is without prejudice and by consent, and its approval is a routine matter, I did not think it necessary to recuse myself.

JAMES ROBERTSON
United States District Judge